# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. _____

Appeal No. _____

Jesse R. Quinerly, in pro-se'
    PETITIONER;

  **v.**

Luis Spencer, Superintendent,
    RESPONDENT;

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: *Jesse R. Quinerly*<br>   Jesse R. Quinerly | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br>Date: *Nov 20, 2003* |

My issues on appeal are:

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ -0- | $ n/a | $ -0- | $ n/a |
| Self-employment | $ -0- | $ n/a | $ -0- | $ n/a |
| Income from real property (such as rental income) | $ -0- | $ n/a | $ -0- | $ n/a |
| Interest and dividends | $ -0- | $ n/a | $ -0- | $ n/a |

*4. How much cash do you and your spouse have?* $ 14.33

    Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Institutional personal account | | $ 14.33 | $ n/a |
| Institutional Savings account | | $ 270.23 | $ n/a |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Please see enclosed.

*5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| n/a | | n/a | | Make & year: n/a | |
| | | | | Model: | |
| | | | | Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: n/a | | n/a | n/a | n/a | |
| Model: | | | | | |
| Registration#: | | | | | |

*6. State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | | |
| | | |
| | | |

*7. State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| | | |
| | | |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ n/a | $ n/a |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ n/a | $ n/a |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly expenses: | $ 15.00 | $ n/a |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ⊠ No                    If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes  ⊠ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ⊠ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____
_____
_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

Petitioner would also request that should the court assess any payment(s), that said deductions be made from my savings account.

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

Inmate Name............     QUINERLY     JESSE

Commitment number....     W51434

Period encompassed....     5/1/03 THRU     11/1/03

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 14.33 | 270.23 | 284.56 |
| 20% of Six Month Average Daily Balance | 56.91 | | |
| Total Expenditures for Period | | | 278.74 |
| Total Income for Period | | | 217.03 |

To the best of my knowledge, the above summary information is true and accurate:

Signed   *Marsha Collins*
MARSHA COLLINS, Treasurer

Time:   *10:20 AM*

Date:   *November 5, 2003*

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

*Court copy*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

### Inmate Transaction Report

Date :    20031103 14:12

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | W51434 | | MCI NORFOLK | | Page : 1 |
| Name : | QUINERLY, JESSE, R, | | Statement From 20030501 | | |
| Inst : | MCI NORFOLK | | To    20031103 | | |
| Block : | 6-2 | | | | |
| Cell/Bed : | 202 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Perio | $541.17 | $522.09 | $301.36 | $12.41 |
| 20030501 22:30 | CN - Canteen | 1097262 | | NOR | Canteen Date : 20030501 | $0.00 | $12.16 | $0.00 | $0.00 |
| 20030509 09:20 | IS - Interest | 1102278 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030509 09:20 | IS - Interest | 1102277 | | NOR | | $0.00 | $0.00 | $0.43 | $0.00 |
| 20030514 11:45 | ML - Mail | 1121038 | | NOR | -SHERMAN  WILLIAMS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20030515 22:30 | CN - Canteen | 1133754 | | NOR | -Canteen Date : 20030515 | $0.00 | $3.97 | $0.00 | $0.00 |
| 20030522 10:48 | IC - Transfer from Inmate to Club A/c | 1153695 | | NOR | -HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030523 10:45 | IC - Transfer from Inmate to Club A/c | 1156584 | | NOR | -MUSIC AND PERFORMING ARTS - 520 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20030529 22:30 | CN - Canteen | 1178812 | | NOR | -Canteen Date : 20030529 | $0.00 | $18.55 | $0.00 | $0.00 |
| 20030609 14:20 | IC - Transfer from Inmate to Club A/c | 1216835 | | NOR | -HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030610 16:23 | IS - Interest | 1230044 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20030610 16:23 | IS - Interest | 1230045 | | NOR | | $0.00 | $0.00 | $0.44 | $0.00 |
| 20030612 14:13 | ML - Mail | 1235326 | 4841 | NOR | -JOYCE QUINERLY DANIEL | $75.00 | $0.00 | $0.00 | $0.00 |
| 20030626 22:30 | CN - Canteen | 1287268 | | NOR | -Canteen Date : 20030626 | $0.00 | $1.35 | $0.00 | $0.00 |
| 20030626 22:30 | CN - Canteen | 1315677 | | NOR | -Canteen Date : 20030626 | $0.00 | $48.33 | $0.00 | $0.00 |
| 20030627 13:10 | CT - Transfer from Club to Inmate A/c | 1318145 | | NOR | -Haircut refund w/c 6/1 W51434 QUINERLY,JESSE PERSONAL-NON WASH ACCOUNT - 05 | $1.35 | $0.00 | $0.00 | $0.00 |
| 20030627 13:17 | ML - Mail | 1310295 | | NOR | -SHERMAN WILLIAMS | $10.00 | $0.00 | $0.00 | $0.00 |
| 20030630 09:45 | IC - Transfer from Inmate to Club A/c | 1320487 | | NOR | -SUPREME JUDICIAL COURT -POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20030630 09:47 | IC - Transfer from Inmate to Club A/c | 1320516 | | NOR | -SUPREME JUDICIAL COURT -POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20030630 09:48 | IC - Transfer from Inmate to Club A/c | 1320523 | | NOR | -APPEALS COURT -POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20030630 09:49 | IC - Transfer from Inmate to Club A/c | 1320536 | | NOR | -SUPREME JUDICIAL COURT -POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20030630 09:54 | AT - Account Transfer | 1320598 | | NOR | - LEGAL MAIL APP'D AY SUPT W51434 QUINERLY,JESSE PERSONAL | $16.23 | $0.00 | $0.00 | $16.23 |
| 20030701 14:24 | A - Account Transfer | 1326022 | | NOR | -APPD LEGAL MAIL W51434 QUINERLY,JESSE PERSONAL | $1.98 | $0.00 | $0.00 | $1.98 |
| | | | | | | $240.34 | $255.46 | $2.24 | $48.83 |

