UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JESSE R. QUINERLY</u>,
        Petitioner,

                CIVIL ACTION

    v.

                NO. 03-12552-GAO

<u>LUIS SPENCER</u>,
        Respondent.

<u>O R D E R</u>

On December 1, 2003, petitioner Jesse Quinerly, an inmate at MCI Norfolk, submitted an application to proceed without prepayment of fees and a petition for a writ of habeas corpus under 28 U.S.C. § 2254. He also submitted the $5 filing fee for this action.

ACCORDINGLY,

(1) Because petitioner has paid the filing fee, the application to proceed without prepayment of fees is DENIED as moot; and

(2) Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Luis Spencer, Superintendent, MCI Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, MA 02056 AND (2) William J. Meade, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

  1/22/04                         s/ George A. O'Toole, Jr.
    DATE                        UNITED STATES DISTRICT JUDGE