UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSE R. QUINERLY<br>   Petitioner,<br><br>v.<br><br>LUIS SPENCER<br>   Respondent | )<br>)<br>)<br>)<br>) Civil Action No. 03-12552-GAO<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondents in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060