UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY SUITE 2300
BOSTON MASSACHUSETTS 02210

IN HABEAS COURT ACTION
No. 03-12552-GAO
QUINERLY V. O'BRIEN

SUFFOLK SUPERIOR COURT
No. 094963-094965-66-67

APPEALS COURT
No. 93-P-196, No. 02-P-829

FURTHER APPELLATE REVIEW
No. 13550

JESSE R. QUINERLY

V.

STEVEN O'BRIEN

Petitioner's Motion to amend name of Respondent in the above entitled Matter.

Now comes the indigent and untrained in Law petitioner in the above entitled matter, Petitioner respectfully moves this Court to AMEND Name of Respondent to the above named Respondent for the following reasons.

(1) Petitioner is no longer in custody at MCI NORFOLK...

(2) Petitioner is now presently in custody at ——
NCCI - GARDNER
P.O. BOX 466,
GARDNER MA 01440

THANK YOU

Dated: 2/27/04

Jesse R. Quinerly