United States District Court
District of Massachusetts

2004 APR 28  A 11: 55

In Habeas Court Action
No. 03-12552-GAO

DISTRICT COURT
DISTRICT OF MASS.

Quinerly V. O'Brien

Jesse R. Quinerly
Petitioner

V.

Steven O'Brien
Respondent

Petitioners motion and renewed request for Judgment on the merits of petitioners Claims..

Now comes the pro-se, Indigent, and untrained in law petitioner in the above entitled matter, and moves this Honorable Court to enter a complete and final Judgment Granting Petitioner all of the relief requested in his position...

Petitioner submits that such action by the court is warranted and Justified for the following reasons

1. On/Or about February 18, 2004 Counsel for the Respondent requested an extension of time to file an Answer or Responsive Pleading to petitioners petition (Docket Entry 4) Up to and including April 23, 2004...

2. On April 4, 2004 (O'Toole Jr, J) Granted Respondents Motion.

3. The Date and Time requested by the respondent has expired, Counsel for Respondent has failed to file an Answer or Responsive Pleading in response to petitioners petition..

Therefore

4. The Respondent through their actions, or the lack thereof (in this particular situation) Have Waived and Have Forfieted there rights to do so.

5. It is crystal Clear that the Petitioner through his pleadings Has proved his claims Beyond doubt and is entitled to the relief requested as a matter of law.

6, Petitioner respectfully submits, when the state has missed a deadline for filing an answer or responsive pleading the appropriate response in such situations may be to deem procedural defenses waived and "proceed directly to the merits of the petition."
See, Bleitner V. Welborn 15 F.3d 652, 653, 654, (7th Cir 1994)

7, Petitioner also respectfully submits that — Petitioners Initiated Motion for Summary Judgment in support of petitioners "writ of Habeas Corpus" gives this Honorable court Jurisdiction to decide the case in absence of the states response..
See, Gordon V. Duran 895 F.2d 610, 612 (9th Cir 1990)

Petitioner Submits that there is no, nor should there be any doubt that in the principles of fairness and Justice petitioner is entitled to immediate release from all "Unconstitutional" Confinement as well as all further relief requested in petitioners petition forthwith...

Respectfully Submitted
Jesse R. Quinerly
Jesse R. Quinerly

Dated April 26, 2004

Certificate of Service

I Jesse R. Quinerly hereby certify that a true copy of petitioners renewed request for Judgment on the merits of petitioners claims as submitted in petitioners Writ of Habeas Corpus and Petitioners Initiated Motion for Summary Judgment, was served upon the United States District Court...

By First Class Mail, Postage Prepaid on April 26, 2004 Addressed to –

United States District Court
John Joseph Moakley Courthouse % Gina Edge
1 Courthouse Way Suite 2300
Boston Ma 02210

Jesse R. Quinerly
(J.R.Q)