UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSE R. QUINERLY<br>   Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>   Respondent | )<br>)<br>)<br>)<br>)   Civil Action No. 03-12552-GAO<br>)<br>)<br>)<br>) |

### MOTION FOR LEAVE TO LATE-FILE MOTION TO ENLARGE

The respondent, through counsel, respectfully moves this Court for leave to late file the attached Motion to Enlarge. As grounds therefor, the respondent's attorney states that she has been out of the office for most of the week on sick leave and unable to file an earlier motion. The respondent's counsel regrets any inconvenience to the Court through this delay.

                                                         Respectfully submitted,

                                                         THOMAS F. REILLY
                                                         ATTORNEY GENERAL

                                                          *Annette C. Benedetto*
                                                          Annette C. Benedetto
                                                          Assistant Attorney General
                                                          Criminal Bureau
                                                          One Ashburton Place
                                                          Boston, Massachusetts 02108
                                                          (617) 727-2200
                                                          BBO No. 037060