UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JESSE R. QUINERLY )
   Petitioner, )
)
v. ) Civil Action No. 03-12552-GAO
)
LUIS SPENCER, )
   Respondent )

## MOTION TO ENLARGE

The respondent respectfully moves this Court to enlarge the time for filing an answer to the petition to June 18, 2004.

As ground therefor the respondent's counsel states that she has received the state court files from the petitioner's trial and post-conviction actions but has been unable to review them completely in order to respond to the eight grounds for relief listed in the petition. The petitioner's prior actions in the state courts are complicated and must be sorted out before an assessment can be made of whether he has exhausted state remedies on the claims or procedurally defaulted any of them. Counsel had been working on a brief for the First Circuit Delarosa v. Bissonnette, First Circuit No. 03-2559, filed April 29, 2003, and has been on sick leave this week. In addition, the respondent's attorney is responsible for numerous post-conviction cases which include numerous federal habeas corpus petitions as well as direct criminal appeals, civil rights litigation and parole and probation matters. Also, undersigned counsel is going on a long-planned family vacation for two weeks in May to attend her nephew's graduation in California.

2

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer to the petition to June 18, 2004.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached documents was served upon the petitioner by first-class mail, postage pre-paid, on May 7, 2004, addressed to him as follows:

Jesse R. Quinerly, pro se
M.C.I. Norfolk
P.O. Box 43
Norfolk, MA 02056

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General