United States District Court
District of Massachusetts

Jesse R. Quinerly
Petitioner

V.

Steven O'Brien
Respondent

Habeas Action
No. 03-12552-GAO

Dear Mrs Benedetto

I am very distressed with your recent attempt to avoid your responsibilities and the rules of the court, with your present motion for enlargement of time — dated May 7, 2004. As you are aware you have had numerous opportunities to file an answer or — responsive pleading to my Writ of Habeas Corpus and as a matter of fact you have chosen to completely ignore my "Renewed request for Judgment on the merits" a copy of which i forwarded to you on/or about April 26, 2004. I have attached an additional copy for your convenience, I also take issue with your — "Dilatory conduct" in sending your request for late filing of Enlargement of time to MCI Norfolk when you have been informed by the court, that i am currently in custody at "NCCI Gardner"

in which Steven O'Brien is now the respondent you are representing. Please be advised that I am forwarding a copy of this correspondence to the court for Docketing as evidence of your total contempt for the rules of the court, Established Law, And my constitutional rights, And therefore I have no Intentions of filing an opposition to your recent frivolous motion, For the record is clear and I have confidence that the court will see through your unethical tactics..

Respectfully Submitted

Dated May 17, 2004

Jesse R. Quinerly

## Certificate of Service

I Jesse R. Quinerly hereby certify that a true copy of petitioners correspondence to Respondents counsel, And additional attached copy of petitioners motion for renewed request for Judgment on the merits was served upon the District Attorney's office..

By First Class Mail Postage Prepaid on May 17, 2004 Addressed as —

Attorney General Tom Reilly C/o Annette Benedetto
One Ashburton Place
Boston Ma 02108

May 17, 2004                                          Jesse R. Quinerly