UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JESSE R. QUINERLY )<br>Petitioner )<br>)<br>v. )<br>)<br>LUIS SPENCER )<br>Respondent )<br>) | Civil Action No. 03-12552-GAO |

## SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules governing Section 2254 Cases, the respondent submits the following material as a supplement to his Answer:

1. Brief and Addendum for Appellant on Appeal to the Massachusetts Appeals Court, June 8, 1994 (No. 93-P-196)

2. Brief for the Commonwealth of Massachusetts on Appeal to the Massachusetts Appeals Court, September 1994 (No. 93-P-196)

3. *Commonwealth v. Quinerly*, 37 Mass.App.Ct. 1121, 643 N.E.2d 1066 (1994).

4. Application for Further Review of Appellant to the Massachusetts Supreme Judicial Court (FAR No. 07609)

5. *Commonwealth v. Quinerly*, 419 Mass. 1106, 646 N.E.2d 1070 (1995)

6. Brief and Record Appendix for Appellant on Appeal to the Massachusetts Appeals Court, June 12, 2002 (No. 2002-P-0829)

7. Brief and Supplemental Appendix for the Commonwealth on Appeal to the Massachusetts Appeals Court, August 2002 (No. 2002-P-0829)

8. Reply Brief and Appendix for the Appellate on Appeal to the Massachusetts Appeals Court, August 30, 2002 (No. 2002-P-0829)

9. *Commonwealth v. Quinerly*, 58 Mass.App.Ct. 1105, 789 N.E.2d 1093 (2003)

10. Application for Further Appellate Review for Appellant to the Massachusetts Supreme Judicial Court (FAR No. 13550)

11. *Commonwealth v. Quinerly*, 440 Mass. 1102, 795 N.E.2d 573 (2003).

                                        Respectfully Submitted,

                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL

Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060