United States District Court
District of Massachusetts

Jesse R. Quinerly
Petitioner

V.

Steven O'Brien
Respondent

Habeas Action
No. 03-12552-GAO

FILED
IN CLERKS OFFICE

2004 JUN 30 A 11: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

Petitioners motion to strike Respondents Supplemental Answer from the record for conduct Deceiving to the court, Pursuant to Federal Rule Civil Procedure 11(c)(1)(A)...

Now comes the pro-se, Indigent, Untrained in law petitioner in the above entitled matter, petitioner respectfully moves this Honorable court to strike Respondents Supplemental Answer from the record for conduct deceiving to the court, the following misrepresentations have been identified by the petitioner...

1) Missing in Respondents Supplemental Answer, See No (6), Brief and Record Appendix for Appellant on appeal to the Massachusetts Appeals Court, June 12, 2002 (No 2002-P-0829)..
See "Respondents Interpretation" of petitioners Pro-Se Brief... In the "Table of Contents"...
Commonwealth of Massachusetts, Massachusetts-General Laws Annotated, In which the next page is missing, which listed the following MGLA Chapters

Chapter 218, Section 34 Section 35 - Chapter 263, Section 4, Section 9, Please Refer to petitioners "Complete Submission" of petitioners Pro-Se Brief 02-P-829 as submitted in petitioners initiated motion for Summary Judgment...

2, The following pages are missing from Respondents interpretation of petitioners Pro-Se Brief 02-P-829 as submitted in Respondents Supplemental Answer...

Page 5, - Page 16 - Page 17 - Page 21... Please Refer to petitioners "Complete Submission" of petitioners Pro-Se Brief 02-P-829 as submitted in petitioners Initiated motion for summary Judgment.

3, The following Exhibits from petitioners Record Appendix are missing as submitted in respondents interpretation of petitioners pro-se Brief 02-P-829 as submitted in respondents Supplemental Answer...

Exhibit - 16 - Exhibit - 35 - Exhibit - 41 Please Refer to petitioners "Complete Submission" of petitioners pro-se Brief 02-P-829 as submitted in Petitioners Initiated Motion for Summary Judgment...

4) Petitioners "Docket Entries" Consisted of pages 1 thru 54 located on lower right corner of petitioners record appendix.. The following pages are "missing" in Respondents Interpretation of petitioners pro-se Brief 02-P-829, As submitted in Respondents Supplemental Answer ..

Page 8 - Page 9 - Page 10 - Page 13 - Page 17 - Page 38 - Page 46 - Page 47 - Page 48 - Page 49 - Page 50 - Page 52 ...
Please Refer to petitioners "Complete Submission" of petitioners Pro-Se Brief 02-P-829 as submitted in Petitioners Initiated Motion for Summary Judgment ...

5) See #8, Respondents interpretation of petitioners Pro-Se Reply Brief 02-P-829 as submitted in Respondents Supplemental Answer ...

The following pages in petitioners Reply Brief Table of Contents numbered in "roman numerals" are missing as submitted in Respondents Interpretation of petitioners Reply Brief 02-P-829.

Page XI - Page XII - Out of Sequence - Page XIII - Missing ... Please Refer to petitioners "Complete Submission" of petitioners Pro-Se Reply Brief 02-P-829 as submitted in Petitioners Initiated Motion for Summary Judgment...

6) The following pages in Respondents interpretation of petitioners Reply Brief are missing as submitted in Respondents Supplemental Answer

Page 17- Page 18- Page 19... Page 34 of Respondents interpretation of petitioners Reply Brief — "Record Appendix" is missing.. Please Refer to petitioners "Complete Submission" of petitioners Reply Brief 02-P-829 as submitted in Petitioners Initiated Motion for Summary Judgement...

It is evident that respondents identified — Deceiving Conduct in respondents supplemental answer will not allow this Honorable Court to evaluate and Adjudicate the facts on the merits, as to whether petitioners Constitutional rights have been violated. Petitioners "Complete Submission" of all papers submitted will allow Thorough Evaluation and Adjudication on the merits of petitioners Constitutional Claims and allegations... Respondents Tatics are — Unethical and require that Respondents "Entire" Supplemental Answer be stricken from the Record, Pursuant to Federal Rule Civil Procedure 11(c)(1)(A)... Petitioner Through his pleadings has proven, that as a matter of law petitioner is entitled to the Writ and all relief requested rendered forthwith...

Dated: June 28, 2004         Respectfully Submitted

                              Jessie R. Quinerly
                              Jesse R. Quinerly
                              Petitioner