United States District Court
District of Massachusetts

Jesse R. Quinerly
  Petitioner

V.

Steven O'Brien
  Respondent

FILED
IN CLERKS OFFICE

2004 JUN 30  A 11: 31

U.S. DISTRICT COURT
DISTRICT OF MASS

Habeas Action
No. 03-12552-GAO

Petitioners Motion for a "Hensley Evidentiary Hearing"
Pursuant to United States V Hensley 105 S.Ct. 675

Now comes the pro-se, indigent, Untrained in law petitioner in the above entitled matter. Petitioner respectfully moves this Honorable Court to allow petitioners motion for a Hensley Evidentiary Hearing Pursuant to petitioners motion entitled "Traverse" as submitted in petitioness Pro-se Appeals Brief 02-P-829 as submitted in petitioners Initiated Motion for Summary Judgment.

Petitioners request is reasonable for the following reasons..

1. Petitioner has been denied Full and Fair Opportunity to litigate Petitioners Constitutional Claims, Due to the "Unconscionable Breakdown" in the Mechanism or process systematically applied in such a way that prevented actual litigation of Petitioners Constitutional claims...

2. The Teletype issued in this case must be held accountable for a Judicial Determination of Probable-Cause consistent with the Holdings in United States V. Hensley, Due to the fact said Teletype caused the warrantless arrest and Incident warrantless search and seizure of petitioner...

3. the governing legal principle announced in United States V. Hensley 105 S.Ct. 675 must be applied to the Teletype "Issuing" officers Testimony — When evidence is uncovered during a search incident to an arrest in reliance merely on a flyer or Bulletin its admissability turns on whether the officers who "Issued" the flyer possessed Probable-Cause to make the arrest...

Petitioner request that this motion be allowed and that this Honorable Court "Issues" a Habe to "NCCI Gardner" so that petitioner may argue in support of his position

Dated: June 28, 2004         Respectfully Submitted

                             Jesse R. Quinery

Certificate of Service

I Jesse R. Quinerly hereby certify that a True copy of the following motions have been served Upon the "Respondent" and Respondents Counsel

1, Petitioners Opposition to Respondents Answer

2, Petitioners motion to "strike" Respondents — Supplemental Answer from the Record for Conduct Deceiving to the Court

3, Petitioners motion for a "Hensley Evidentiary Hearing Pursuant to United States V. Hensley 105 S.Ct. 675...

By First Class Mail Postage Prepaid on — June 28, 2004 Addressed as —

Attorney General Tom Reilly C/o Annette Benedetto
One Ashburton Place
Boston Ma 02108

All statements made are Sworn Under the Pains and Penalties of Perjury

Dated: June 28, 2004         Jesse R. Quinerly
                             Jesse R. Quinerly
                             Petitioner

cc: Annette Benedetto
    United States District Court