UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12552-GAO

JESSE QUINERLY,
Petitioner,

v.

LUIS SPENCER,
Respondent.

ORDER ON PENDING MOTIONS
September 30, 2004

O'TOOLE, D.J.

The following orders are made with respect to pending motions:

1. The petitioner's motion for summary judgment (docket no. 6) is DENIED.

2. The petitioner's motion for judgment on the merits of the petitioner's claims (docket no. 9) is DENIED.

3. The respondent's motion for leave to file (docket no. 10) is GRANTED nunc pro tunc.

4. The petitioner's motion to strike the answer (docket no. 15) is DENIED.

5. The petitioner's motion for a hearing (docket no. 16) is DENIED WITHOUT PREJUDICE. A hearing on the merits of the petition will be scheduled.

It is SO ORDERED.

_September 30, 2004_
DATE

_/s/ [signature]_
DISTRICT JUDGE