United States District Court
District of Massachusetts

Jesse R. Quinerly
   Petitioner

V.                                   Habeas Action
                                     No. 03-12552-GAO

Steven O'Brien
   Respondent

---

Petitioners motioned request for "Expansion of the Record" Pursuant to Fed. R. Civ. P., Section 2254 Cases, Rule — 7(a) and 7(b)..

Now comes the indigent untrained in law pro-se — petitioner in the above entitled matter, Petitioner respectfully motion this Honorable Court, that petitioners "Table of Contents" of attached record exhibits from petitioners "recently denied motion for Summary Judgment" Remain filed for Expansion of Record purposes.. Said request is reasonable and warranted for the following reasons specified in petitioners affidavit in support thereof...

Dated: Oct. 7, 2004                   Respectfully Submitted
cc. Federal District Court            Jesse R. Quinerly
    Annette C. Benedetto