United States District Court
District of Massachusetts

Jesse R. Quinerly
Petitioner

V.

Steven O'Brien
Respondent

Habeas Action
No. 03-12552-GAO

"Petitioners affidavit in support of motion for Expansion of the Record"..

1, Petitioners table of contents of attached record exhibits will be needed to demonstrate the merits of petitioners, petition, And why relief should be granted.

2, Expansion of the record will assist this Honorable court relative to "all" prior state court proceedings subject to review..

3, Petitioners table of contents of attached record Exhibits are needed. Because Respondents Interpretation of petitioners documents and papers as submitted in respondents "Supplemental Answer" are incomplete and will not allow a plenary determination on the merits of petitioners petition.

Sworn Under the Pains and Penalties of Perjury.

Dated: Oct. 7, 2004

Respectfully Submitted

cc: Federal District Court
Annette C. Benedetto

Jesse R. Quinerly