United States District Court
District of Massachusetts

Jesse R. Quinerly
   Petitioner

V.                                             Habeas Action

                                               No. 03-12552-GAO

Steven O'Brien
   Respondent

_____

Petitioners motion for "Immediate" appointment of counsel to represent petitioner at pending "Evidentiary Hearing"... Said request is reasonable for the following reasons...

1, Petitioner is untrained in the law and needs assistance from a trained professional...

2, Appointment of Counsel would be beneficial to this Court so that the "Constitutional" Merits of petitioners, Petition are properly articulated before this Honorable Court...

Dated: Oct. 7, 2004                  Respectfully Submitted
cc: Federal District Court           Jesse R. Quinerly
    Annette C. Benedetto

## Certificate of Service

I Jesse R. Quinerly hereby certify that true copies of the following motions have been served upon the Federal District Court — And the Respondent...

1, Petitioners motioned request for "Expansion of the Record" pursuant to Fed. R. Civ. P., Section 2254 Cases, Rule 7(a) and 7(b)., and Affidavit in support thereof...

2, Petitioners motion for "Immediate" appointment of Counsel to represent petitioner at pending — "Evidentiary Hearing".

By first class mail postage prepaid on Oct. 7, 2004 Addressed as —

United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston Ma 02210

_Jesse R. Quinerly_

Attorney General Tom Reilly C/o Annette C. Benedetto
One Ashburton Place
Boston Ma 02108