UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE: QUINERLY V. O'BRIEN

HABEAS ACTION;
#03-12552-GAO

FILED
IN CLERKS OFFICE
2005 MAY 24 P 12:22

U.S. DISTRICT COURT
DISTRICT OF MASS

TO: EUGINA EDGE
CLERK OF COURT
UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY SUITE 2300
BOSTON MASSACHUSETTS 02210

May 23, 2005

Dear Mrs Edge,

On September 30th, 2004. The above named Petitioner was granted a HEARING on the merits of his HABEAS CORPUS PETITION., (See attached Order, O'Toole, D.J.) Could you please inform the petitioner, The status scheduling the SHOW CAUSE HEARING., Or if the court warrants further delay...Thank You.

Respectfully Submitted

Jesse R. Quinerly
JESSE R. QUINERLY
PETITIONER