UNITED STATES DISTRICT COURT
DISRICT OF MASSACHUSETTS

JESSE R. QUINERLY
  Petitioner

HABEAS ACTION
#03-12552-GAO

V.

STEVEN O'BRIEN
  Respondent

---

**PETITIONERS MOTION TO EXPAND THE RECORD, PURSUANT TO RULES-SECTION 2254 CASES, Rule 7(a),7(b),7(c), With attached Memorandum of Law.**

Now comes the Pro-Se HABEAS CORPUS Petitioner in the above entitled matter, And Respectfully move this Honorable Court to EXPAND THE RECORD to include Petitioners recently "EXHAUSTED-CLAIMS" submitted for adjudication before the State Courts., Petitioner avers that Petitioner gave the State Courts every opportunity to adjudicate the claims, I.E.,(STATE COURT WITHOUT COMPETENT JURISDICTION OF THE CAUSE OF DETENTION AND OF THE PERSON).,(LACK OF AUTHENTICATION OF THE CHARGING INSTRUMENTS-"INDICTMENTS").,(LACK OF AUTHENTICATION OF THE COMMITMENT ORDER-"MITTIMUSES")..
(PETITIONER DENIED CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL)...
Petitioner has been denied his DUE PROCESS RIGHTS yet again, As a result of the State Courts DEFIANCE to grant relief that is plainly warranted.,See attached Memorandum of Law WILLIAMS V. HOLBROOK, 691 F.2d 8, 13,

Petitioner states that the <u>Record</u> sought to be submitted in this Habeas Corpus proceeding through Expansion is very much Relevant in determining whether the Petitioner is entitled to immediate discharge from FALSE IMPRISONMENT..As further argued in- **PETITIONERS MOTION FOR IMMEDIATE RELEASE FROM FALSE IMPRISONMENT,** Justice dictates that this motion be allowed...

Respectfully Submitted

DATED: June 2, 2005

JESSE R. QUINERLY-PETITIONER

## CERTIFICATE OF SERVICE

I JESSE R. QUINERLY HEREBY CERTIFY, THAT TRUE COPIES WERE MAILED BY PREPAID 1st CLASS U.S. MAIL, CERTIFIED RETURN RECEIPT...

THIS DATE: June 2, 2005

MOTIONS CAPTIONED AS:

PETITIONERS MOTION TO EXPAND THE RECORD, PURSUANT TO RULES-SECTION 2254 CASES, RULE 7(a) 7(b) 7(c) WITH ATTACHED MEMORANDUM OF LAW..

PETITIONERS MOTION FOR IMMEDIATE RELEASE FROM FALSE IMPRISONMENT PURSUANT TO, TITLE 28 U.S.C.S. §1738..TITLE 28 U.S.C.S. §2254(g)

With attached INDICTMENTS AND MITTIMUSES as Exhibits

MAILED TO:
EUGINA EDGE
CLERK OF COURT
UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY SUITE 2300
BOSTON MASSACHUSETTS 02210

HABEAS ACTION
#03-12552-GAO

_Jesse R. Quinerly_
JESSE R. QUINERLY-PETITIONER
N.C.C.I. P.O. BOX 466
GARDNER MA 01440