UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JESSE R. QUINERLY
Petitioner

HABEAS ACTION
#03-12552-GAO

V.

STEVEN O'BRIEN
Respondent

**PETITIONERS MOTION FOR IMMEDIATE RELEASE FROM FALSE IMPRISONMENT PURSUANT TO TITLE 28 U.S.C.S. §1738, TITLE 28 U.S.C.S. §2254(g).**

Now comes the Pro-Se Habeas Corpus Petitioner in the above entitled Habeas Matter and Respectfully Demand IMMEDIATE RELEASE FROM FALSE IMPRISONMENT for the reasons set forth...

It is apparent upon the face of the (INDICTMENTS) and the Commitment order (MITTIMUSES) That the State Court never had **COMPETENT JURISDICTION OF THE CAUSE OF DETENTION OR OF THE PERSON,**

See **GLYNN V. DONNELLY 470 F.2d 95 97 (1973)** Holding,

IT WAS ULTIMATELY HELD THAT THE COURT HEARING THIS **TRADITIONAL** HABEAS WAS AUTHORIZED TO INVESTIGATE THE <u>LEGALITY</u> AND THE CAUSE OF DETENTION IN DECIDING WHETHER TO RELEASE THE PRISONER... (further cited in the same said aforementioned case)., FOR A PRISONER WHOSE CASE HAD BEEN JUDICIALLY PROCESSED, ON THE OTHER HAND, A HABEAS COURT HISTORICALLY RESTRICTED ITS REVIEW, INQUIRING ONLY IF THE COMMITTING COURT POSSESSED THE **COMPETENCE** AND <u>JURISDICTION</u> TO ISSUE THE COMMITMENT ORDER, See Ex Parte-watkins, 1830, 28 U.S. (3 Pet.) 193, 202-203 7 Led 650..

See, Attached (INDICTMENTS) and (MITTIMUSES)...Not only do the INDICTMENTS and MITTIMUSES FAIL REQUIREMENT OF AUTHENTICATION Before this Honorable Court.,But the same said INDICTMENTS AND MITTIMUSES ARE NOT ENTITLED TO ANY FULL FAITH AND CREDIT...Thus the proceedings initiated AB-INITIO in State Court are NULL AND VOID AB-INITIO., As well as all the subsequent State Court proceedings, Because they too FAIL REQUIREMENT OF AUTHENTICATION AND ARE NOT ENTITLED TO ANY FULL FAITH AND CREDIT IN THIS HABEAS CORPUS PROCEEDING AND THUS ARE NULL AND VOID.
See Title 28 U.S.C.S. §1738.,See Title 28 U.S.C.S. §2254(g)- Quoting Verbatim...**A COPY OF THE OFFICIAL RECORDS OF THE STATE COURT, DULY CERTIFIED BY THE CLERK OF SUCH COURT TO BE TRUE AND CORRECT COPY OF A FINDING, JUDICIAL OPINION, OR OTHER RELIABLE WRITTEN INDICIA SHOWING SUCH A FACTUAL DETERMINATION BY THE STATE COURT SHALL BE ADMISSABLE IN THE FEDERAL COURT PROCEEDINGS.** Petitioner truly understands why the Honorable Justice Presiding over this Habeas Proceeding DENIED petitioners INITIATED MOTION FOR SUMMARY JUDGEMENT...Thats because NONE of the State Court Records were admissable into evidence before this Honorable Court §1738.,§2254(g).,In conjunction with the fact that the Respondent submitted and relied on the very same Null and Void state record in its ENTIRETY, See Respondents **Supplemental Answer filed before this court...**

It is apparent upon the face of the Charging Instruments, I.E., the <u>Indictments</u>...It is apparent upon the face of the Commitment Order I.E., the <u>Mittimuses</u>., That the said instruments represent a FLAGRANT DENIAL OF PETITIONERS DUE PROCESS RIGHTS.,

See **HILL V. UNITED STATES 7 LED2d 417. HOLDING,**

THE CLAIMED ERROR CONSTITUTED A FUNDAMENTAL DEFECT WHICH- INHERENTLY RESULTS IN A COMPLETE MISCARRIAGE OF JUSTICE OR AN OMISSION INCONSISTENT WITH THE RUDIMENTARY DEMANDS OF FAIR PROCEDURE...THE ERROR MUST "PRESENT EXCEPTIONAL CIRCUMSTANCES WHERE <u>THE NEED FOR THE REMEDY AFFORDED BY THE WRIT OF HABEAS CORPUS IS APPARENT</u>"., Quoting **BOWEN V. JOHNSTON** 306 U.S. 19, 59 S.Ct.442...

Petitioner Avers, THE STATE COURT PROSECUTED AND CONDEMNED PETITIONER WITHOUT COMPETENT JURISDICTION OF THE CAUSE OF DETENTION OR OF THE PERSON, JUST LOOK AT THE INDICTMENTS AND THE MITTIMUSES, IF THESE SAID <u>**UNAUTHENTICATED INSTRUMENTS**</u> **DO NOT REPRESENT A FLAGRANT FUNDAMENTAL DEFECT RESULTING IN A COMPLETE MISCARRIAGE OF JUSTICE., THEN PETITIONER RESPECTFULLY ASKS THIS COURT, WHAT DOES???** See <u>**KNEWEL V. EGAN**</u> **268 U.S. 442, 45 S.Ct.522 (1925) At Page 443:** HOLDING, <u>TO JUSTIFY RELEASE...SUCH JUDGMENT MUST BE SHOWN TO BE ABSOLUTELY VOID FOR WANT OF JURISDICTION IN THE COURT THAT PRONOUNCES IT</u>...See **BOWEN V. JOHNSTON- 306 U.S. 19, 59 S.Ct.442, HOLDING, "BUT IF IT BE FOUND THAT THE COURT HAD <u>NO JURISDICTION</u> OVER THE PETITIONER...THE REMEDY OF HABEAS CORPUS IS AVAILABLE."**

(Cite Cont)

"**THE ABSENCE OF JURISDICTION**...THE REMEDY OF HABEAS CORPUS MAY BE NEEDED TO **RELEASE THE PRISONER FROM PUNISHMENT IMPOSED BY A COURT MANIFESTLY WITHOUT JURISDICTION TO PASS JUDGEMENT**." It is Apparent that **PETITIONER IS ENTITLED TO IMMEDIATE DISCHARGE FROM "FALSE-IMPRISONMENT"**...AND THAT THE GREAT WRIT OF HABEAS CORPUS IS THE ONLY REMEDY PETITIONER HAS TO CORRECT THIS MANIFEST INJUSTICE INFLICTED UPON PETITIONER BY THE STATE COURTS...

See, TITLE 28 U.S.C.S. §1738...TITLE 28 U.S.C.S. §2254(g)...

See, Attached **INDICTMENTS** and **MITTIMUSES**...

In Conclusion Petitioner Respectfully Demand that this Honorable Court **FORTHWITH** Issue the GREAT WRIT OF HABEAS CORPUS AND RELEASE PETITIONER FROM **FALSE IMPRISONMENT**.,OR ISSUE THE SHOW CAUSE ORDER UPON THE RESPONDENTS SO THE SHOW CAUSE HEARING CAN BE HELD...

SWORN UNDER THE PAINS AND PENALTIES OF PERJURY..Dated June 2, 2005

Respectfully Submitted

JESSE R. QUINERLY
N.C.C.I. P.O. BOX 466
Gardner Mass 01440