Cite as 691 F.2d 15 (1982)

Betty J. WILLIAMS, a/k/a Tina Williams, Petitioner, Appellant,

v.

Terry HOLBROOK, et. al., Respondent, Appellee.

No. 82–1027.

United States Court of Appeals, First Circuit.

Argued June 8, 1982.

Decided Sept. 23, 1982.

3. Habeas Corpus ⟲45.3(8)

The exhaustion requirement does not preclude a state prisoner from some reformulation of the claims made in state court and exhaustion requires only that substance of the habeas claim be first presented to state courts. 28 U.S.C.A. § 2254(b, c).

WILLIAMS v. HOLBROOK, 691 F.2d 13 (1982) Petitioner correctly argues that the law of exhaustion requires only that her federal claims be first *presented* to the state courts so as to give them an opportunity to consider the constitutional issues; she need not demonstrate that those courts either addressed or decided them. *Smith v. Digmon*, 434 U.S. 332, 98 S.Ct. 597, 54 L.Ed.2d 582 (1978); *Kines v. Butterworth*, 669 F.2d 6, 12 (1st Cir. 1981), *cert. denied*, —— U.S. ——, 102 S.Ct. 2250, 72 L.Ed.2d 856 (1982).

5b.