## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

JESSE R. QUINERLY
        PETITIONER,

HABEAS CORPUS
ACTION

V.

#03-12552-GAO

STEVEN O'BRIEN,SUPT.,
NCCI, @ GARDENER,MASS,
KATHERINE DENNEHY,COMMR.
MASS,DEPT.OF CORRECTION,
        RESPONDENTS.

July 22, 2005

PETITIONER'S MOTION
FOR ORDER TO
TURN HIM OVER TO THE
U.S. MARSHALL FOR
COURT HEARING

**FEDERAL HABEAS CORPUS**
**(28 U.S.C. §§ 2241-2254)**

Now comes JESSE R. QUINERLY the petitioner, and moves

this Honorable HABEAS CORPUS COURT, to <u>issue</u> an <u>ORDER</u> to the

U.S.MARSHALL FOR THE DISTRICT OF MASSACHUSETTS and his

deputies, and to the SUPERINTENDANT AND COMMISSIONER OF THE

MASS.DEPT. OF CORRECTION to bring the petitioner to said

Federal Marshall for escort into the FEDERAL COURT for a hearing

on his Federal Petition for the issuance of the **GREAT WRIT** and

release from **FALSE IMPRISONMENT** under the restraints of the

above named respondents.

Petitioner has attached hereto the U.S. CONGRESSIONAL

<u>STATUTE 28 USCS §2243</u> stating the authority to bring him for

the business of a hearing on the merits.

## CERTIFICATE OF SERVICE

I, _____Jesse R. Quinery_____, certify I have served a true copy of
the within to the:

United States District Court
1 Courthouse Way Suite 2300
Boston Ma        02210

postage prepaid / in hand service, on this 22 day of July , 2005

_____Jesse R. Quinery_____
Signature

26