JURISDICTION (Continued)

22 L Ed 2d

U. S. SUPREME COURT REPORTS

HARRIS v NELSON
394 US 286, 22 L Ed 2d 281, 89 S Ct 1082

290    Congress has provided that once a petition for a writ of habeas corpus is filed, unless
[394 US 299]
the court is of the opinion that the petitioner is not entitled to an order to show cause, <u>the writ must be awarded "forthwith,"</u> or an order to show cause must be issued. 28 USC § 2243.

Where their duties require it, this is the <u>inescapable obligation of the courts.</u>

291    But where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, <u>be able to demonstrate that he is confined illegally and is therefore, entitled to relief, it is the duty of the court to</u> "dispose of the <u>matter as law and justice require,"</u>

MASSACHUSETTS GENERAL LAW

§ 70. Judicial Notice of Laws of Other Jurisdictions.
The courts shall take judicial notice of the law of the United States or of any state, territory or dependency thereof or of a foreign country whenever the same shall be material.

UNITED STATES v. CABACCANG
332 F.3d 622(2003)
PAGE 625

"[2] WE INTERPRET A FEDERAL STATUTE BY ASCERTAINING THE INTENT OF CONGRESS AND BY GIVING EFFECT TO ITS LEGISLATIVE WILL."
"   THE STARTING POINT OF THIS INQUIRY IS THE [L]ANGUAGE OF THE [STATUTE] ITSELF."

PAGE 638

"OUR JOB AS [JUDGES] IS TO APPLY LAWS ADOPTED BY THE POLITICAL BRANCHES OF GOVERN-MENT, AS THE SUPREME COURT HAS TOLD US TIME AND AGAIN, WHERE THE STATUTORY TEST IS CLEAR AND SPEAKS TO THE ISSUE BEFORE US, WE MUST [F]AITHFULLY ENFORCE IT. . ."
(emphasis added)

✳ "HUD v. RUCKER, 535 U.S. 125, 130-131, 152 L.Ed.2d 258 (200)"

WHITE v. ROCHFORD
592 F.2d 381 (1979)

PAGE 387:

"A RIGHT TO BE FREE FROM, AND TO OBTAIN JUDICIAL RELIEF . . . WAS A LIBERTY PRESERVED FROM DEPRIVATION WITHOUT DUE PROCESS" BY THE DUE PROCESS CLAUSE OF THE 14TH AMENDMENT (U.S.CONST.)."

FALSE IMPRISONMENT
(INFORMACION FALSO EN CARCEL)

RANSOM v. BALTIMORE COUNTY
111 F.SUPP.2d 704 (D.Md.2000)

"FALSE IMPRISONMENT CONSIST OF DEPRIVATION OF THE LIBERTY OF ANOTHER WITHOUT HIS CONSENT AND WITHOUT LEGAL JUSTIFICATION."

JACOBS v. VILLAGE OF OTTAWA HILLS
111 F.SUPP.2d 904 (N.D.Ohio 2000)

"FALSE ARREST" (and) OR "FALSE IMPRISONMENT", UNDER (Mass.)* LAW, INVOLVES CONFINING VICTIM INTENTIONALLY WITHOUT LAWFUL PRIVILEGE AND AGAINST HIS CONSENT WITHIN LIMITED AREA FOR ANY APPRECIABLE TIME, HOWEVER SHORT (or long)*."
(* emphasis added)

## MACHIBRODA v UNITED STATES
### 368 US 487, 7 L ed 2d 473, 82 S Ct 510

"<u>Not by the pleadings and the affidavits, but by the whole of the testimony, must it be determined whether the petitioner has carried his burden of proof and shown his right to a discharge.</u> The Government's contention that his allegations are improbable and unbelievable cannot serve to deny him an opportunity to support them by evidence. <u>On this record it is his right to be heard.</u>" <u>Walker v Johnston</u>, 312 US 275, at 287, 85 L ed 830, 836, 61 S Ct 574.

<u>But the specific and detailed factual assertions of the petitioner, while improbable, cannot at this juncture be said to be incredible. If the allegations are true, the petitioner is clearly entitled to relief. Accordingly, we think the function of 28 USC § 2254 can be served in this case only by affording the hearing which its provisions require.</u>

<u>Vacated and remanded.</u>

L. L.
L.

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS



AUTHENTICATION — SEALS — CLERK — PROCESS

[Stamp: "A GEM SMALL EXPENSIVE AND INVALUABLE"]  [Seal: UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS]  [Seal with signature: TONY ANASTAS, DEPUTY CLERK]

-28 USCS      DISTRICT COURTS; CLERKS

JUDICIARY & JUDICIAL PROCEDURE

§ 1691. Seal and teste of process

All Writ and Process issuing from a court of the United States shall be <u>under the seal of the court</u> and signed by the clerk thereof.

Cited in: UNITED STATES SUPREME COURT
CASES
SUPREME COURT DIGEST, VOL. 14.

"WRITS AND PROCESSES"

Any process issuing from a court which by law is required to authenticate such process with its seal <u>is void if issued without a seal</u>. Aetna Ins. Co. v Doe ex dem. Hallock (Aetna Ins. Co. v Hallock) 6 Wall 556,

18 L Ed 948

```
MAY ## '91 15:29    FROM US MARSHAL BOSTON MA                    PAGE.002
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OFFICE OF
U.S. MARSHAL
MAY 23  12 00 PM '91
DIST. OF MASS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendant, MCI Cedar Junction

YOU ARE COMMANDED to have the body of ███████████ now in your custody, before the United States District Court for the District of Massachusetts, United States Post Office and Courthouse Building, Courtroom Number 3, Boston Massachusetts on May ## 1991, at 2:00 P.M. for the purpose of ███████████████████████████████ in the case of UNITED STATES OF AMERICA V. ███████████ CR Number ███████

And you are to retain the body of said ███████████ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said ███████████ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

EXHIBIT

Dated at Boston, this 23rd day of May ##, 1991

7

By _____
Deputy Clerk

ROBERT ███████
Clerk



Neil Grace