UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JESSE R. QUINERLY )<br>   Petitioner ) | | |
| ) | | |
| v. ) | Civil Action No. 03-12552-GAO | |
| ) | | |
| LUIS SPENCER )<br>   Respondent ) | | |

## RESPONDENT'S MOTION FOR A SCHEDULING ORDER

The respondent in the above-captioned petition for writ of habeas corpus respectfully moves this Court to establish a briefing schedule for the respondent to file a dispositive motion and memorandum of law in opposition to the petition within sixty days and the petitioner to file a responsive memorandum within sixty days thereafter.

WHEREFORE, the respondent respectfully requests that the Court establish briefing schedule for the respondent to file a dispositive motion and memorandum of law in opposition to the petition within sixty days and the petitioner to file a responsive memorandum within sixty days thereafter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Attorney General's Office
One Ashburton Place,
Boston, MA 02108
617-727-2200
BBO No. 037060

2

**CERTIFICATE OF SERVICE**

    **I hereby certify that a true copy of the above document was served upon Jesse R. Quinerly, pro se, MCI Norfolk, P.O. Box 43, Norfolk, MA 02056-0043, by first class mail, postage pre-paid, on July 19, 2005.**

                                        **/s/ Annette C. Benedetto**
                                        **Annette C. Benedetto**
                                        **Assistant Attorney General**
                                        **Criminal Bureau**