UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JESSE R. QUINERLY
    Petitioner

HABEAS ACTION
#03-12552-GAO

V.

STEVEN O'BRIEN, SUPT.,
NCCI, @ GARDNER, MASS,
KATHERINE DENNEHY, COMMR.
MASS, DEPT. OF CORRECTION,
    Respondents

## PETITIONERS OPPOSITION TO SCHEDULING ORDER

Now comes the above named HABEAS CORPUS petitioner in the above entitled action. Petitioner avers that Respondents recent motion for **A SCHEDULING ORDER IS WITHOUT SUPPORT IN THE LAW...**
See, Title 28 U.S.C.S. §2243, Citing., **COURT IS TO ACT FORTHWITH AND AWARD THE WRIT...**
See, Rules-Section 2254 Cases Rule 8(c) And Advisory Committee Notes to SUBDIVISION (c) Citing, Rule 8(c) Provides that the HEARING shall be conducted as PROMPTLY as possible...
There is no statutory language in §2243 or Rule 8(c) Providing process for a Scheduling Order in a HABEAS CORPUS PROCEEDING...
See YONG V. I.N.S. 208 F.3d 1116 **1120 (9th Cir 2000)**...Citing, At the same time, habeas proceedings implicate special considerations that place unique limits on a District Courts authority to stay a case in the interests of Judicial economy

"The application for the writ usurps the attention and displaces the calender of the judge or justice who entertains it and receives prompt action from him within the four corners of the application." **RUBY V. UNITED STATES 341 F.2d 585, 587 (9th Cir.1965)**...Special solicitude is required because the writ is intended to be a "swift and imperative remedy in all cases of illegal restraint or confinement." Fay v. Noia, 372 U.S. 391, 400, 83 S.Ct. 822, 9 L.Ed.2d 837 (1963); see also Johnson v. Avery, 393 U.S. 483, 485, 89- S.Ct. 747, 21 L.Ed.2d 718 (1969)(**noting that the Supreme Court has constantly emphasized the fundamental importance of the writ**). Accordingly, the statute itself directs courts to give petitions for Habeas Corpus "special preferential consideration to insure expeditious Hearing and Determination" Van Buskirk v. Wilkinson, 216 F.2d 735, 737-38 (9th Cir.1954). It is the inescapable obligation of this court to forthwith award the GREAT WRIT OF HABEAS CORPUS or ISSUE THE SHOW CAUSE ORDER UPON THE RESPONDENT'S, **Title 28 U.S.C.S. §2243.**,Nothing else is required of this court...

In Conclusion Respondents Motion for a Scheduling Order should be **DENIED AND THE HEARING ON THE MERITS OF PETITIONERS PETITION SCHEDULED FORTHWITH...**

DATED Aug 2, 2005

JESSE R. QUINERLY-W51434

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon counsel for the respondent Steven O'Brien by first class mail, postage pre-paid, On August 2, 05

Addressed as;

Office of Attorney General Thomas F. Reilly
One Ashburton Place
Boston, MA 02108        Attn Annette Benedetto


*/s/ Jesse R. Quiner*