UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO: 03-12552-GAO

JESSE QUINERLY
Petitioner

V.

LUIS SPENCER
Respondent

## NOTICE OF APPEARANCE

Kindly enter my appearance as attorney for the petitioner.

Respectfully submitted:
Jesse Quinerly
By His  Attorney

*Matthew S. Robinowitz*
Matthew S. Robinowitz
35 Harvard Street
Dated: 8/26/2005                Worcester, MA 01609
(508) 752-0485
BBO#: 600287

### CERTIFICATE OF SERVICE

I, MATTHEW S. ROBINOWITZ, hereby certify that I served a copy of the within notice, by mail, on the attorney of record for the respondent: Annette C. Benedetto, Massachusetts Attorney General's Office, One Ashburton Place, Boston, MA 02108.

Dated: 8/26/2005                *Matthew S. Robinowitz*
                                Matthew S. Robinowitz