

**OFFICE OF THE CLERK**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

SARAH A. THORNTON
CLERK OF COURT

DATE: *Aug. 29, 2005*

TO: *Matthew Robinowitz*
*BBO# 600287*

In Re:
☐ Request for Certificate of Good Standing
☑ Electronic Case Filing Registration
☐ CM/ECF Database Review
☑ Recent Filing in Case No. *03-CV-12552-GAO*

Dear Sir or Madam:

    Please be advised that our records indicate that you have not re-registered to continue your admission or have never been admitted in this court and, as a result, you have been placed on inactive status. See attached notice.

    Kindly complete the enclosed attorney re-registration form and forward it to this office with the appropriate proof of admission and, if applicable, the $25.00 re-registration fee. Once your admission is verified, your record will be updated and you will be returned to active status. If you have never been admitted you must apply for admission by following the instructions on our web page.

    If you have previously submitted this information to the court, please provide copies of those documents.

    Further details can be found on our web site at www.mad.uscourts.gov under Attorney Information.

Sincerely,

Judith A. Litwin
CJA Analyst/Bar Admissions Clerk

By: *[signature]*
Deputy Clerk

attyre-regletter.wpd - 3/7/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(www.mad.uscourts.gov)

## ATTORNEY RE-REGISTRATION FORM
*Please type or print legibly*

NAME: _____
          (Last)           (Generation)          (First)          (Middle Initial)

*If admitted to the Massachusetts State Bar or the United States District Court Bar under a different name, please indicate below:*

_____
          (Last)           (Generation)          (First)          (Middle Initial)

DATE OF BIRTH: _____   SSN#: _____

Law Firm: _____
Building/Suite: _____
Street Address: _____
City, State, ZIP: _____
Telephone: _____   Fax: _____
E-Mail: _____

DATE ADMITTED TO THE DISTRICT OF MASSACHUSETTS FEDERAL BAR: _____

DATE ADMITTED TO THE MASSACHUSETTS STATE BAR: _____   BBO#_____

CURRENT STATUS WITH THE MASSACHUSETTS STATE BAR:   Active   Suspended   Disbarred   In-Active

If your status is "suspended", what is your anticipated date of reinstatement to the bar: _____

I hereby certify that: (1) I am currently in good standing as an attorney admitted to practice before the Supreme Judicial Court of Massachusetts [unless indicated otherwise in the current status section above]  (2) I am familiar with the Local Rules of this District, and  (3) the information contained in this application is true and correct.

SIGNATURE: _____   DATE: _____

    ATTORNEYS ADMITTED PRIOR TO 2001 SHOULD MAIL OR HAND DELIVER THIS FORM TOGETHER WITH A $25.00 CHECK OR MONEY ORDER MADE PAYABLE TO "CLERK, UNITED STATES DISTRICT COURT":

Clerk, United States District Court
Attn: Attorney Re-registration
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

**Fee waived for attorneys admitted after January 1, 2001**

Clerk's Office Use Only

| Date received: | $25.00 fee receipted: | Admission verified: | Record updated: |
|---|---|---|---|
|  |  |  |  |