UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO: 03-12552-GAO

JESSE QUINERLY
Petitioner

V.

LUIS SPENCER
Respondent

## MOTION TO SCHEDULE A HEARING

Now comes the petitioner, Jesse Quinerly, pursuant to 28 U.S.C. §2243, and respectfully requests that this Honorable Court schedule a hearing on his petition for a writ of habeas corpus as soon as possible. As reasons, the petitioner states that the instant petition has been pending since December, 2003 and the time period for a hearing mandated by 28 U.S.C. §2243 has long since passed.

Respectfully submitted:
Jesse Quinerly
By His Attorney

Matthew S. Robinowitz
Matthew S. Robinowitz
35 Harvard Street
Worcester, MA 01609
(508) 752-0485
BBO#: 600287

Dated: 9/15/2005

### CERTIFICATE OF SERVICE

I, MATTHEW S. ROBINOWITZ, hereby certify that I served a copy of the within motion, by mail, on the attorney of record for the respondent: Annette C. Benedetto, Massachusetts Attorney General's Office, One Ashburton Place, Boston, MA 02108.

Dated: 9/15/2005

Matthew S. Robinowitz
Matthew S. Robinowitz