## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JESSE R. QUINERLY<br>Petitioner | )<br>)<br>)<br>) |  |
| v. | )<br>) | Civil Action No. 03-12552-GAO |
| LUIS SPENCER<br>Respondent | )<br>)<br>)<br>) |  |

### RESPONDENT'S MOTION TO DISMISS

In accordance with Rule 11 of the Rules Governing Section 2254 Cases and Rule 12(b)(6) of the Federal Rules of Civil Procedure, the respondent, by and through his counsel, the Attorney General of the Commonwealth of Massachusetts, hereby respectfully moves this Court to dismiss the petition for a writ of habeas corpus filed by the petitioner, Jesse R. Quinerly.

As grounds therefor, the respondent states that Quinerly failed to properly exhaust his state-court remedies before seeking habeas relief. The present petition therefore should be dismissed. *Rose v. Lundy*, 455 U.S. 509, 522 (1982); 28 U.S.C. § 2254(b)(1). Moreover, the remaining claims are in procedural default and not cognizable on federal habeas corpus review. Finally, even assuming for the sake of argument that an ineffective assistance of counsel claim is not barred, the decision of the Massachusetts Appeals Court rejecting the claim was not contrary to nor an unreasonable application of clearly established Supreme Court law.

The respondent relies on the accompanying memorandum of law in support of his motion to dismiss.

2

WHEREFORE, the present motion should be allowed and an order should enter dismissing Quinerly's petition.

>Respectfully submitted,
>THOMAS F. REILLY
>ATTORNEY GENERAL
>
>/s/ Annette C. Benedetto
>Annette C. Benedetto
>Assistant Attorney General
>Criminal Bureau
>One Ashburton Place
>Boston, Massachusetts 02108
>(617) 727-2200
>BBO No. 037060

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the respondent's attorney certifies that she has conferred with the respondent's counsel and attempted in good faith to resolve or narrow the issues presented in the respondent's motion to dismiss the petition for writ of habeas corpus.

>/s/ Annette C. Benedetto
>Annette C. Benedetto
>Assistant Attorney General