UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JESSE R. QUINERLY<br>　Petitioner | )<br>)<br>)<br>) |  |
| v. | )<br>) | Civil Action No. 03-12552-GAO |
| LUIS SPENCER<br>　Respondent | )<br>)<br>)<br>) |  |

### RESPONDENT'S OPPOSITION TO PETITIONER'S MOTION
### TO EXPAND THE RECORD

　　The respondent herein opposes the petitioner's request to expand the record to include documents, exhibits and/or affidavits that he filed with his motion for summary judgment. The motion for summary judgment was denied on September 30, 2005.

　　The respondent filed a Supplemental Answer with his Answer that contained all the relevant documents necessary for the Court to decide the Petition. Included in the Supplemental Answer were the briefs, appendices, decisions and pertinent papers submitted to the Massachusetts Appeals Court and Supreme Judicial Court in connection with the petitioner's two appeals. The respondent has obtained a copy of the transcripts of the petitioner's trial (8 volumes) and will also submit these documents if the Court deems them helpful in deciding the case. In any event the respondent has today filed a Motion to Dismiss the petition on exhaustion and procedural default grounds and the record before this Court is sufficient for the Court to decide the Motion.

　　Wherefore the respondent submits that the motion to expand the record should be denied.

2

        **Respectfully submitted,**

        **THOMAS F. REILLY**
        **ATTORNEY GENERAL**

        **/s/ Annette C. Benedetto**
        **Annette C. Benedetto**
        **Assistant Attorney General**
        **Criminal Bureau**
        **One Ashburton Place**
        **Boston, Massachusetts 02108**
        **(617) 727-2200**
        **BBO No. 037060**