UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JESSE R. QUINERLY )<br>   Petitioner )<br>)<br>v. )<br>)<br>LUIS SPENCER )<br>   Respondent )<br>) | Civil Action No. 03-12552-GAO |

**Certificate of Service**

I hereby certify that a true copy of the Motion to Dismiss, Memorandum in Support of Motion to Dismiss and Opposition to Motion to Expand the Record which was electronically filed today was served upon counsel for the petitioner at the address below, by first class mail, postage pre-paid, on September 22, 2005.

Matthew S. Robinowitz
35 Harvard Street
Worcester, MA 01609

/s/ Annette C. Benedetto
**Annette C. Benedetto**
**Assistant Attorney General**
**Criminal Bureau**
**One Ashburton Place**
**Boston, Massachusetts 02108**
**(617) 727-2200**
**BBO No. 037060**