UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12552-GAO

JESSE QUINERLY,
Petitioner,

v.

LUIS SPENCER,
Respondent.

ORDER
September 27, 2005

O'TOOLE, D.J.

The petitioner's motion for expansion of the record (dkt. no. 18) is DENIED.

The petitioner's motion for appointment of counsel (dkt. no. 20) is DENIED in light of t recent appearance of counsel on his behalf.

The petitioner shall file any opposition to the respondent's motion to dismiss not later th October 31, 2005.

_September 27, 2005_
Date

_/s/ George A. O'Toole_
District Judge