UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO: 03-12552-GAO

JESSE QUINERLY
Petitioner

V.

LUIS SPENCER
Respondent

### PETITIONER' ADDITION TO HIS SUPPLEMENTAL APPENDIX

The petitioner has enclosed copies of the docket entries and indictments from his case in the Suffolk Superior Court. These docket entries were intended to be included in the petitioner's supplemental appendix but, due to a copier malfunction which counsel did not detect, they were not. A number of the indictments were included in the supplemental appendix but a number of the indictments were not in the supplemental appendix. The petitioner is submitting copies of the indictments in order to ensure that this Honorable Court has all of the indictments.

Respectfully submitted:
Jesse Quinerly
By His Attorney

Matthew S. Robinowitz
35 Harvard Street
Worcester, MA 01609
(508) 752-0485
BBO#: 600287

Dated: 11/22/05

CERTIFICATE OF SERVICE

I, MATTHEW S. ROBINOWITZ, hereby certify that I served a copy of the within addition to the supplemental appendix, by mail, on the attorney of record for the respondent: Annette C. Benedetto, Massachusetts Attorney General's Office, One Ashburton Place, Boston, MA 02108.

Dated: 11/22/05

*Matthew S. Robinowitz*
Matthew S. Robinowitz