AC, magistrate   Wilson   Adjudication ———————————— A C / magistrate (Wilson) Adjudication(2
Volterra,), Adjudicated (3)   Retrial Conference          W
DonharJIAdjudication (1)                Sweeney, J. Adjudicated (1)        Adjudicated 1st Retrial

NO. ...... 094963

Jesse R. Quinerly — Total (16) Pretrial Conference

**Commonwealth vs.**

Offense | Attorney   Pretrial Motions
Kindnapping |

Mass Crim Procedure 13 (d) - Filing, only pretrial motion the rules of which could not be signed of at the pretrial conference shall be filed with the Court ...

B | 094963, 65-67

| Paper No. | Date of Filing | |
|---|---|---|
| 1 | Mar. 14,1991 | INdictment returned. |
| 2 | Mar. 14,1991 | Motion of the Commonwealth for warrant of arrest to issue, filed and allowed. |
| | | (Volterra, J.) |
| | | Warrant issued. |
| | | Beought into Court on Warrant-Waives reading of Indictment. |
| | | Pleads not guilty |
| | | Bail: $200.00. Cash without prejudice. |
| 1 | Mar. 14, 1991 | Pre-trial conference ordered for April 8, 1991 21 day Rule waived. |
| 1 | Mar. 15, 1991 | Public counsel division appointed to represent defendant |
| | | Mittimus issued |
| | | (Walsh, AC/M) - T. Mundy, ADA - D. McLean, Court Reporter- |
| | | R. W. Hill, attorney for defendant. |

Over

-1-

| er No. | Date of Filing | | |
|---|---|---|---|
| 3 | April 8, 1991 | Defendant not in Court | |
| | | Continued to April 17, 1991 for Pre-trial conference | |
| | | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter - | ga |
| | | J. Osler, attorney for defendant. | |
| 4 | Apr. 18, 1991 | Defendant not in Court | |
| | | Continued to April 23, 1991 by agreement Plea. | |
| | | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter - | ga |
| | | A. Goldbach, attorney for defendant. | |
| | Apr. 23, 1991 | Defendant not in Court | |
| | | Pre-trial conference filed | |
| | | Continued to May 10, 1991 by agreement motions | |
| | | Walsh, AC/M - T. Mundy, ADA - D. McLean, Court Reporter - | ga |
| | | M. Loburn, attorney for defendant. | |
| | May 13, 1991 | Defendant not in Court | |
| | | Motion to produce records filed | |
| | | Motion to be filed by May 21, 1991 | |
| | | Continued to May 28, 1991 by agreement motions. | |
| | | Wilson, AC/M - T. Mundy, ADA - D. McLean, Court Reporter - | ga |
| | | R. W. Hill, attorney for defendant. | |
| | | Continued | |

-2-                                                                    No.094963

| Paper No. | Date of Filing | |
|---|---|---|
| 5 | May 16, 1991 | Defendant files:Motion for the production of hospital records |
| | May 28, 1991 | Defendant not in Court |
| | | Continued to June 5, 1991 Plea/Motions. |
| | | Wilson, AC/M - R. Powers, SP - D. McLean,Court Reporter - R. W. Hill, attorney for defendant. |
| | Jun. 5, 1991 | Defendant not in Court |
| | | Defendant's motion for productionof hospital records allowed. |
| | | Continued to June 14, 1991 by agreement Plea. |
| | | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter, - R. W. Hill, attorney for defendant. |
| | Jun. 14, 1991 | Brought into Court |
| | | Attorney R. Williams Hill's oral motion to withdraw after hearing, allow |
| | | Court appoints Bruce Carroll to represent defendant pursuant to Superior Court Rule 53 effective July 7, 1991. |
| | | Continued to June 21, 1991 for status. |
| | | Donhue, J. - T. Mundy, ADA - Electronic Recording Device - R. W. Hill, attorney for defendant. |
| | Jun. 21, 1991 | Defendant not in Court |
| | | Continued to July 1, 1991 for hearing re:counsel by agreement. |
| | | Wilson, AC/M - J. Canavan, ADA - D. McLean, Court Reporter - B. Carroll, attorney for defendant. |
| | | Continued |

