| Paper No. | Date of Filing |  |
|---|---|---|
|  | Apr. 23, 1991 | Defendant not in Court |
|  |  | Pre-trial conference filed |
|  |  | Continued to May 10, 1991 by agreement motions |
|  |  | Walsh, AC/M - T. Mundy, ADA - D. McLean, Court Reporter- |
|  |  | M. Loburn, attorney for defendant. |
|  | May 13, 1991 | Defendant not in Court |
|  |  | Motion to produce records filed |
|  |  | Motion to be filed by May 21, 1991 |
|  |  | (Paper No 4 in 094963) |
|  |  | Continued to May 28, 1991 by agreement motions. |
|  |  | Wilson, AC/M - T. Mundy, ADA - D. McLean, Court Reporter - |
|  |  | R. W. Hill, attorney for defendant. |
|  | May 16, 1991 | Defendant files:Motion for the production of hospital records |
|  |  | (Paper No 5 in 094963) |
|  | May 28, 1991 | Defendant not in Court |
|  |  | Continued to June 5, 1991 Plea/Motions. |
|  |  | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter - |
|  |  | R. W. Hill, attorney for defendant. |
|  |  | Continued |

ga

ga

ga

-2-    No.094966

| Paper No. | Date of Filing | |
|---|---|---|
| | Jun. 5, 1991 | Defendant not in Court |
| | | Defendant's motion for production of hospital records allowed. |
| | | Continued to June 14, 1991 by agreement Plea. |
| | | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter, - R. W. Hill, attorney for defendant. |
| | Jun. 14, 1991 | Brought into Court |
| | | Attorney R. Williams Hill's oral motion to withdraw after hearing, allowed |
| | | Court appoints Bruce Carroll to represent defendant pursuant to Superior Court Rule 53 effective July 7, 1991. |
| | | Continued to June 21, 1991 for status. |
| | | Donhue, J. - T. Mundy, ADA - Electronic Recording Device - R. W. Hill, attorney for defendant. |
| | Jun. 21, 1991 | Defendant not in Court |
| | | Continued to July 1, 1991 for hearing re:counsel by agreement. |
| | | Wilson, AC/M - J. Canavan, ADA - D. McLean, Court Reporter - B. Carroll, attorney for defendant. |
| | Jul. 1, 1991 | Defendant not in Court |
| | | Continued to July 17, 1991 for status by agreement |
| | | Wilson, AC/M - J. Canavan. ADA - D. McLean, Court - B. Carroll, attorney for defendant. |

Continued

| Paper No. | Date of Filing | | |
|---|---|---|---|
| | Jul. 19, 1991 | Defendant not in Court | |
| | | Continued to August 6, 1991 re:Status by agreement. | |
| | | Wilson, AC/M - F. Santisi, ADA - D. McLean, Court Reporter - | ga |
| | | B. Carroll, attorney for defendant. | |
| | Aug. 6, 1991 | Defendant not in Court | |
| | | Continued to August 14, 1991 re: conference request of defendant. | |
| | | Volterra, J. - R. Powers, ADA - D. McLean, Court Reporter - | ga |
| | | B. Carroll, attorney for defendant | |
| | Aug. 15, 1991 | Defendant not in Court | |
| | | Continued to September 5, 1991 re:conference by agreement. | |
| | | Volterra, J. - T. Mundy, ADA - D. McLean, Court Reporter - | ga |
| | | B. Carroll, attorney for defendant. | |
| | Sep. 5, 1991 | Defendant not in Court | |
| | | Continued to October 28, 1991 for trial by agreement. | |
| | | Wilson, AC/M - M. Cass, ADA - D. McLean, Court Reporter | ga |
| | | Continued | |

-3-                                    No.094966

| Paper No. | Date of Filing | |
|---|---|---|
| | Oct. 24, 1991 | Order by the Court, Sweeney, J. for Release of Medical Records, filed. |
| | Oct. 28, 1991 | Brought into Court |
| | | Defendant's motion in limine for Court order prohibiting the prosecutor from asking the victim for an identification of the perpetrator. |
| | | Motion for voir dire and |
| | | Motion for nonsuggestive identification procedure each filed and denied. |
| | Oct. 28, 1991 | Memorandum in support of motion for nonsuggestive identification procedure and affidavit of Bruce W. Carroll each filed. |
| | | Motion for sequestration of witness filed and allowed |
| | | Motion in limine to exclude evidence of prior conviction and |
| | | Motion in limine to exclude evidence of prior or subsequent bad acts each filed. |
| | | (Paper No. 7-12 in 094963) |
| | | Roscoe Horton a witness recognizances personally without surety in sum of $100.00. |
| | Oct. 29, 1991 | Court orders a jury of 16 members impanelled |
| | | Trial before Hamlin, J. with Nos.094963,094965 and 094967 |
| | | D. Cullinan, Court Reporter. Julianna Delaney a witness recognizances personally without surety in the sum of $100.00 |
| | | Defendant's motion for required finding, filed |
| | | (Paper No 13 in 094963) |

