COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
NO(S). 094963-67

COMMONWEALTH

v.

Jesse Quinerly

PRETRIAL CONFERENCE REPORT PURSUANT
TO RULE 11, MASS. R. CRIM. PRO.

The Assistant District Attorney and the Counsel for the Defendant in the above-entitled case agree to the following:

A. PROCEDURE

1. The ~~trial~~ Motions date will be 5/10/91 (subject to approval by the court).

2. The defendant is _____ presently in custody at _____ Nashau Street Jail (specify NOT if not in custody).

3. A writ of habeas corpus to Nashua Street Jail will be necessary to bring the defendant into court for trial.

4. The case will be a JURY (specify plea, jury, jury-waived trial).

5. The probable length of trial will be 3 DAYS.

6. A _____ language interpreter (~~will~~), (will not) be necessary at trial. (Specify language).

7. The following problems concerning the availability of witnesses are anticipated:

None at this time

B. MANDATORY DISCOVERY PURSUANT TO RULE 14(a)(1)

1. The District Attorney agrees to furnish the following mandatory discovery to Defense Counsel:

    (a) Written or recorded statements of the defendant within the possession, custody or control of the prosecutor ✓

    (b) Grand Jury Minutes ✓

    (c) Exculpatory evidence within possession, custody or control of the prosecutor ✓

C. DISCRETIONARY DISCOVERY PURSUANT TO RULE 14(a)(2)

1. The Assistant District Attorney agrees to furnish the following discretionary discovery to Defense Counsel:

    (a) Names and addresses of Commonwealth witnesses *and dates of birth* ✓

    (b) Police reports in the possession of the prosecutor including incident reports and booking sheet reports ✓

    (c) Any written or recorded statements of witnesses in the possession of the prosecutor including tapes or transcripts of District Court proceedings ✓

    (d) Scientific test reports in the possession of the prosecutor ✓

    (e) Reports of psychiatric or physical examinations of any witness or party in the possession of the prosecutor ✓

    (f) Defense Counsel can inspect any physical evidence within the possession, custody or control of the prosecutor ✓

    (g)

    (h)

D. **RECIPROCAL DISCOVERY PURSUANT TO RULE 14(a)(3)**

    (a) Notification, according to Rule 14(b)(2), of a defense of lack of criminal responsibility because of mental disease or defect ✓

    (b) Notification, according to Rule 14(b)(1), and 14(e), of any alibi defense ✓

    (c) Notification, according to Rule 14(b)(3), of an intent to rely upon a defense based upon a license, claim of authority or ownership, or exemption ✓

    (d) Names and addresses of persons the defendant intends to use as witnesses at trial ✓

    (e) Any written or recorded statements of any witness in the possession of the Defense Counsel including tapes or transcripts of District Court proceedings ✓

    (f) Any scientific, psychiatric or physical examination reports of any party or witness in the possession of Defense Counsel ✓

    (g) Prosecutor can inspect any physical evidence within the possession, custody or control of Defense Counsel ✓

    (h)

    (i)

E. **DISCRETIONARY DISCOVERY REQUIRING A COURT ORDER**

    1. The parties agree that the following discovery materials be provided at the discretion of the Court upon motion by either party:

        (a) Probation Department Record of convictions of any Commonwealth or Defense witness ✓



PRETRIAL CONFERENCE REPORT ON COMMONWEALTH V. _Quinerly_

    (b)

F. STIPULATION OF FACTS

    1. The parties stipulate as follows:

        (a) Authenticity of Ballistics Report of _____ NA

        (b) Authenticity of Hospital Report of _____ NA

        (c) _____ NA

The defendant hereby consents to the above stipulation of facts.

                          NA
                          DEFENDANT

G. OTHER PRETRIAL MOTIONS

    1. The parties cannot agree on the following motions to be filed according to Rule 13(d)(2)(A):

        (a) _Motions to Suppress_
        (b) _Motions to Dismiss_
        (c) _Motions for Hospital Records of Defendant_

We do hereby certify that the above Pretrial Conference Report was agreed to on _4/22/91_, 198_.

_Rosemary Williams Hill_          _Thomas J. Mundy_
ATTORNEY FOR DEFENDANT       ASSISTANT DISTRICT ATTORNEY
Address: _CPCS - 80 Boylston St_     Address:
        _Boston, Ma_
Phone: _482-6212_              Phone:

CERTIFICATE OF SERVICE

I, JESSE R. QUINERLY, hereby certify that I served a copy of the enclosed **Pretrial Conference Report** to be attached to: **Petitioner's Addition to his Supplemental Appendix** filed by Counsel on behalf of Petitioner on November 22, 2005.

Mailed to attorney of Records for the respondent: Annette C. Benedetto, Massachusetts Attorney General's Office, One Ashburton Place Boston, Ma 02108

Dated: November 30, 2005

JESSE R. QUINERLY-W51434