UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO: 03-12552-GAO

_____

JESSE QUINERLY
Petitioner

V.

LUIS SPENCER
Respondent

_____

## MOTION FOR AN EXPEDITED DECISION

Now comes the petitioner, Jesse Quinerly, and respectfully requests that this Honorable Court issue an expedited decision in this matter. As reasons, the respondent states the following:

1. Counsel for the respondent has accepted a position with the Allegheny County District Attorney's Office in Pittsburgh, Pennsylvania and is scheduled to begin work at this position on March 7, 2006. Accordingly, undersigned counsel will soon have to seek to withdraw from this case. Counsel is currently in the process of closing down his practice in the Commonwealth of Massachusetts.

2. The respondent respectfully requests that this Honorable Court issue a decision in short order in order that a decision can be reached prior to the time undersigned counsel leaves the Commonwealth of Massachusetts.

Respectfully submitted:
Jesse Quinerly
By His Attorney

/s/ Matthew S. Robinowitz
Matthew S. Robinowitz
35 Harvard Street
Dated: 2/3/2006
Worcester, MA 01609
(508) 752-0485
BBO#: 600287

CERTIFICATE OF SERVICE

I, MATTHEW S. ROBINOWITZ, hereby certify that I served a copy of the within motion, by e-mail, on the attorney of record for the respondent: Annette C. Benedetto, Massachusetts Attorney General's Office, One Ashburton Place, Boston, MA 02108.

Dated: 2/3/2006                                             _____

                                                            Matthew S. Robinowitz