UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO: 03-12552-GAO

_____

JESSE QUINERLY
Petitioner

V.

LUIS SPENCER
Respondent

_____

### COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR THE PETITIONER

Now comes Matthew S. Robinowitz, attorney for the respondent, Jesse Quinerly, and respectfully requests that he be allowed to withdraw as attorney for the respondent. As reasons, counsel states the following:

1. Counsel has obtained employment with the Allegheny County District Attorney's Office in Pittsburgh, Pennsylvania and will be unable to continue as counsel for the respondent. Counsel is scheduled to begin this position in early March. Counsel will be practicing law outside the Commonwealth of Massachusetts and his new position prohibits him from having any outside cases.

2. The respondent filed a motion to dismiss in September, 2005. The petitioner, through counsel, filed an opposition on or about October 31, 2005. At present, the petitioner is waiting for a decision. If the decision is unfavorable to the petitioner, he will have to file objections within ten days of the decision in order to obtain de novo review from the district court judge. Counsel respectfully requests that the petitioner be appointed counsel for the balance of this case in order to receive the opinion of this court when it issues and to file objections on behalf of the petitioner if that is necessary.

FOR THE FOREGOING REASONS, current counsel respectfully requests that he be allowed to withdraw as counsel for the petitioner. Furthermore, current counsel respectfully requests that counsel be appointed for the petitioner for the balance of this case.

                                                Respectfully submitted:
                                                Jesse Quinerly
                                                By His Attorney

                                                /s/ Matthew S. Robinowitz
                                                Matthew S. Robinowitz
                                                35 Harvard Street
Dated: 2/14/2006                              Worcester, MA 01609
                                                (508) 752-0485
                                                BBO#: 600287

## CERTIFICATE OF SERVICE

I, MATTHEW S. ROBINOWITZ, hereby certify that I served a copy of the within motion, electronically, on the attorney of record for the respondent: Annette C. Benedetto, Massachusetts Attorney General's Office, One Ashburton Place, Boston, MA 02108.

Dated: 2/14/2006                                        /s/ Matthew S. Robinowitz
                                                Matthew S. Robinowitz