UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO: 03-12552-GAO

_____

JESSE QUINERLY
Petitioner

V.

LUIS SPENCER
Respondent

_____

**COUNSEL'S RENEWED MOTION TO WITHDRAW AS COUNSEL FOR THE PETITIONER**

    Now comes Matthew S. Robinowitz, attorney for the respondent, Jesse Quinerly, and renews his requests that he be allowed to withdraw as attorney for the respondent. As reasons, counsel states the following:

    1. Counsel has obtained employment with the Allegheny County District Attorney's Office in Pittsburgh, Pennsylvania and will be unable to continue as counsel for the respondent. Counsel is scheduled to begin this position on March 7, 2006. Counsel is scheduled to take a pre-employment drug screen on Monday March 6, 2006. Counsel plans to leave for Pittsburgh on Friday March 3, 2006. Counsel will be practicing law outside the Commonwealth of Massachusetts and his new position prohibits him from having any outside cases. All of counsel's cases must be closed before he can start this position.

    2. Counsel previously filed a motion to withdraw with this Honorable Court. The motion was denied without prejudice to renewal after the period for responding to the Report and Recommendation issued by the magistrate judge. The deadline set by the magistrate judge for responding to the Report and Recommendation is Monday March 6, 2006. Nevertheless, the petitioner is filing his objections as of Friday February 2,4 2006. Inasmuch as the objections are

now on file counsel respectfully requests that he be allowed to withdraw forthwith. If counsel is not permitted to withdraw from this case prior to his start date with the Allegheny County District Attorney's Office there is a possibility that he will lose this job. Inasmuch as counsel is in the process of closing his private practice he has few cases left and, apart from closed cases for which bills are still outstanding, he has no income coming in from his private practice. If counsel is not permitted to withdraw forthwith he may lose his new position and be in a position of great financial hardship.

FOR THE FOREGOING REASONS, current counsel respectfully requests that he be allowed to withdraw as counsel for the petitioner forthwith. Furthermore, current counsel respectfully requests that counsel be appointed for the petitioner for the balance of this case.

Respectfully submitted:
Jesse Quinerly
By His Attorney

/s/ Matthew S. Robinowitz
Matthew S. Robinowitz
35 Harvard Street
Worcester, MA 01609
(508) 752-0485
BBO#: 600287

Dated: 2/24/2006

CERTIFICATE OF SERVICE

I, MATTHEW S. ROBINOWITZ, hereby certify that I served a copy of the within motion, electronically, on the attorney of record for the respondent: Annette C. Benedetto, Massachusetts Attorney General's Office, One Ashburton Place, Boston, MA 02108.

Dated: 2/24/2006                                        /s/ Matthew S. Robinowitz

Matthew S. Robinowitz