UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JESSE R. QUINERLY            HABEAS ACTION
  Petitioner                 #03-12552-GAO

v.

STEVEN O'BRIEN
  Respondent                 Feb 28, 2006

Motion to order Respondent to provide the U.S.
District Judge with "Certified" copy of State-
Trial Transcripts and certified copy of all
STATE RECORDS OF ALL STATE COURT PROCEEDINGS
   HABEAS RULE 5, 28 U.S.C.§2254(g) See
     FLAMER V. CHAFFINCH 774 F.SUPP 211

Petitioner respectfully moves this Honorable court to
order the respondent to provide the U.S. District Judge
with certified copies of the above mentioned State Court
Record...


         See Attached Memorandum of Law.


The above stated state court record is required to determine
Trial Counsel's Perspective at the time of his error's and
if petitioner's alledged "Procedural Default" of Petitioners
TELETYPE CLAIMS were resultant of Ineffective Assistance of
Counsel. KIMMELMAN V. MORRISON 477 U.S. 365 ID at **379,384**


                              Respectfully Submitted

                              *Jesse R. Quinerly*
                              Jesse R. Quinerly-W51434

CERTIFICATE OF SERVICE

I, JESSE R. QUINERLY, hereby certify that I served copy of the within Motion by prepaid U.S. Mail, on the attorney of record for the respondent:Annette C. Benedetto, Massachusetts Attorney General's Office
One Ashburton Place,
Boston Ma 02108


Dated: Feb 28, 2006


                                    JESSE R. QUINERLY-W51434