UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL. NO. 03-12552-GAO

JESSE QUINERLY,

Petitioner

V.

LUIS SPENCER,

Respondent.

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the petitioner, Jesse Quinerly, in the referenced matter.

Respectfully submitted,

S/Raymond E. Gillespie
Raymond E. Gillespie
B.B.O. #192300
875 Massachusetts Ave   Suite 32
Cambridge   MA   02139
(617) 661-3222

March 21, 2006

**CERTIFICATE OF SERVICE**

I, Raymond E. Gillespie, hereby certify that I served the foregoing Notice of Appearance on behalf of the Petitioner, Jesse Quinerly, by

electronically mailing copies thereof to all counsel listed to receive electronic notice of filing and on all parties not listed to receive notice of electronic filing by mailing a paper copy thereof to each at the address listed therein on the date indicated below:

S/Raymond E. Gillespie
Raymond E. Gillespie

March 21, 2006