UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL. NO. 03-12552-GAO

JESSE QUINERLY,
Petitioner

V.

LUIS SPENCER,
Respondent.

DEFENDANT'S **EMERGENCY** MOTION FOR ISSUANCE OF
HABEAS CORPUS AD TESTIFICANDUM FOR MAY 25 HEARING

    Now comes the petitioner, Jesse Quinerly, in the above-entitled matter, and hereby moves this Honorable Court to issue a writ of habeas corpus ad testificandum to James Saba, Superintendent, North Central Correctional Institution, 500 Colony Road, Gardner, MA 01440[Tel: 978-630-3000, to bring the defendant to this Court for the hearing on the Magistrate-Judge's Report and Recommendation Re: Motion to Dismiss, scheduled for Thursday, May 25, 2006 at 2:30 P.M. in Courtroom 9.

    As reasons therefore, defendant states that this matter has been vigorously litigated for almost three years and it is in the interests of justice that he be allowed to be present at the hearing. This motion is filed on an emergency basis in order to expedite the court's action hereon without waiting for the expiration of the 14 day reply period normally allotted to the respondent.

Respectfully submitted,
By his attorney,


S/Raymond E. Gillespie
Raymond E. Gillespie
rgillespie1@prodigy.net
B.B.O. #192300
875 Massachusetts Ave  Suite 32
Cambridge  MA  02139
(617) 661-3222



May 17, 2006


**CERTIFICATE OF SERVICE**

    I, Raymond E. Gillespie, hereby certify that I served the foregoing

Notice of Appearance on behalf of the Petitioner, Jesse Quinerly, by

electronically mailing copies thereof to all counsel listed to receive electronic notice of filing and on all parties not listed to receive notice of electronic filing by mailing a paper copy thereof to each at the address listed therein on the date indicated below:

S/Raymond E. Gillespie
Raymond E. Gillespie

Mailed to:

Jesse Quinerly
W51434
500 Colony Road
Garner, MA 01440

May 17, 2006