# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   James Saba, Superintendent
          North Central Correctional Institution, 500 Colony Road
          Gardner, MA  01440

YOU ARE COMMANDED to have the body of   JESSE QUINERLY   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.   9   , on the   3RD   floor, Boston, Massachusetts on THURSDAY   MAY 25, 2006   , at   2:30PM   .

for the purpose of   HEARING ON PENDING MOTIONS

in the case of   JESSE QUINERLY  V  LUIS SPENCER

CA Number   03-12552-GAO

And you are to retain the body of said   JESSE QUINERLY   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   JESSE QUINERLY   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   18TH   day of   MAY, 2006   .


/S/ GEORGE A. O'TOOLE, JR
_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

        SEAL

                                            SARAH A. THORNTON
                                            CLERK OF COURT

                                            PAUL S. LYNESS
                                        By:_____
                                            Deputy Clerk


(Writ of habeas corpus testificandum  03-12552.wpd - 3/7/2005)