FILED
IN CLERKS OFFICE

2006 MAY 23  P 4:14

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Mrs. Eugina Edge Clerk of Court, I am officially filing notice that I Sherman Williams have been designated limited Power of Attorney pursuant to section 7 and section 23 in pursuant to the limited power of Attorney form enclosed herein. To the (United States District Court) in the Habeas Corpus action on behalf of said (Petitioner) Jessie R. Quinerly-W51434 located at Gardner, Mass. 01440. In the event that Mr. Quinerly does not appear before the Court on said date 5/25/2006 at 2:30pm Courtroom #9.
Before Justice George A. O'Toole, JR.

Thank You
Sherman Williams

## LIMITED POWER OF ATTORNEY

FILED
IN CLERKS OFFICE

### KNOW ALL PERSONS BY THESE PRESENTS

2006 MAY 23  P 4: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

   That I, Jesse R. Quinerly, of N.C.C.I. Gardner Ma. do hereby constitute and appoint Sherman Williams-- of 73 Mercier Ave Dor, Ma as my lawful attorney, to act for me and in my name:

   1. To demand, collect, recover, sue for, receive and give receipt and due discharge for any money, debts, dividends, interest or other property of any sort, real or personal, now or hereafter due or becoming due to me or to which I may be or hereafter become entitled.

   2. To sell, assign, transfer, and convey any stocks, bonds, securities or other property, real or personal, owned by me or to which I am now or may hereafter become entitled.

   3. To invest and reinvest in any stocks, bonds or other securities or property, real or personal.

   4. To borrow money and as security therefor to pledge, mortgage or hypothecate any securities or other property, real or personal.

   5. To endorse for transfer all certificates of stock, bonds or other securities and to execute, sign, acknowledge and deliver in my name any deeds, bills of sale or other instruments of transfer or conveyance or any other instruments, under seal or not under seal.

   6. To represent me and vote in my name at any and all corporate or other meetings and to give to any person or persons general or special proxies, discretionary or not discretionary, to vote in my name at such meetings.

   7. To conduct or participate in any lawful business in my name.

   8. To form, incorporate, reorganize, merge, recapitalize, sell, liquidate or dissolve any business in which I may have any interest.

   9. To enter into and/or carry out the provisions of any agreement for the sale of any business interest or the stock therein, upon such terms and conditions, including the making of such representations, warranties and indemnities, as my attorney shall deem proper.

   10. To compromise or adjust any matter involving my interests.

-2-

11. To endorse and negotiate for any and all purposes all promissory notes, bills of exchange, checks, drafts or other negotiable or non-negotiable papers payable to me or to my order.

12. To deposit funds or property with any banking institution and to withdraw any part or all of said deposits.

13. To make and sign checks or drafts upon any deposits in my name in any banking institution.

14. To employ agents and attorneys for any purpose and to pay the compensation of said agents or attorneys.

15. To go to any safe deposit box to which I have access and to place in or take from it any property or papers.

16. To appear for me and represent me before the United States Treasury Department, the Internal Revenue Service or any other taxing authority in connection with any matter involving taxes in which I am a party.

17. To prepare and execute any tax returns for me.

18. To join with my spouse in filing any tax returns and to consent to gift-splitting with my spouse.

19. To execute any claims for refund, protests, applications for abatement and consents to and waivers of determination and assessment of taxes, agreeing to a later determination and assessment of taxes than is provided by a statute of limitations.

20. To receive and endorse and collect any checks in settlement of any refund of taxes.

21. To examine and to request and receive copies of any tax returns, reports and other information from the United States Treasury Department or any other taxing authority in connection with any of the foregoing matters.

22. To transfer funds or property of mine to any trust established by me, whether before or after the date of this instrument.

23. And to do all things necessary to carry out the intent hereof as fully as I might do if I were personally present, whether such actions shall take place in the Commonwealth of Massachusetts or elsewhere.

THIS POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCAPACITY.

My death shall not revoke or terminate this power of attorney if my attorney, without actual knowledge of my death, acts in good faith hereunder. No person dealing with my attorney

-3-

hereunder shall be responsible for the application of any money or property paid or transferred to him.

Wherever the context so requires, the singular shall include the plural, the vice-versa and the feminine shall include the masculine and the neuter, and vice-versa.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 7th day of June, 2005.

*[signature] Jesse R. Quenery*
*June 7, 2005*

COMMONWEALTH OF MASSACHUSETTS

SS.

Then personally appeared before me, the undersigned authority, _____, and indicated that he signed the foregoing document as his free act and deed this 17th day of June, 2005.

*[signature] Anita J Collins*
Notary Public
My Commission Expires: 10/20/2006