# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   James Saba, Superintendent, North Central Correctional Institution
          500 Colony Road, Gardner, MA 01440

YOU ARE COMMANDED to have the body of   JESSE QUINERLY   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.   9  , on the   3RD   floor, Boston, Massachusetts on   JUNE 15, 2006  , at   2:00   PM for the purpose of   Motion Hearing   in the case of   JESSE QUINERLY V.   LUIS SPENCER  

CA Number   03-12552-GAO  

And you are to retain the body of said   JESSE QUINERLY   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   JESSE QUINERLY   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this   26   day of   MAY, 2006  


 /S/ GEORGE A. O'TOOLE, JR  
UNITED STATES DISTRICT JUDGE

                                            SARAH A. THORNTON
                                            CLERK OF COURT

        SEAL

                                            By: PAUL LYNESS  
                                               Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)