UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

JESSE R. QUINERLY )
   Petitioner     )
                     )
                     )
      v.          )
                     )
                     )
STEVEN O'BRIEN   )
   Respondent    )

HABEAS ACTION
#03-12552-GAO

U.S. DISTRICT COURT
DISTRICT OF MASS

JUNE 8, 2006

**MOTION FOR ISSUANCE OF HABEAS CORPUS AD-TESTIFICANDUM**

Now comes the petitioner, Jesse R. Quinerly, in the above-entitled matter, and hereby moves this Honorable Court to issue a WRIT OF HABEAS CORPUS AD-TESTIFICANDUM to, Steven O'Brien, Superintendent, North Central Correctional Institution, 500 Colony Road, Gardner, Ma 01440, Tel# 978-630-3000, To bring the petitioner to this Court for hearing on petitioner's pleadings pending before this Honorable Court **Rescheduled** for June 15, 2006 at 2:00 p.m. Courtroom #9.

Respectfully Submitted

JESSE R. QUINERLY-Pro-Se W51434

CERTIFICATE OF SERVICE

I JESSE R. QUINERLY, HEREBY CERTIFY, THAT TRUE COPIES WERE MAILED BY PREPAID 1st CLASS U.S. MAIL CERTIFIED RETURN-RECEIPT.

THIS DATE: June 8, 2006

MOTION CAPTIONED AS:

MOTION FOR ISSUANCE OF HABEAS CORPUS AD-TESTIFICANDUM.

CC FILE:
U.S. DISTRICT COURT
COUNSEL FOR RESPONDENT, ANNETTE BENEDETTO
RAYMOND E. GILLESPIE ATTORNEY AT LAW

HABEAS ACTION
#03-12552-GAO

RESPECTFULLY SUBMITTED

JESSE R. QUINERLY W51434