UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSE R. QUINERLY )<br>Petitioner ) | HABEAS ACTION<br>#03-12552-GAO |
| V. ) | |
| STEVEN O'BRIEN )<br>Respondent ) | JUNE 16, 2006 |

PETITIONER'S MOTION FOR COPY OF TRANSCRIPTS OF
HEARING HELD JUNE 15th 2006 BEFORE JUSTICE O'TOOLE.

Now comes the petitioner **pro-se** and respectfully moves this Honorable Court to provide petitioner with a copy of the Habeas Hearing Transcripts of the Hearing held June 15 2006 Before Justice O'TOOLE...

Respectfully Submitted

JESSE R. QUINERLY-Pro-Se

## CERTIFICATE OF SERVICE

I JESSE R. QUINERLY HEREBY CERTIFY, THAT TRUE COPIES WERE MAILED BY PREPAID 1st CLASS U.S. MAIL.

THIS DATE: June 16, 2006

MOTION CAPTIONED AS:

PETITIONER'S MOTION FOR COPY OF TRANSCRIPTS OF HEARING HELD JUNE 15th 2006, BEFORE JUSTICE O'TOOLE.

CC:FILE:
U.S. DISTRICT COURT
ATTORNEY FOR RESPONDENT, ANNETTE BENEDETTO

Respectfully Submitted

JESSE R. QUINERLY-Pro Se