UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JESSE R. QUINERLY   )          HABEAS ACTION
   Petitioner       )          #03-12552-GAO
                    )
                    )
                    )
                    )
        v.          )
                    )
                    )
                    )
STEVEN O'BRIEN      )          JUNE 26, 2006
   Respondent       )
```

### PETITIONER'S MOTION FOR IN CAMERA HEARING.

   Now comes the petitioner pro-se and respectfully moves this Honorable Court to schedule a **IN CAMERA** hearing so-that petitioner may offer in good faith an **amicable** solution in this matter, Petitioner is aware of the **precedential value** in reaching a decision in this matter and it is not petitioner's intent to upset the practice and methods of the court in adjudicating petitioner's Habeas Corpus petition or Habeas Corpus Petitions to be adjudicated in the future. Of course such a proceeding would require the presence of counsel for the respondent Mrs Benedetto in order for this to work and it is petitioner's belief that an agreement can be reached that is palatable to the parties involved if this motion is granted. Petitioner respectfully request that he be notified direct from the court either way.

                                      Respectfully Submitted

                                      _____
                                      JESSE R. QUINERLY-Pro-Se