*03-12552*

# United States Court of Appeals
## For the First Circuit

No. 06-2205

IN RE: JESSE R. QUINERLY,

Petitioner.

Before

Torruella, Selya and Howard,
Circuit Judges.

JUDGMENT

Entered: September 18, 2006

Petitioner's request for a writ of mandamus is <u>denied</u>. Petitioner must await the district court adjudication of his §2254 petition before presenting his challenges to the record to this court.

By the Court:

Richard Cushing Donovan, Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By _____ Date _____

MARGARET CTI

By: _____
          Chief Deputy Clerk

[certified copies: Honorable George A. O'Toole, Jr.,
Sarah A. Thornton, Clerk,
United States District Court for the District of Massachusetts]

[cc: Jesse R. Quinerly, Raymond E. Gillespie, Esq.,
Annette C. Benedetto, AAG]