NO. 2D-094963

FILED
CLERKS OFFICE

2006 OCT 25 P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

# Commonwealth of Massachusetts

SUFFOLK, SS.

SUPERIOR COURT DEPARTMENT
CRIMINAL BUSINESS

March Sitting, 19 91

COMMONWEALTH

V.

JESSE R. QUINERLY

INDICTMENT
KIDNAPPING

General Laws, c. 265, S. 26

094963, 65-67

Lt. M. O'Malley-SAU

MAR 14 1991

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

Attest:

*Daniel F. O'Ll*

Clerk.

FORM 235B

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                              At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of criminal business, on the first Monday of March,
in the year of our Lord one thousand nine hundred and ninety-one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath

present that

JESSE R. QUINERLY,

on February 22, 1991, without lawful authority, did forcibly

seize and confine and kidnap one ▓▓▓▓▓▓▓, with intent to

cause her to be secretly confined and imprisoned in this

Commonwealth against her will, and to be held to service against

her will, and without lawful authority, did forcibly and

secretly confine and imprison the said ▓▓▓▓▓▓▓ within the

said Commonwealth, against her will.

A TRUE BILL.

_____                _____
Assistant District Attorney.           Foreman of the Grand Jury.
2D-094963

FORM 23