NO. 094965

# Commonwealth of Massachusetts

SUFFOLK, SS.

SUPERIOR COURT DEPARTMENT
CRIMINAL BUSINESS

March Sitting, 19 91

COMMONWEALTH

V.

JESSE R. QUINERLY

INDICTMENT
ROBBERY BEING ARMED
General Laws, c. 265 , S. 17    g.

094963, 65-67

Lt. Mgt. O'Malley-SAU

MAR 1 4 1991

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

Attest:

*Daniel F. O'Ll'*
Clerk.

FORM 235B

COMMONWEALTH OF MASSACHUSETTS    094965

SUFFOLK, ss.                              At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of criminal business, on the first Monday of March,
in the year of our Lord one thousand nine hundred and ninety-one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

JESSE R. QUINERLY,

on February 22, 1991, being armed with a dangerous weapon, to wit: a handgun, did assault ▮▮▮▮▮▮▮ with intent to rob her and thereby did rob and steal from the person of the said Wai Kiew Loh, U.S. currency of an amount and value unknown to the said JURORS, Malaysian currency of an amount and value unknown to the said JURORS, Singapore currency of an amount and value unknown to the said JURORS, a Nikon camera of a value of one hundred and forty dollars, sunglasses of a value of ninety dollars, two bracelets of a value of two hundred dollars, a Filofax system of a value unknown to the said JURORS, a briefcase of a value of two hundred and ninety-five dollars, a Texas Instrument computer of a value of two thousand eight hundred dollars, a Rolex watch, Lanvin handbag, checkbook, and business cards all of a value unknown to the said JURORS, a jade buddah pendant of a value of two hundred dollars, clothing and a Ralph Lauren cushion of a value unknown to the said JURORS, of the property the said Wai Kiew Loh, and a 1990 Pontiac MA. Reg. 459-TIM of a value of sixteen thousand seven hundred dollars, of the property of Singapore Economic Development Board.

A TRUE BILL.

_____                  _____
Assistant District Attorney.               Foreman of the Grand Jury.