NO. 094966

# Commonwealth of Massachusetts

SUFFOLK, SS.

SUPERIOR COURT DEPARTMENT
CRIMINAL BUSINESS

March Sitting, 19 91

COMMONWEALTH

V.

JESSE R. QUINERLY

INDICTMENT
ASSAULT BY MEANS OF DANGEROUS WEAPON
General Laws, c. 265, S. 15B(b)

094963, 65-67

MAR 1 4 1991

Lt. M. O'Malley-SAU

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

Attest:

*Daniel F. O'Ll*, Clerk.

FORM 235B

094966

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of criminal business, on the first Monday of March,
in the year of our Lord one thousand nine hundred and ninety-one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath

present that

JESSE R. QUINERLY,

on February 22, 1991, did commit an assault upon one ▮▮▮▮
▮▮▮▮ by means of a certain dangerous weapon, to wit: a handgun.

A TRUE BILL.

_____                    _____
Assistant District Attorney.               Foreman of the Grand Jury.

094966