NO. 094967

# Commonwealth of Massachusetts

SUFFOLK, SS.

SUPERIOR COURT DEPARTMENT
CRIMINAL BUSINESS

March Sitting, 19 91

COMMONWEALTH

V.

JESSE R. QUINERLY

INDICTMENT
AGGRAVATED RAPE - 3 COUNTS

General Laws, c. 265 , S. 22(a)

094963, 65-67

g.
g.
g.
g.

Lt. Mgt. O'Malley-SAU

MAR 1 4 1991

Returned into said Superior Court by the Grand Jurors and ordered to be filed.

Attest:

_____
                    Clerk.

FORM 235B

AND THE JURORS, aforesaid, for the COMMONWEALTH OF MASSACHUSETTS, on their oath, aforesaid, do further present, that

JESSE R. QUINERLY,

on February 22, 1991, did assault ▇▇▇▇▇▇▇ with intent to commit aggravated rape; and did commit aggravated rape upon the said ▇▇▇▇▇▇▇ by unnatural sexual intercourse.

A TRUE BILL.

*(signature)*                               *(signature)*
Assistant District Attorney.        Foreman of the Grand Jury.

3.

AND THE JURORS, aforesaid, for the COMMONWEALTH OF MASSACHUSETTS, on their oath, aforesaid, do further present, that

JESSE R. QUINERLY,

on February 22, 1991, did assault ▮▮▮▮▮▮▮ with intent to commit aggravated rape; and did commit aggravated rape upon the said ▮▮▮▮▮▮▮ by unnatural sexual intercourse.

2.

COMMONWEALTH OF MASSACHUSETTS  094967

SUFFOLK, ss.                              At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of criminal business, on the first Monday of March,
in the year of our Lord one thousand nine hundred and ninety-one.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath

present that

JESSE R. QUINERLY,

on February 22, 1991, did assault ▋▋▋▋▋▋▋ with intent to

commit aggravated rape; and did commit aggravated rape upon the

said ▋▋▋▋▋▋▋ by unnatural sexual intercourse.

1.