## Inmate Transaction Report

Date :   20031103 14:12

| Commit# | : | W61434 | | | | MCI NORFOLK | | | | Page : 2 |
|---------|---|--------|--|--|--|-------------|--|--|--|----------|
| Name | : | QUINERLY, JESSE, R, | | | | Statement From 20030501 | | | | |
| Inst | : | MCI NORFOLK | | | | To   20031103 | | | | |
| Block | : | 6-2 | | | | | | | | |
| Cell/Bed : | | 202 /B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030501 14:12 | IC - Transfer from Inmate to Club A/c | 1326024 | | NOR | ~D A THOMAS REILLY ~POSTAGE - 211 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20030507 13:06 | IC - Transfer from Inmate to Club A/c | 1347772 | | NOR | ~CAN.GEN. CANTEEN CORP. WASH ACCOUNT - 26 | $0.00 | $10.24 | $0.00 | $0.00 |
| 20030508 09:24 | IC - Transfer from Inmate to Club A/c | 1350312 | | NOR | ~HAIRCUT REVENUE   23 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20030508 09:47 | IC - Transfer from Inmate to Club A/c | 1351145 | | NOR | ~STRINGS ~MUSIC AND PERFORMING ARTS   220 | $0.00 | $8.00 | $0.00 | $0.00 |
| 20030509 10:12 | IS - Interest | 1364085 | | NOR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20030509 16:12 | IS   Interest | 1364586 | | NOR | | $0.00 | $0.00 | $0.37 | $0.00 |
| 20030510 22:30 | CN - Canteen | 1386703 | | NOR | Canteen Date : 20030510 | $0.00 | $17.93 | $0.00 | $0.00 |
| 20030513 10:04 | AT - Account Transfer | 1396492 | | NOR | ~LEGAL POSTAGE ~W61434 QUINERLY,JESSE PERSONAL | $4.75 | $0.00 | $0.00 | $4.75 |
| 20030513 10:05 | IC - Transfer from Inmate to Club A/c | 1396492 | | NOR | ~SUPREME JUD COURT ~POSTAGE - 211 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20030522 15:13 | ML - Mail | 1426623 | | NOR | ~SHERMAN  WILLIAMS | $10.00  11.02 | $0.00 | $0.00  267.27 | $0.00 |
| 20030807 13:45 | IC - Transfer from Inmate to Club A/c | 1499743 | | NOR | ~SODA CAN REFUND 6-2 - 2162 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20030807 15:31 | IS - Interest | 1507309 | | NOR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030807 15:31 | IS - Interest | 1507310 | | NOR | | $0.00 | $0.00 | $0.35 | $0.00 |
| 20030818 14:42 | ML - Mail | 1552333 | | NOR | ~CAN'T READ NAME ON MONEY ORDER,  FLEET M.O | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030821 12:48 | IC - Transfer from Inmate to Club A/c | 1572652 | | NOR | ~MUSIC AND PERFORMING ARTS - 220 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20030821 22:30 | CN - Canteen | 1576460 | | NOR | ~Canteen Date : 20030821 | $0.00 | $29.45 | $0.00 | $0.00 |
| 20030825 09:56 | IC - Transfer from Inmate to Club A/c | 1580178 | | NOR | ~HAIRCUT REVENUE - 23 | $0.00  22.58 | $3.00 | $0.00  267.58 | $0.00 |
| 20030905 22:31 | CN - Canteen | 1613233 | | NOR | ~Canteen Date : 20030905 | $0.00 | $9.80 | $0.00 | $0.00 |
| 20030910 07:55 | IS - Interest | 1650381 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20030910 07:55 | IS - Interest | 1650382 | | NOR | | $0.00 | $0.00 | $0.33 | $0.00 |
| 20030910 15:02 | IC - Transfer from Inmate to Club A/c | 1660741 | | NOR | ~JULIANA DELANEY ~POSTAGE - 211 | $0.00 | $5.39 | $0.00 | $0.00 |
| 20030910 15:03 | AT - Account Transfer | 1660745 | | NOR | ~POSTAGE ~W61434 QUINERLY,JESSE PERSONAL | $5.39 | $0.00 | $0.00 | $5.39 |
| 20030916 10:00 | IC - Transfer from Inmate to | 1685639 | | NOR | ~MUSIC AND PERFORMING ARTS - 220 | $0.00 | $1.00 | $0.00 | $0.00 |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION

## Inmate Transaction Report

Date :   20031103 14:12

| Commit# | : | W51434 |
| Name | : | QUINNERY, JESSE, R, |
| Inst | : | MCI NORFOLK |
| Block | : | 6-2 |
| Cell/Bed : | | 502 /B |

MCI NORFOLK                                    Page : 3

Statement From 20030901

To  20031103

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | Club A/c | | | | | | | | |
| 20030919 12:30 | CN - Canteen | 1704264 | | NOR | ~Canteen Date : 20030901 | $0.00 | $10.70 | $0.00 | $0.00 |
| 20030930 10:54 | IC - Transfer from Inmate to Club A/c | 1742510 | | NOR | ~HAIRCUT REVENUE - 73 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20031000 16:58 | 8 - Interest | 1785679 | | NOR | | $0.01 | .40 | $0.00 | 262.57 |
| 20031009 16:58 | I5 - Interest | 1785680 | | NOR | | $0.00 | $0.00 | $0.32 | $0.00 |
| 20031010 14:19 | ML - Mail | 1832002 | | NOR | ~SHERMAN WILLIAMS | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031017 10:09 | IC - Transfer from Inmate to Club A/c | 1816611 | | NOR | ~U.S DISTRIC COURT-POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20031021 0:04 | IC - Transfer from Inmate to Club A/c | 1844957 | | NOR | ~HAIRCUT REVENUE - 23 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20031023 22:31 | CN - Canteen | 1864442 | | NOR | ~Canteen Date : 20031011 | $0.00 | $10.73 | $0.00 | $0.00 |
| 20031028 09:11 | AT - Account Transfer | 1873724 | | NOR | ~SPT. APPROVED L. SPENCER-W51434 QUINNERLY,JESSE R PERSONAL | $20.48 | $0.00 | $0.00 | $20.48 |
| 20031028 09:12 | IC - Transfer from Inmate to Club A/c | 1873742 | | NOR | ~020.077.000.000 ~CANTEE NCEL, WASH ACCOUNT - 0 | $0.00 | $20.48 | $0.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date | $3.96 | $242.36 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $3.96 | $242.36 | $0.00 | $0.00 | $0.00 | $0.00 |