-3-

| per No. | Date of Filing | | |
|---|---|---|---|
| | Jul. 1, 1991 | Defendant not in Court<br>Continued to July 17, 1991 for status by agreement<br>Wilson, AC/M - J. Canavan, ADA - D. McLean, Court -<br>B. Carroll, attorney for defendant. | ga |
| | Jul. 19, 1991 | Defendant not in Court<br>Continued to August 6, 1991 re: Status by agreement.<br>Wilson, AC/M - F. Santisi, ADA - D. McLean, Court Reporter -<br>B. Carroll, attorney for defendant. | ga |
| | Aug. 6, 1991 | Defendant not in Court<br>Continued to August 14, 1991 re: conference request of defendant.<br>Volterra, J. - R. Powers, ADA - D. McLean, Court Reporter -<br>B. Carroll, attorney for defendant | ga |
| | Aug. 15, 1991 | Defendant not in Court<br>Continued to September 5, 1991 re: conference by agreement.<br>Volterra, J - T. Mundy, ADA - D. McLean, Court Reporter -<br>B. Carroll, attorney for defendant. | ga |
| | Sep. 5, 1991 | Defendant not in Court<br>Continued to October 28, 1991 for trial by agreement.<br>Wilson, AC/M - M. Cass, ADA - D. McLean, Court Reporter<br>Continued | ga |

No. 094963

-3-

| Paper No. | Date of Filing | |
|---|---|---|
| 6 | Oct. 24, 1991 | Order by the Court, (Sweeney, J.) for Release of Medical Records, filed. |
| | Oct. 28, 1991 Beginning of Trial | Brought into Court |
| | | Defendant's motion in limine for Court order prohibiting the prosecutor from asking the victim for an identification of the perpetrator. |
| 7 | | Motion for voir dire and |
| 8 | | Motion for nonsuggestive identification procedure each filed and denied. |
| 9 | Oct. 28, 1991 | Memorandum in support of motion for nonsuggestive identification procedure and affidavit of Bruce W. Carroll each filed. |
| 10 | | Motion for sequestration of witness filed and allowed |
| 11 | | Motion in limine to exclude evidence of prior conviction and |
| 12 | | Motion in limine to exclude evidence of prior or subsequent bad acts each filed. |
| | | (Paper No. 7-12 in 094963) |
| | | Roscoe Norton a witness recognizances personally without surety in sum of $100.00. |
| | Oct. 29, 1991 | Court orders a jury of 16 members impanelled |
| | | (Trial before Hamlin, J.) with Nos.094963,094965 and 094967 |
| | | D. Cullinan, Court Reporter.  Julianna Delaney a witness recognizances personally without surety in the sum of $100.00 |
| 13 | | Defendant's motion for required finding, filed. |
| | | Continued |

| Date of Filing | |
|---|---|
| Oct. 29, 91 | After hearing, Court appoints attorney William Madden to represent |
| | Julianna Delaney, a witness. |
| Oct. 30, 1991 | Trial continues - D. Cullinan, and J. Gibbs, Court Reporter. |
| Oct. 31, 1991 | Trial continues - L. Earp, Court Reporter |
| Nov. 4, 1991 | Defendant's motion for required finding after hearing denied |
| | Defendant's motion to dismiss and |
| | Defendant motion for required finding II filed and denied |
| | At the final submission of the case to the jury, the Court ordered the |
| | jury reduced to twelve in number and the names of Lawrence Siff, Ellen Leavitt |
| | Seliva Ditullio & Marian Pascal designated the alternate jurors.D. Cullinan, Court |
| | Reporter. ga |
| Nov. 5, 1991 | Verdict guilty - Verdict affirmed . Verdict Slip-filed.Disposition continued to |
| | Mittimus issued. |
| | November 6,1991. Defendant ordered committed to Common Jail on a Mittimus without bail. |
| Nov. 6, 1991 | Brought into Court - |
| | MCI Cedar Junction Max 10 years Min 9 years concurrent with No. 094967. |
| | Defendant deemed; to have served (251) days of said sentence. |
| | Notified of right to appeal to the Appellate Division. |
| | Notified of right to appeal under Rule 28. |
| | Defendant's Motion for Directed Verdict and Affidavit filed, Pro Se. Mittimus issued. |
| | Hamlin, J. - T. Mundy, ADA - D. Cullinan, Court Reporter - |
| | B. Carroll, attorney for defendant. ga |
| | Continued |