Continued

| per No. | Date of Filing | |
|---|---|---|
| | Oct. 29, 91 | After hearing, Court appoints attorney William Madden to represent Julianna Delaney, a witness. |
| | Oct. 30, 1991 | Trial continues - D. Cullinan, and J. Gibbs, Court Reporter. |
| | Oct. 31, 1991 | Trial continues - L. Earp, Court Reporter |
| | | ga |
| | Nov. 4, 1991 | Defendant's motion for required finding after hearing denied |
| | | Defendant's motion to dismiss and motion for required finding II filed and denied. |
| | | (Paper No. 14, 15 in 094963) |
| | | At the final submission of the case to the jury, the Court ordered the jury reduced to twelve in number and the names of Lawrence Siff, Ellen Leavitt Seliva Ditullio & Marian Pascal designated the alternate jurors. D. Cullinan, Court Reporter. |
| | | ga |
| 2 | Nov. 5, 1991 | Verdict guilty - Verdict affirmed |
| | | Verdict slip filed |
| | Nov. 6, 1991 | MCI Cedar Junction Max 5 years Min 4 years concurrent with No. 094967. |
| | | Defendant deemed to have served (251) days of said sentence. |
| | | Notified of right to appeal to the Appellate Division. |
| | | Notified of right to appeal under Rule 28. |
| | | Mittimus issued |
| | | Hamlin, J. - T. Mundy, ADA - D. Cullinan, Court Reporter - |
| | | B. Carroll, attorney for defendant. |
| | | ga |

-28 -

ga

NO.094966

-4-

| Paper No. | Date of Filing | |
|---|---|---|
| | Nov. 6, 1991 | Defendant files:Notice of Appeal to the Appellate Division |
| | | Notice of Appeal; |
| | | Motion for leave to withdraw and for appointment of successor counsel. |
| | | (Paper No. 16, 18 in 094963) (rp) |
| 3 | Jan. 6, 1992 | Memorandum of decision of Hamlin, J.-filed. |
| | | (T. Mundy, ADA and B. Carroll, attorney each notified with copy) (rp) |
| | Feb. 24, 1992 | Defendant files: Pro Se Motion requesting late filing of revise and revoke. |
| | | (Paper No. 19 in 094963) (rp) |
| | April 2, 1992 | Copy of notice of appeal mailed to Hamlin, J. and M. Mundy, ADA |
| | | Letter sent to Court Reporter D. Cullinan. J. Gibbs and L. Earp for |
| | | preparation of transcripts. |
| | | Certificate of Clerk filed. (Paper No. 20 in 094963) (rp) |
| | May 13, 1992 | Appeal to Appellate Division dismissed. |
| | | Ronan, McDaniel, and Dolan, JJ. (rp) |
| | May 15, 1992 | Brought into Court. |
| | | Attorney Bruce Carroll allowed to withdraw. |
| | | Continued to June 26, 1992 for hearing re: Counsel. |
| | | G. Wilson, AC/M- R. Powers, ADA- L. Earp, Court Reporter- |
| | | B. Carroll, attorney for defendant. (rp) |

(OVER)

| oct No. | Date of Filing | |
|---|---|---|
| | Sept.15,1992 | Defendant files; Motion to be provided with a copy of the trial transcript at the expense of the Commonwealth; |
| | | Motion to allow trial exhibits photocopied and released to defendant's attorney. |
| | | (Paper No.21,22 in 094963) (gs) |
| | Oct. 30, 1992 | Notice sent to attorneys that transcripts are available. |
| | | Letter sent to Attorney Long Re: Cost of transcripts. |
| | Nov. 3, 1992 | Certificate of delivery of transcript by Clerk-filed. (Paper #23 in #094963) |
| | Dec. 15, 1992 | Second notice sent to Attorney Long Re: Transcripts. |
| | Jan. 4, 1993 | Certificate of delivery of transcript by Clerk-filed. (Paper #24 in #094953) |
| | Feb. 8, 1993 | Notice of completion of assembly of record sent to Clerk of Appeals Court and attorneys for Commonwealth and defendant. |
| | | Two certified copies of docket entries, original and copy of transcript two copies of exhibit list and list of documents, each transmitted to Clerk of Appellate Court. (km) |
| | Mar. 30, 1993 | Defendant files Pro-Se: Motion for Post-conviction relief and affidavit in support of. (Paper No. 25 in 094963). (km) |
| | Oct. 1, 1993 | Defendant files: Motion for evidentiary hearing. |
| | | (paper No. 26 in 094963) (rp) |
| | Mar. 28, 1994 | Defendant files: |
| | | Memorandum in support of motion for new trial; Motion for evidentiary |
| | | (rp) |

- 30 -

NO. ........094966.............