- 6 -

NO.094963

| Paper No. | Date of Filing | -4- |
|---|---|---|
| 16 | Nov. 6, 1991 | Defendant files:Notice of Appeal to the Appellate Division |
| 17 | | Notice of Appeal; |
| 18 | | Motion for leave to withdraw and for appointment of successor counsel. |
| | | (Hamlin J. notified with copies as to paper 16 & 18) |
| | | (Steadman, C.J. notified as to paper #16) |
| 19 | Feb. 24, 1992 | Defendant files: Pro Se Motion requesting late filing of revise and revoke |
| | | (Hamlin, J. notified with copy) |
| | Apr. 2, 1992 | Copy of notice of appeal mailed to Hamlin, J. and T. Mundy, ADA. |
| | | Letter sent to Court Reporter D. Cullinan, J. Gibbs for preparation of transcripts. |
| | | Certificate of Clerk-filed. |
| 20 | Apr. 27, 1992 | Defendant not in Court - continued to May 15, 1992 for hearing re: Appellat Counsel by agreement. |
| | | G. Wilson, AC/M- R. Powers, ADA- D. McLean, Court Reporter- |
| | | B. Carroll, attorney for defendant. |
| | May 13, 1992 | Appeal to Appellate Division dismiss. |
| | | Ronan, McDaniel, and Dolan, JJ. |
| | May 15, 1992 | Brought into Court. |
| | | Attorney Bruce Carroll allowed to withdraw. |
| | | Continued to June 26, 1992 for hearing re: Counsel. |
| | | G. Wilson, AC/M- R. Powers, ADA- L. Earp, Court Reporter- |

| Paper No. | Date of Filing | |
|---|---|---|
| 22 | Sept.15,1992 | Defendant files; Motion to be provided with a copy of the trial transcript at the expense of the Commonwealth: |
| | | Motion to allow trial exhibits photocopied and released to defendant's attorney. (Hamlin, J. notified with copy) (gs) |
| | Oct. 30, 1992 | Notice sent to attorneys that transcripts are available. |
| | | Letter sent to Attorney Long Re: Cost of transcripts. |
| 23 | Nov. 3, 1992 | Certificate of delivery of transcript by Clerk-filed. |
| | Dec. 15, 1992 | Second notice sent to Attorney Long Re:Transcripts. |
| | Dec. 30,1992 | Motions #21 and 22 allowed by Hamlin, J. |
| 24 | Jan. 4, 1993 | Certificate of delivery of transcript by Clerk-filed. |
| | Feb. 8, 1993 | Notice of completion of assembly of record sent to Clerk of Appeals Court and attorneys for Commonwealth and defendant. |
| | | Two certified copies of docket entries original and copy of transcript, two copies of exhibit list and list of documents, each transmitted to Clerk of Appellate Court (km) |
| 25 | Mar. 30, 1993 | Defendant files, Motion for Post Conviction relief and affidavit in support of. Hamlin, J. notified with copy. (km) |
| 26 | Oct. 1, 1993 | Defendant files: Motion for evidentiary hearing. |
| 8 | 5 months later | (Hamlin, J. notified with copy) (rp) |
| 27 | Mar. 28, 1994 | Defendant files: |
| 28 | | Memorandum in support of motion for new trial, |
| | | Motion for evidentiary hearing and affidavit./(Hamlin, J. notified with copies) ( |

NO....094963.........