**Commonwealth vs.**     Jesse R. Quinerly

Offense

Attorney

| Paper No. | Date of Filing | |
|---|---|---|
| | February 3, 1995 | Rescript received from Appeals Court Judgments Affirmed, Filed.    (J.Long, Atty K.McMahon, ADA each notified) (Paper #29 in 094963) |
| | July 17, 1995 | Defendant filed: Motion for leave to Supplement memorandum of law. (Hamlin, J. Noti fied) (Paper #30 in 094963) |
| | December 5, 1995 | Defendant Motion for Evidentiary Hearing Allowed. Hamlin, J (R.Miller, ADA and E. Weinstein, Atty. Set date for hearing on motion some time in January 1996.) |
| | September 19,1996 | Attorney's Motion to Withdraw as counsel of record filed and allowed. Hamlin,J (E. Weinstein, Atty, C.Bartoloni, ADA and CPCS Appellate Division notified) |
| | January 8, 1998 | Hamlin, J orders CPCS to appoint an attorney to represent defendant on defendant's motion for New Trial. |
| | January 31, 2000 | Defendant files Pro Se Motion to Be Allowed to Proceed Pro Se and affidavit in support of   (paper #31 in 094963) |
| | June 12, 2000 | Defendant files Pro Se Motion to Appoint Standby Counsel.   (Hamlin, J. notified 2/8 (paper#32 in 094963) |
| | | Defendant files Motion for Evidentiary Hearing on Motion for New Trial (paper#33 in 094963) |
| | | Defendant files Motion to Depose Defendant's Witness.   (Paper#34 in 094963) |
| | | Defendant files Motion for Costs to Conduct Deposition. (Hamlin, J notified w/copy of motions and docket sheets.)   (Paper #35 in 094963) |

-5-

| Paper No. | Date of Filing | |
|---|---|---|
| | JUNE 23, 2000 | Habeas Corpus issued to MCI Norfolk for hearing on June 27, 2000 in Cambridge at 2:00PM Courtroom 6A before Hamlin, J. |
| | | Defendant not in court. |
| | July 12, 2000 | Commonwealth's motion for Discovery and Disclosure pursuant to Mass.R.Crim.P. 30(c)(4) filed and allowed by Hamlin, J. sitting at Middlesex. |
| | | Court orders Writ of Habeas Corpus issued to MCI Norfolk for defendant for July 19, 2000 to appear before Hamlin, J at Middlesex Superior Court, Room 6A. Walsh, A/CM - E.Zabin, ADA M.McDonald, Court Reporter. |
| | August 16, 2000 | Defendant files Pro Se Motion to Amend by Insertion and affidavit in support of. (Paper #37 in 094963) |
| | Feb. 5, 2001 | Defendant files pro se: Motion for waiver of costs with affidavit. (Paper No. 38 in 094963, notice on same) |
| | Mar. 13, 2001 | Order on defendant's motion for waiver of costs (re: DNA sampling) by the Court, Hamlin, J. filed. (Paper No. 39 in 094963). The Court Hamlin, J. orders that defendant's pro se motion for waiver of costs (re: DNA Sampling (Paper No. 38 in 094963) be denied without prejudice. By the Court, Hamlin, J. |
| | Mar. 13, 2001 | Memorandum of decision and order on defendant's pro se motion for new trial (Paper No. 25 in 094963) filed (Paper No. 40 in 094963). The Court, Hamlin, J. orders that defendant's pro se motion for new trial (Paper No. 25 - Motion for post conviction relief) be denied. By the Court, Hamlin, J. |
| | Apr. 10, 2001 | Defendant files: Notice of Appeal (Paper NO. 41 in 094963) |