Commonwealth vs.    Jesse R. Quinerly

Offense

Attorney

-5-

| Paper No. | Date of Filing | |
|---|---|---|
| | Date of Filing | |
| 29 | February 3, 1995 | Rescript received from Appeals Court Judgments Affirmed, Filed.    (J.Long, Atty |
| 30 | July 17, 1995 | K.McMahon, ADA each notified) Defendant filed: Motion for leave to Supplement memorandum of law. (Hamlin, J. Noti fied) Defendant Motion for (Evidentiary Hearing) Allowed, Hamlin, J (R.Miller, ADA and E. B. Weinstein, Atty. Set date for hearing on motion some time in January 1996.) |
| | December 5, 1995 | Defendant Motion for (Evidentiary Hearing) Allowed, Hamlin, J (R.Miller, ADA and E.B. |
| | September 19,1996 | Attorney's Motion to Withdraw as counsel of record filed and allowed. Hamlin,J (E. Weinstein, Atty, C.Bartoloni, ADA  and CPCS Appellate Division notified) |
| | January 8, 1998 | Hamlin, J orders CPCS to appoint an attorney to represent defendant on defendant's motion for New Trial. |
| 31 | January 31, 2000 | Defendant files Pro Se Motion to Be Allowed to Proceed Pro Se and affidavit in support of |
| 32 | | Defendant files Pro Se Motion to Appoint Standby Counsel.   (Hamlin, J. notified 2/8 |
| 33 | June 12, 2000 | Defendant (files) Motion for (Evidentiary Hearing) on Motion for New Trial. Defendant files Motion to Depose Defendant's Witness. |
| 34 | | Defendant files Motion for Costs to Conduct Deposition. (Hamlin, J notified w/copy |
| 35 | | of motions and docket sheets.) |

9

| No. | Date of Filing | |
|---|---|---|
| | JUNE 23, 2000 | Habeas Corpus issued to MCI Norfolk for hearing on June 27, 2000 in Cambridge at 2:00PM Courtroom 6A before Hamlin, J. |
| | | Defendant not in court. |
| | July 12, 2000 | Commonwealth's motion for Discovery and Disclosure pursuant to Mass.R.Crim.P. 30(c)(4) filed and allowed by Hamlin, J. sitting at Middlesex. |
| | | Court orders Writ of Habeas Corpus issued to MCI Norfolk for defendant for July 19, 2000 to appear before Hamlin, J at Middlesex Superior Court, Room 6A. Walsh, A/CM - E,Zabin, ADA |
| | | M.McDonald, Court Reporter. |
| | August 16,2000 | Defendant files Pro Se Motion to Amend by Insertion and affidavit in support of. (Hamlin, J. and E. Zabin, ADA notified 9/11/2000) |
| | Feb. 5, 2000 | Defendant files pro se: Motion for waiver of costs w/affidavit of indigency. |
| | | (Hamlin, J. notified w/copy) |
| | Mar. 13, 2001 | Order on Defendant's Motion for Waiver of Costs (re:DNA) by the Court, Hamlin, J. filed. |
| | | The Court, Hamlin, J. orders that defendant's pro se motion for waiver of costs (re:DNA) Paper No. 38 be denied without prejudice. (Defendant notified) |
| | Mar. 13, 2001 | Memorandum of decision and order on defendant's pro se motion for new trial (Paper No. 25) by the Court, Hamlin, J. filed. The Court, Hamlin, J. orders that defendant's pro se motion for new trial (Paper No. 25—Motion for post conviction relief) be denied. |
| | | By the Court, Hamlin, J. (Defendant notified) |
| | Apr. 10, 2001 | Defendant files: Notice of appeal |

paw

(kh)

(kh)

(kh)

(kh)

No. 094963

-6-

| Paper No. | Date of Filing | |
|---|---|---|
| | April 19, 2001 | Copy of notice of appeal mailed to Hamlin, J and E.Zabin, ADA |
| | April 23, 2001 | Letter sent to Court Reporters M.Carleton - B.Cunha and J.Boyle for preparation of transcripts. |
| | | Certificate of Clerk-filed. |
| 42 | May 8, 2001 | One original transcript of evidence delivered to Clerk by B.Cunha, Court Reporter. |
| 43 | June 22, 2001 | Deft. files pro se: motion for reconsideration of his denial of motion for new trial with memorandum and affidavit in support of. |
| | July 23, 2001 | Per order of Court by telephone: motion #43 denied without hearing. Hamlin, J. |
| 43.5 | July 27, 2001 | Comm. files opposition to deft's motion for reconsideration. |
| 44 | Aug. 8, 2001 | Deft files pro se motion entitled "traverse." |
| | Aug. 16, 2001 | Deft's motion entitled "traverse" reviewd by Walker, J. - after review treated as a motion for new trial - motion denied; "any suppression issues could or should have been raised in the Appeals Court." (Walker, J.) (E. Zabin, ADA and Defendant notified 8/22/01) |