No. 094966

-6-

| Paper No. | Date of Filing | |
|---|---|---|
| | April 19, 2001 | Copy of notice of appeal mailed to Hamlin, J and E.Zabin, ADA |
| | April 23, 2001 | Letter sent to Court Reporters M.Carleton - B.Cunha - J.Boyle for preparation of the transcripts. Certificate of Clerk-filed. (#42 in #094963) |
| | May 8, 2001 | One original transcript of evidence delivered to Clerk by B.Cunha, Court Reporter. |
| | June 22, 2001 | Deft. files pro se: motion for reconsideration of his denial of motion for new trial with memorandum and affidavit in support of. |
| | July 23, 2001 | Per order of Court by telephone: motion #43 denied without hearing, Hamlin, J. |
| | July 27, 2001 | Comm. files opposition to deft's motion for reconsideration. |
| | Aug. 8, 2001 | Deft files pro se motion entitled "traverse." (P#44 in 094963, notice in same) |
| | Aug. 16, 2001 | Deft's motion entitled "traverse" reviewd by Walker, J. - after review treated as a motion for new trial - motion denied; "any suppression issues could or should have been raised in the Appeals Court." (Walker, J.) (notice in 094963) |

NO. 094967

**Commonwealth vs.**  Jesse R. Quinerly

**Offense**

Aggravated Rape (3 Counts)

| Paper No. | Date of Filing | B | Attorney |
|---|---|---|---|
| 1 | Mar. 14, 1991 | 094963, 65-67 | |
| | Mar. 15, 1991 | Indictment returned. | |
| | | Brought into Court- Waives reading of indictment-Pleads not guilty. | (lav > |
| | | Bail:Personal recognizance $100.00 | |
| | | Pre-trial conference ordered for April 8, 1991. | |
| | | Public counsel division appointed to represent defendant. | |
| | | Walsh, AC/M - T. Mundy, ADA - D. McLean, Court Reporter- | |
| | | R. W. Hill, attorney for defendant. | |
| | April 8, 1991 | Defendant not in Court | |
| | | Continued to April 17, 1991 for Pre-trial conference | ga |
| | | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter- | |
| | | J. Osler, attorney for defendant. | |
| | Apr. 18, 1991 | Defendant not in Court | |
| | | Continued to April 23, 1991 by agreement Plea. | ga. |
| | | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter- | |
| | | A. Goldbach, attorney for defendant. | |
| | | (Paper No 3 in 094963) | qa |
| | | Over | |

- 34 -

| aper No. | Date of Filing | | |
|---|---|---|---|
| | Apr. 23, 1991 | Defendant not in Court | |
| | | Pre-trial conference filed  (Paper #3 in #094963) | |
| | | Continued to May 10, 1991 by agreement motions | |
| | | Walsh, AC/M - T. Mundy, ADA - D. McLean, Court Reporter- | ga |
| | | M. Loburn, attorney for defendant. | |
| | May 13, 1991 | Defendant not in Court | |
| | | Motion to produce records filed | |
| | | Motion to be filed by May 21, 1991 | |
| | | (Paper No 4 in 094963) | |
| | | Continued to May 28, 1991 by agreement motions. | |
| | | Wilson, AC/M - T. Mundy, ADA - D. McLean, Court Reporter - | ga |
| | | R. W. Hill, attorney for defendant. | |
| | May 16, 1991 | Defendant files:Motion for the production of hospital records | |
| | | (Paper No 5 in 094963) | |
| | May 28, 1991 | Defendant not in Court | |
| | | Continued to June 5, 1991 Plea/Motions. | |
| | | Wilson, AC/M - R. Powers, SP - D. McLean,Court Reporter - | ga |
| | | R. W. Hill, attorney for defendant. | |
| | | Continued | |

-2-                          No.094967

| Paper No. | Date of Filing | |
|---|---|---|
| | Jun. 5, 1991 | Defendant not in Court |
| | | Defendant's motion for production of hospital records allowed. |
| | | Continued to June 14, 1991 by agreement Plea. |
| | | Wilson, AC/M - R. Powers, SP - D. McLean, Court Reporter, - R. W. Hill, attorney for defendant. |
| | Jun. 14, 1991 | Brought into Court |
| | | Attorney R. Williams Hill's oral motion to withdraw after hearing, allowed |
| | | Court appoints Bruce Carroll to represent defendant pursuant to Superior Court Rule 53 effective July 7, 1991. |
| | | Continued to June 21, 1991 for status. |
| | | Donhue, J. - T. Mundy, ADA - Electronic Recording Device - R. W. Hill, attorney for defendant. |
| | Jun. 21, 1991 | Defendant not in Court |
| | | Continued to July 1, 1991 for hearing re:counsel by agreement. |
| | | Wilson, AC/M - J. Canavan, ADA - D. McLean, Court Reporter - B. Carroll, attorney for defendant. |
| | Jul. 1, 1991 | Defendant not in Court |
| | | Continued to July 17, 1991 for status by agreement |
| | | Wilson, AC/M - J. Canavan. ADA - D. McLean, Court - B. Carroll, attorney for defendant.                    Continued |