- 11 -

NO. 094963

Commonwealth vs.    Jesse R. Quinerly

**Attorney**

Offense

Robbery Being Armed

B

| Paper No. | Date of Filing | (1a0) 094963,65-67 |
|---|---|---|
| 1 | Mar. 14,1991 | Indictment returned. |
| | Mar. 15, 1991 | Brought into Court-Waives reading of indictment - Pleads not guilty. |
| | | Bail:Personal recognizance $100.00 |
| | | Pre-trial conference ordered for April 8, 1991 |
| | April 8, 1991 | 21 day Rule waived - Public counsel division appointed to represent defendant |
| | | Walsh, AC/M - T. Mundy, ADA - D. McLean, Court Reporter- |
| | | R. W. Hill, attorney for defendant. |
| | | Defendant not in Court |
| | | Continued to April 17, 1991 for Pre-trial conference |
| | | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter- |
| | | J. Osler, attorney for defendant. |
| | Apr. 18, 1991 | Defendant not in Court |
| | | Continued to April 23, 1991 by agreement Plea. |
| | | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter- |
| | | A. Goldbach, attorney for defendant. |

Over

-12-

| pet No. | Date of Filing | | |
|---|---|---|---|
| | Apr. 23, 1991 | Defendant not in Court | |
| | | Pre-trial conference filed | |
| | | Continued to May 10, 1991 by agreement motions | |
| | | Walsh, AC/M - T. Mundy, ADA - D. McLean, Court Reporter- | ga |
| | | M. Loburn, attorney for defendant. | |
| | | (Paper No 3 in 094963) | |
| | May 13, 1991 | Defendant not in Court | |
| | | Motion to produce records filed | |
| | | Motion to be filed by May 21, 1991 | |
| | | (Paper No 4 in 094963) | |
| | | Continued to May 28, 1991 by agreement motions. | |
| | | Wilson, AC/M - T. Mundy, ADA - D. McLean, Court Reporter - | ga |
| | | R. W. Hill, attorney for defendant. | |
| | May 16, 1991 | Defendant files:Motion for the production of hospital records | |
| | | (Paper No 5 in 094963) | |
| | May 28, 1991 | Defendant not in Court | |
| | | Continued to June 5, 1991 Plea/Motions. | |
| | | Wilson, AC/M - R. Powers, SP - D. McLean,Court Reporter - | ga |
| | | R. W. Hill, attorney for defendant. | |
| | | Continued | |

-13-

-2-                                                No.094965

| Paper No. | Date of Filing | |
|-----------|----------------|---|
| | Jun. 5, 1991 | Defendant not in Court |
| | | Defendant's motion for production of hospital records allowed. |
| | | Continued to June 14, 1991 by agreement Plea. |
| | | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter, - R. W. Hill, attorney for defendant. |
| | Jun. 14, 1991 | Brought into Court |
| | | Attorney R. Williams Hill's oral motion to withdraw after hearing, allowed |
| | | Court appoints Bruce Carroll to represent defendant pursuant to Superior Court Rule 53 effective July 7, 1991. |
| | | Continued to June 21, 1991 for status. |
| | | Donhue, J. - T. Mundy, ADA - Electronic Recording Device - R. W. Hill, attorney for defendant. |
| | Jun. 21, 1991 | Defendant not in Court |
| | | Continued to July 1, 1991 for hearing re:counsel by agreement. |
| | | Wilson, AC/M - J. Canavan, ADA - D. McLean, Court Reporter - B. Carroll, attorney for defendant. |
| | Jul. 1, 1991 | Defendant not in Court |
| | | Continued to July 17, 1991 for status by agreement |
| | | Wilson, AC/M - J. Canavan. ADA - D. McLean, Court - B. Carroll, attorney for defendant. |

Continued

-14-

| apor. No. | Date of Filing | | |
|---|---|---|---|
| | Jul. 19, 1991 | Defendant not in Court | |
| | | Continued to August 6, 1991 re:Status by agreement. | |
| | | Wilson, AC/M – F. Santisi, ADA – D. McLean, Court Reporter – | ga |
| | Aug. 6, 1991 | B. Carroll, attorney for defendant. | |
| | | Defendant not in Court | |
| | | Continued to August 14, 1991 re: conference request of defendant. | |
| | | Volterra, J. – R. Powers, ADA – D. McLean, Court Reporter – | ga |
| | Sep. 5, 1991 | B. Carroll, attorney for defendant<br>* See Later intervening entry<br>Defendant not in Court | |
| | | Continued to October 28, 1991 for trial by agreement. | |
| | | Wilson, AC/M – M. Cass, ADA – D. McLean, Court Reporter | ga |
| | * Aug. 15, 1991 | Defendant not in Court | |
| | | Continued to September 5, 1991 re:conference by agreement. | |
| | | Volterra, J. – T. Mundy, ADA – D. McLean, Court Reporter – | ga |
| | | B. Carroll, attorney for defendant. | |
| | | Continued | |