| pc† No. | Date of Filing | | |
|---------|----------------|---|---|
| | Jul. 19, 1991 | Defendant not in Court | |
| | | Continued to August 6, 1991 re:Status by agreement. | |
| | | Wilson, AC/M - F. Santisi, ADA - D. McLean, Court Reporter - | ga |
| | | B. Carroll, attorney for defendant. | |
| | Aug. 6, 1991 | Defendant not in Court | |
| | | Continued to August 14, 1991 re: conference request of defendant. | |
| | | Volterra, J. - R. Powers, ADA - D. McLean, Court Reporter - | ga |
| | | B. Carroll, attorney for defendant | |
| | Aug. 15, 1991 | Defendant not in Court | |
| | | Continued to September 5, 1991 re:conference by agreement. | |
| | | Volterra, J. - T. Mundy, ADA - D. McLean, Court Reporter - | ga |
| | | B. Carroll, attorney for defendant. | |
| | Sep. 5, 1991 | Defendant not in Court | |
| | | Continued to October 28, 1991 for trial by agreement. | |
| | | Wilson, AC/M - M. Cass, ADA - D. McLean, Court Reporter | ga |
| | | Continued | |

-3-

No.094967

| Paper No. | Date of Filing | |
|---|---|---|
| | Oct. 24, 1991 | Order by the Court, Sweeney, J. for Release of Medical Records, filed. |
| | Oct. 28, 1991 | Brought into Court |
| | | Defendant's motion in limine for Court order prohibiting the prosecutor from asking the victim for an identification of the perpetrator. |
| | | Motion for voir dire and |
| | | Motion for nonsuggestive identification procedure each filed and denied. |
| | Oct. 28, 1991 | Memorandum in support of motion for nonsuggestive identification procedure and affidavit of Bruce W. Carroll each filed. |
| | | Motion for sequestration of witness filed and allowed |
| | | Motion in limine to exclude evidence of prior conviction and |
| | | Motion in limine to exclude evidence of prior or subsequent bad acts each filed. |
| | | (Paper No. 7-12 in 094963) |
| | | Roscoe Horton a witness recognizances personally without surety in sum of $100.00. |
| | Oct. 29, 1991 | Court orders a jury of 16 members impanelled |
| | | Trial before Hamlin, J. with Nos.094963,094965 and 094967 |
| | | D. Cullinan, Court Reporter. Julianna Delaney a witness recognizances personally without surety in the sum of $100.00 |
| | | Defendant's motion for required finding, filed |
| | | (Paper No 13 in 094963)          Continued |

ga

| er No. | Date of Filing | |
|---|---|---|
| | Oct. 29, 91 | After hearing, Court appoints attorney William Madden to represent |
| | | Julianna Delaney, a witness. |
| | Oct. 30, 1991 | Trial continues - D. Cullinan, and J. Gibbs, Court Reporter. |
| | Oct. 31, 1991 | Trial continues - L. Earp, Court Reporter |
| | Nov. 4, 1991 | Defendant's motion for required finding after hearing denied |
| | | Defendant's motion to dismiss and motion for required finding II Filed |
| | | and denied. |
| | | (Paper No. 14, 15 in 094963) |
| | | At the final submission of the case to the jury, the Court ordered the |
| | | jury reduced to twelve in number and the names of Lawrence Siff, Ellen Leavitt |
| | | Seliva Ditullio designated the alternate jurors. D. Cullinan, Court |
| | | Marion Pascal |
| | | Reporter. |
| | Nov. 5, 1991 | Verdict guilty - Verdict affirmed |
| | | Verdict slip filed |
| | Nov. 6, 1991 | MCI Cedar Junction Max 30 years Min 20 years concurrent with No. 094967. |
| | | Defendant deemed to have served (251) days of said sentence. |
| | | Notified of right to appeal to the Appellate Division. |
| | | Notified of right to appeal under Rule 28. |
| | | Mittimus issued |
| | | Hamlin, J. - T. Mundy, ADA - D. Cullinan, Court Reporter - |
| 2 | | B. Carroll, attorney for defendant. |
| | | Continued |