-15-

No. 094965

-3-

| Paper No. | Date of Filing | |
|---|---|---|
| | Oct. 24, 1991 | order by the Court, Sweeney, J. for Release of Medical Records, filed. |
| | Oct. 28, 1991 | Brought into Court |
| | | Defendant's motion in limine for Court order prohibiting the prosecutor from asking the victim for an identification of the perpetrator. |
| | | Motion for voir dire and |
| | | Motion for nonsuggestive identification procedure each filed and denied. |
| | | Motion for nonsuggestive identification procedure |
| | Oct. 28, 1991 | Memorandum in support of motion for nonsuggestive identification procedure and affidavit of Bruce W. Carroll each filed. |
| | | Motion for sequestration of witness filed and allowed |
| | | Motion in limine to exclude evidence of prior conviction and |
| | | Motion in limine to exclude evidence of prior or subsequent bad acts each filed. |
| | | (Paper No. 7-12 in 094963) |
| | | Roscoe Horton a witness recognizances personally without surety in sum of $100.00. |
| | Oct. 29, 1991 | Court orders a jury of 16 members impanelled |
| | | Trial before Hamlin, J. with Nos.094963,094965 and 094967 |
| | | D. Cullinan, Court Reporter. Julianna Delaney a witness recognizances personally without surety in the sum of $100.00 |
| | | Defendant's motion for required finding, filed |
| | | (Paper No 13 in 094963)        Continued |

-16-

| per No. | Date of Filing | |
|---|---|---|
| | Oct. 29, 91 | After hearing, Court appoints attorney William Madden to represent |
| | | Julianna Delaney, a witness. |
| | Oct. 30, 1991 | Trial continues – D. Cullinan, and J. Gibbs, Court Reporter. |
| | Oct. 31, 1991 | Trial continues – L. Earp, Court Reporter |
| | Nov. 4, 1991 | Defendant's motion for required finding after hearing denied |
| | | Defendant's motion to dismiss and motion for required finding II filed |
| | | and denied. |
| | | (Paper No. 14, 15 in 094963) |
| | | At the final submission of the case to the jury, the Court ordered the |
| | | jury reduced to twelve in number and the names of Lawrence Siff, Ellen Leavitt |
| | | Seliva DiTullio & Marion Pascal designated the alternate jurors. D. Cullinan, Court |
| | | Reporter. |
| | Nov. 5, 1991 | Verdict guilty – Verdict affirmed |
| | | Verdict slip filed |
| | Nov. 6, 1991 | MCI Cedar Junction Max 30 years Min 20 years concurrent with No. 094967. |
| | | Defendant deemed – to have served (251) days of said sentence. |
| | | Notified of right to appeal to the Appellate Division. |
| | | Notified of right to appeal under Rule 28. |
| | | Mittimus issued |
| | | Hamlin, J. – T. Mundy, ADA – D. Cullinan, Court Reporter – |
| 2 | | B. Carroll, attorney for defendant.         Continued |