ga

ga

ga

-4-                                    No.094967

| Paper No. | Date of Filing |
|---|---|
| | Nov. 6, 1991 | Defendant files:Notice of Appeal to the Appellate Division |
| | | Notice of Appeal; |
| | | Motion for leave to withdraw and for appointment of successor counsel. |
| | | (Paper No. 16, 18 in 094963) |
| | Jan. 6, 1992 | Memorandum of decision of Hamlin, J. - filed. |
| | | (Paper No. 3 in 094966) |
| | Feb. 24, 1992 | Defendant files: Pro Se Motion requesting late filing of review and revoke. |
| | | (Paper No. 19 in 094963) |
| | April 2, 1992 | Copy of notice of appeal mailed to Hamlin. J. and T Mundy, ADA. |
| | | Letter sent to Court Reporter D. Cullinan. J. Gibbs and L. Earp for preparation of transcripts. |
| | | Certificate of Clerk filed. (Paper No. 20 in 094963) |
| | May 13, 1992 | Appeal to Appellate Division dismissed. |
| | | Ronan, McDaniel, and Dolan, JJ. |
| | May 15, 1992 | Brought into Court. |
| | | Attorney Bruce Carroll allowed to withdraw. |
| | | Continued to June 26, 1992 for hearing re: Counsel. |
| | | G. Wilson, AC/M- R. Powers, ADA- L. Earp, Court Reporter- |
| | | B. Carroll, attorney for defendant. |

ga

(rp)

(rp)

(rp)

(rp)

(rp)

(OVER)

| per No. | Date of Filing | |
|---|---|---|
| | Sept. 15, 1992 | Defendant files; Motion to be provided with a copy of the trial transcript at the expense of the Commonwealth: |
| | | Motion to allow trial exhibits photocopied and released to defendant's attorney. |
| | | (Paper No.21,22 in 094963)         (gs) |
| | Oct. 30, 1992 | Notice sent to attorneys that transcripts are available. |
| | Nov. 3, 1992 | Letter sent to Attorney Long Re: Cost of transcripts. |
| | | Certificate of delivery of transcript by Clerk-filed. (Paper #23 in #094963) |
| | Dec. 15, 1992 | Second notice sent to Attorney Long Re: Transcripts. |
| | Jan. 4, 1993 | Certificate of delivery of transcript by Clerk-filed.(Paper No. 24 in #094963) |
| | Feb. 8, 1993 | Notice of completion of assembly of record sent to Clerk of Appeals Court and attorneys for Commonwealth and defendant. |
| | | Two certified copies of docket entries, original and copy of transcript, two copies of exhibit list and list of documents, each transmitted to Clerk of Appellate Court.      (km) |
| | Mar. 30, 1993 | Defendant files Pro-Se: Motion for post-conviction relief and affidavit in support of. (Paper No. 25 in 094963).      (km) |
| | Oct. 1, 1993 | Defendant files: Motion for evidentiary hearing. |
| | | (paper No. 26 in 094963)      (rp) |
| | Mar. 28, 1994 | Defendant files: |
| | | Memorandum in support of motion for new trial; Motion for evidentiary affidavit (Paper No. 27, 28 in 094963)      (rp) |

- 41 -

NO. 094967

Commonwealth vs.    Jesse R. Quinerly

-5-

Offense

Attorney

| Paper No. | Date of Filing | Attorney |
|---|---|---|
| | Febraury 3, 1995 | Rescript received from Appeals Court Judgments Affirmed, Filed.    (J.Long, Atty K.McMahon, ADA each notified)  (Paper #29 in 094963) |
| | July 17, 1995 | Defendant filed: Motion for leave to Supplement memorandum of law. (Hamlin, J. Not1 fied) (Paper #30 in 094963) |
| | December 5, 1995 | Defendant Motion for Evidentiary Hearing Allowed. Hamlin, J (R.Miller, ADA and E. Weinstein, Atty. Set date for hearing on motion some time in January 1996.) |
| | September 19,1996 | Attorney's Motion to Withdraw as counsel of record filed and allowed. Hamlin,J (E. Weinstein, Atty, C.Bartoloni, ADA  and CPCS Appellate Division notified) |
| | January 8, 1998 | Hamlin, J orders CPCS to appoint an attorney to represent defendant on defendant's motion for New Trial. |
| | January 31, 2000 | Defendant files Pro Se Motion to Be Allowed to Proceed Pro Se and affidavit in support of (Paper #31 in 094963) |
| | June 12, 2000 | Defendant files Pro Se Motion to Appoint Standby Counsel.  (Hamlin, J. notified 2/8 (Paper #32 in 094963) Defendant files Motion for Evidentiary Hearing on Motion for New Trial    (paper #33 in 094963) Defendant files Motion to Depose Defendant's Witness.    (Paper #34 in 094963) Defendant files Motion for Costs to Conduct Deposition. (Hamlin, J notified w/copy of motions and docket sheets.)  (paper #35 in 094963) |