ga

ga

ga

-17-

-4-                         No.094965

| Paper No. | Date of Filing | |
|---|---|---|
| | Nov. 6, 1991 | Defendant files:Notice of Appeal to the Appellate Division |
| | | Notice of Appeal; |
| | | Motion for leave to withdraw and for appointment of successor counsel. ga |
| | | (Paper No. 16, 18 in 094963) (rp) |
| | Feb. 24, 1992 | Defendant files: Pro Se Motion requesting late filing of revise and revoke. |
| | | (Paper No. 19 in 094963) (rp) |
| | Apr. 2, 1992 | Copy of notice of appeal mailed to Hamlin, J. and T. Mundy. ADA. |
| | | Letter sent to Court Reporter D. Cullinan, J. Gibbs and L. Earp for |
| | | preparation of transcripts. |
| | | Certificate of Clerk filed. (Paper no. 20 in 094963) (rp) |
| | May 13, 1992 | Appeal to Appellate Division dismissed. |
| | | Ronan, McDaniel, and Dolan, JJ. |
| | May 15, 1992 | Brought into Court. |
| | | Attorney Bruce Carroll allowed to withdraw. |
| | | Continued to June 26, 1992 for hearing re: Counsel. |
| | | G. Wilson, AC/M- R. Powers, ADA- L. Earp, Court Reporter- (rp) |
| | | B. Carroll, attorney for defendant. |
| | June 26, 1992 | Brought into Court - continued to July 7, 1992 for hearing re: Counsel. |
| | | G. Wilson, AC/M- J. Coffey, ADA- D. McLean, Court Reporter. (rp) |

(OVER)

-18-

| Paper No. | Date of Filing | |
|---|---|---|
| | Sept.15,1992 | Defendant files; Motion to be provided with a copy of the trial transcript at the expense of the Commonwealth: |
| | | Motion to allow trial exhibits photocopied and released to defendant's attorney. |
| | | (Paper No.21,22 in 094963) (gs) |
| | Oct. 30, 1992 | Notice sent to attorneys that transcripts are available. |
| | | Letter sent to Attorney Long Re: Cost of transcripts. |
| | Nov. 3, 1992 | Certificate of delivery of transcript by Clerk-filed. (Paper #23 in #094963) |
| | Dec. 15, 1992 | Second notice sent to Attorney Long Re: Transcripts. |
| | Jan 4, 1993 | Certificate of delivery of transcript by Clerk-filed. (Paper No. 24 in No. 094963) |
| | Feb. 8, 1993 | Notice of completion of assembly of record sent to Clerk of Appeals Court and attorneys for Commonwealth and defendant. |
| | | Two certified copies of docket entries, original and copy of transcript two copies of exhibit list and list of documents, each transmitted to Clerk of Appellate Court. (km) |
| | Mar. 30, 1993 | Defendant file Pro-Se: Motion for Post Conviction relief and affidivit in support of. (Paper No. 25 in 094963) (km) |
| | Oct. 1, 1993 | Defendant files: Motion for evidentiary hearing. (paper No. 26 in 094963) (rp) |
| | Mar. 28, 1994 | Defendant files: Memorandum in support of motion for new trial; Motion for evidentiary |

NO. .....094965......

-5-

**Commonwealth vs.**    Jesse R. Quinerly

Offense

Attorney

| Paper No. | Date of Filing | |
|---|---|---|
| | February 3, 1995 | Rescript received from Appeals Court Judgments Affirmed, Filed.    (J.Long, Atty (Paper #29 in 094963) K.McMahon, ADA each notified) |
| | July 17, 1995 | Defendant filed: Motion for leave to Supplement memorandum of law. (Hamlin, J. Noti fied)    (Paper #30 in 094963) |
| | December 5, 1995 | Defendant Motion for Evidentiary Hearing Allowed. Hamlin, J (R.Miller, ADA and E. Weinstein, Atty. Set date for hearing on motion some time in January 1996.) |
| | September 19,1996 | Attorney's Motion to Withdraw as counsel of record filed and allowed. Hamlin,J (E. Weinstein, Atty, C.Bartoloni, ADA   and CPCS Appellate Division notified) |
| | January 8, 1998 | Hamlin, J orders CPCS to appoint an attorney to represent defendant on defendant's motion for New Trial. |
| | January 31, 2000 | Defendant files Pro Se Motion to Be Allowed to Proceed Pro Se and affidavit in support of (Paper # 31 in 094963) |
| | June 12, 2000 | Defendant files Pro Se Motion to Appoint Standby Counsel.    (Hamlin, J. notified 2/8 (Paper #32 in 094963) Defendant files Motion for Evidentiary Hearing on Motion for New Trial (Paper#33 in 094963) Defendant files Motion to Depose Defendant's Witness. (Paper #34 in 094963) Defendant files Motion for Costs to Conduct Deposition. (Hamlin, J notified w/copy of motions and docket sheets.)   (Paper #35 in 094963) |