| Paper No. | Date of Filing | |
|---|---|---|
| | JUNE 23, 2000 | Habeas Corpus issued to MCI Norfolk for hearing on June 27, 2000 in Cambridge at 2:00PM Courtroom 6A before Hamlin, J. |
| | July 12, 2000 | Defendant not in court. |
| | | Commonwealth's motion for Discovery and Disclosure pursuant to Mass.R.Crim.P. 30(c)(4) filed and allowed by Hamlin, J. sitting at Middlesex. |
| | | Court orders Writ of Habeas Corpus issued to MCI Norfolk for defendant for July 19, 2000 to appear before Hamlin, J at Middlesex Superior Court, Room 6A. Walsh, A/CM - E.Zabin, ADA M.McDonald, Court Reporter. |
| 16 | August 16, 2000 | Defendant files Pro Se Motion to Amend by Insertion and affidavit in support of. (Paper #37 in 094963) |
| | Feb. 5, 2001 | Defendant files pro se: Motion for waiver o fcosts with affidavit (Paper No. 38 in 094963, notice on same) |
| | Mar. 13, 2001 | Order on Defendant's MOtion for Waiver of Costs (re: DNA sampling) by the Court, Hamlin, J. filed. (Paper No. 39 in 094963). The Court, Hamlin, J. orders that Defendant's Pro se Motion for Waiver of Costs (re: DNA Sampling (Paper No. 38 in 094963) be denied without prejudice. By the Court, Hamlin, J, |
| | Mar. 13, 2001 | Memorandum of Decision and Order on Defendant's Pro se Motion for New Trial (Paper No. 25 in 094963) filed, (Paper No. 40 in 094963). The Court, Hamlin, J. orders that Defendant's Pro se Motion for New Trial (Paper No. 25-Motion for Post Conviction Relief) be denied. By the Court, Hamlin, J. |
| | Apr. 10, 2001 | Defendant files: Notice of Appeal (Paper No. 41 in 094963) |

No. 094967

-6-

| Paper No. | Date of Filing | |
|---|---|---|
| | April 19, 2001 | Copy of notice of appeal mailed to Hamlin. J and E.Zabin, ADA |
| | April 23, 2001 | Letter sent to Court Reporters M.Carleton - B.Cunha - J.Boyle for preparation of the transcripts. Certificate of Clerk-filed. #42 in #094963 |
| | May 8, 2001 | One original transcript of evidence delivered to Clerk by B.Cunha, Court Reporter. |
| | June 22, 2001 | Defendant files pro se: motion for reconsideration of his denial of motion for new trial with memorandum and affidavit in support of. |
| | July 23, 2001 | Per order of court by telephone: motion #43 denied without hearing, Hamlin,J. |
| | July 27, 2001 | Comm. files: opposition to deft. motion for reconsideration. |
| | Aug. 8, 2001 | Deft. files pro se motion entitled "traverse." (Paper#44 in 094963) |
| | Aug. 16, 2001 | Deft.'s motion entitled "traverse" reviewed by Walker, J. - after review treated as a motion for new trial - motion denied: "any suppression issues could or should have been raised in the Appeals Court." (Walker, J.)(notice in 094963) |

44

# NO. 2D-094963

# Commonwealth of Massachusetts

SUFFOLK, SS.

SUPERIOR COURT DEPARTMENT
CRIMINAL BUSINESS

_____March_____ Sitting, 19 91

## COMMONWEALTH

## V.

### JESSE R. QUINERLY

**INDICTMENT**
**KIDNAPPING**

General Laws, c. 265 , S. 26

Lt. M. O'Malley-SAU

MAR 1 4 1991

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

Attest:

Clerk.

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                              At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of criminal business, on the first Monday of March,
in the year of our Lord one thousand nine hundred and ninety-one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath

present that

JESSE R. QUINERLY,

on February 22, 1991, without lawful authority, did forcibly

seize and confine and kidnap one              .  with intent to

cause her to be secretly confined and imprisoned in this

Commonwealth against her will, and to be held to service against

her will, and without lawful authority, did forcibly and

secretly confine and imprison the said Wai Kiew Loh within the

said Commonwealth, against her will.

A TRUE BILL.

Assistant District Attorney.            Foreman of the Grand Jury.
2D-094963

-46-

# NO. 094965

## Commonwealth of Massachusetts

SUFFOLK, SS.