-20-

| Paper No. | Date of Filing | |
|---|---|---|
| | JUNE 23, 2000 | Habeas Corpus issued to MCI Norfolk for hearing on June 27, 2000 in Cambridge at 2:00PM Courtroom 6A before Hamlin, J. |
| | July 12, 2000 | Defendant not in court.<br>Commonwealth's motion for Discovery and Disclosure pursuant to Mass.R.Crim.P. 30(c)(4) filed and allowed by Hamlin, J. sitting at Middlesex.<br>Court orders Writ of Habeas Corpus issued to MCI Norfolk for defendant for July 19, 2000 to appear before Hamlin, J at Middlesex Superior Court, Room 6A. Walsh, A/CM - E.Zablin, ADA M.McDonald, Court Reporter. |
| 36 | August 16, 2000 | Defendant files Pro Se Motion to Amend by Insertion and affidavit in support of. (Paper #37 in 094963) |
| | Feb. 5, 2001 | Defendant files pro se: Motion for waiver of costs with affidavit. (Paper No. 38 in 094963, notice on same) (k) |
| | Mar. 13, 2001 | Order on defendant's motion for waiver of costs (re: DNA sampling) by the Court, Hamlin, J. filed (Paper No. 39 in 094963). The Court, Hamlin, J. orders that defendant's pro se motion for waiver of costs (re: DNA sampling (Paper No. 38 in 094963) be denied without prejudice. By the Court, Hamlin, J. (k |
| | Mar. 13, 2001 | Memorandum of decision and order on defendant's pro se motion for new trial (Paper No. 25 in 094963) filed. (Paper No. 40 in 094963). The Court, Hamlin, J. orders that defendant's pro se motion for new trial (Paper No. 25-Motion for post conviction relief) be denied. By the Court, Hamlin, J. (k |
| | Apr. 10, 2001 | Defendant files: Notice of Appeal. (Paper No. 41 in 094963) (k' |

No. 094965

-6-

| Paper No. | Date of Filing | |
|---|---|---|
| | April 19, 2001 | Copy of notice of appeal mailed to Hamlin, J and E.Zabin, ADA |
| | April 23, 2001 | Letter sent to Court Reporters M.Carleton - B.Cunha - and J.Boyle for preparation of the transcripts. Certificate of Clerk-filed. #42 in #094963 |
| | May 8, 2001 | One original transcript of evidence delivered to Clerk by B.Cunha, Court Reporter. |
| | June 22, 2001 | Deft. files pro se: motion for reconsideration of his denial of motion for new trial with memorandum and affidavit in support of. |
| | July 23, 2001 | Per order of Court by telephone: motion #43 denied without hearing. Hamlin, J. |
| | July 27, 2001 | Comm. files opposition to deft's motion for reconsideration. |
| | Aug. 8, 2001 | Deft files pro se motion entitled "traverse." (P#44 in 094963, notice in same) |
| | Aug. 16, 2001 | Deft's motion entitled "traverse" reviewd by Walker, J. - after review treated as a motion for new trial - motion denied; "any suppression issues could or should have been raised in the Appeals Court." (Walker, J.) (notice in 094963) |

- 22 -

NO. 094966

Commonwealth vs.                    Jesse R. Quinerly

Offense                             Attorney

Assault By Means Of A Dangerous
Weapon

B

094963, 65-67

| Paper No. | Date of Filing |  |
|---|---|---|
| 1 | Mar. 14, 1991 | Indictment returned. |
|  | Mar. 15, 1991 | Brought into Court-Waives reading of indictment-Pleads not guilty. |
|  |  | Bail:Personal recognizance $100.00 |
|  |  | Pre-trial conference ordered for April 8, 1991. |
|  |  | 21 day Rule waived |
|  |  | Public counsel division appointed to represent defendant. |
|  |  | Walsh, AC/M - T. Mundy, ADA - D. McLean, Court Reporter-- |
|  |  | R. W. Hill, attorney for defendant. |
|  | April. 8, 1991 | Defendant not in Court |
|  |  | Continued to April 17, 1991 for Pre-trial conference |
|  |  | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter- |
|  |  | J. Osler, attorney for defendant. |
|  | Apr. 18, 1991 | Defendant not in Court |
|  |  | Continued to April 23, 1991 by agreement Plea. |
|  |  | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter- |
|  |  | A. Goldbach, attorney for defendant. (Paper No 3 in 0963) Over |