SUPERIOR COURT DEPARTMENT
CRIMINAL BUSINESS

March _____ Sitting, 19 91

### COMMONWEALTH

### V.

### JESSE R. QUINERLY

**INDICTMENT**
**ROBBERY BEING ARMED**
General Laws, c. 265 , S. 17 *g.*

*094963, 03-67*

Lt. Mgt. O'Malley-SAU

MAR 1 4 1991

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

Attest:

Clerk.

COMMONWEALTH OF MASSACHUSETTS    094965

SUFFOLK, ss.                          At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of criminal business, on the first Monday of March,
in the year of our Lord one thousand nine hundred and ninety-one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath

present that

JESSE R. QUINERLY,

on February 22, 1991, being armed with a dangerous weapon, to

wit: a handgun, did assault 1.    "    ·· · with intent to rob her

and thereby did rob and steal from the person of the said Wai

Kiew Loh, U.S. currency of an amount and value unknown to the

said JURORS, Malaysian currency of an amount and value unknown

to the said JURORS, Singapore currency of an amount and value

unknown to the said JURORS, a Nikon camera of a value of one

hundred and forty dollars, sunglasses of a value of ninety

dollars, two bracelets of a value of two hundred dollars, a

Filofax system of a value unknown to the said JURORS, a

briefcase of a value of two hundred and ninety-five dollars, a

Texas Instrument computer of a value of two thousand eight

hundred dollars, a Rolex watch, Lanvin handbag, checkbook, and

business cards all of a value unknown to the said JURORS, a jade

buddah pendant of a value of two hundred dollars, clothing and a

Ralph Lauren cushion of a value unknown to the said JURORS, of

the property the said ·         ·. and a 1990 Pontiac MA. Reg.

459-TIM of a value of sixteen thousand seven hundred dollars, of

the property of Singapore Economic Development Board.

A TRUE BILL.

Assistant District Attorney.          Foreman of the Grand Jury.

-48-

# NO. _094966_

# Commonwealth of Massachusetts

SUFFOLK, SS.

SUPERIOR COURT DEPARTMENT
CRIMINAL BUSINESS

_____March_____ Sitting, 19 91

COMMONWEALTH

V.

JESSE R. QUINERLY

INDICTMENT
ASSAULT BY MEANS OF DANGEROUS WEAPON

General Laws, c. 265 , S. 15B(b)

Lt. M. O'Malley-SAU

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

Attest:

Clerk.

FORM 235B

-49-

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                              At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of ~~criminal business~~, on ~~the first~~ Monday of March,
in the year of our Lord one thousand nine hundred and ninety-one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath

present that

JESSE R. QUINERLY,

on February 22, 1991, did commit an assault upon one '

by means of a certain dangerous weapon, to wit: a handgun.

A TRUE BILL.

Assistant District Attorney.                Foreman of the Grand Jury.

$O9496b$

# NO. 094967

# Commonwealth of Massachusetts

SUFFOLK, SS.

SUPERIOR COURT DEPARTMENT
CRIMINAL BUSINESS

March _____ Sitting, 19  91

COMMONWEALTH

V.

JESSE R. QUINERLY

### INDICTMENT
### AGGRAVATED RAPE  —  3 COUNTS

General Laws, c. 265 , S. 22(a)

Lt. Mgt. O'Malley-SAU

MAR 1 4 1991

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

Attest:

_____
Clerk.

FORM 235B

-51-

COMMONWEALTH OF MASSACHUSETTS   c94967

SUFFOLK, ss.                              At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of criminal business, on the first Monday of March,
in the year of our Lord one thousand nine hundred and ninety-one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath

present that

JESSE R. QUINERLY,

on February 22, 1991, did assault . .            . with intent to

commit aggravated rape; and did commit aggravated rape upon the

said k.            ' by unnatural sexual intercourse.

1.

AND THE JURORS, aforesaid, for the COMMONWEALTH OF
MASSACHUSETTS, on their oath, aforesaid, do further present,
that


JESSE R. QUINERLY,


on February 22, 1991, did assault             with intent to
commit aggravated rape; and did commit aggravated rape upon the
said              by unnatural sexual intercourse.

2.

AND THE JURORS, aforesaid, for the COMMONWEALTH OF
MASSACHUSETTS, on their oath, aforesaid, do further present,
that


                    JESSE R. QUINERLY,


on February 22, 1991, did assault                with intent to
commit aggravated rape; and did commit aggravated rape upon the
said                 by unnatural sexual intercourse.



                    A TRUE BILL.


Assistant District Attorney.          Foreman of the Grand Jury.



                          3.



                                            -54-