COMMONWEALTH OF MASSACHUSETTS

OLK, ss.

L.S.

To the Sheriff of said County of Suffolk, his Deputies, the Officers hereinafter named and the Superintendent of the Massachusetts Correctional Institution, Cedar Junction, in the County of Norfolk;

GREETING:

Whereas, by the consideration of the Superior Court Department of the Trial Court for Criminal Business, holden at Boston within and for the County of Suffolk, on the    sixth    day of November in the year of our Lord one thousand nine hundred and ninety one

Jesse R. Quinerly

now in the custody of the Sheriff of said County of Suffolk, convicted of the crime of

Assault by means of a dangerous weapon

for which crime the said    Quinerly    was sentenced to be confined in the Massachusetts Correctional Institution, Cedar Junction, for a term of not more than    five(5)    years and not less than    four(4)    years and to stand committed in pursuance of said sentence.

The Court orders that sentence be served concurrently with sentence imposed on Indictment 094967.

The Court in imposing sentence orders that the defendant be deemed to have served two hundred fifty one(251)days of sentence.

We therefore, command you, the said Sheriff, Deputies, and Officers of the Court, to remove the said    Quinerly    from the Jail in Boston in the said County of Suffolk, to the Massachusetts Correctional Institution, Cedar Junction, in the said County of Norfolk; and we command you, the said Superintendent to receive the said Quinerly    and immediately thereon to cause the said Quinerly    to be confined therein for a term of not more than    five(5)    years, and not less than    four(4) years, to be served as aforesaid.

And so doing this shall be your warrant; and you the said Sheriffs and Officers are to make return of this warrant with your doings thereon to the Office of the Clerk/Magistrate of said Superior Court in Boston soon as may be.

WITNESS, ROBERT L. STEADMAN, Administrative Justice of said Court and the seal thereof at Boston aforesaid, this    sixth    day of November    in the year of our Lord nineteen hundred and ninety-one.

Thomas M. Ford

M.C.I. CEDAR JUNCTION

COMMONWEALTH OF MASSACHUSETTS

FOLK, ss.

To the Sheriff of said County of Suffolk, his Deputies, the Officers hereinafter named and the Superintendent of the Massachusetts Correctional Institution, Cedar Junction, in the County of Norfolk;

**GREETING:**

Whereas, by the consideration of the Superior Court Department of the Trial Court for Criminal Business, holden at Boston within and for the County of Suffolk, on the   sixth   day of   November in the year of our Lord one thousand nine hundred and ninety one

Jesse R. Quinerly

now in the custody of the Sheriff of said County of Suffolk, convicted of the crime of

Robbery being armed

for which crime the said        Quinerly        was sentenced to be confined in the Massachusetts Correctional Institution, Cedar Junction, for a term of not more than   thirty(30)   years and not less than    twenty(20)    years and to stand committed in pursuance of said sentence.

The Court orders sentence to be served concurrently with sentence imposed on Indictment 094967.

The Court in imposing sentence orders that the defendant be deemed to have served two hundred fifty one(251)days of sentence.

We therefore, command you, the said Sheriff, Deputies, and Officers of the Court, to remove the said    Quinerly    from the Jail in Boston in the said County of Suffolk, to the Massachusetts Correctional Institution, Cedar Junction, in the said County of Norfolk; and we command you, the said Superintendent to receive the said Quinerly                and immediately thereon to cause the said Quinerly                to be confined therein for a term of not more than   thirty(30)   years, and not less than   twenty(20) years, to be served as aforesaid.

And so doing this shall be your warrant; and you the said Sheriffs and Officers are to make return of this warrant with your doings thereon to the Office of the Clerk/Magistrate of said Superior Court in Boston soon as may be.

WITNESS, ROBERT L. STEADMAN, Administrative Justice of said Court and the seal thereof at Boston aforesaid, this    sixth       day of Novmeber       in the year of our Lord nineteen hundred and ninety-one.

M.C.I. CEDAR JUNCTION

Thomas M. Ford
ASSISTANT CLERK.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

L.S.

To the Sheriff of said County of Suffolk, his Deputies, the Officers hereinafter named and the Superintendent of the Massachusetts Correctional Institution, Cedar Junction, in the County of Norfolk;

**GREETING:**

Whereas, by the consideration of the Superior Court Department of the Trial Court for Criminal Business, holden at Boston within and for the County of Suffolk, on the sixth day of November in the year of our Lord one thousand nine hundred and ninety one

Jesse R. Quinerly

now in the custody of the Sheriff of said County of Suffolk, convicted of the crime of

Kidnapping

for which crime the said Quinerly was sentenced to be confined in the Massachusetts Correctional Institution, Cedar Junction, for a term of not more than ten(10) years and not less than nine(9) years and to stand committed in pursuance of said sentence.
The Court orders sentence to be served concurrently with sentence imposed on Indictment 094967.
The Court in imposing sentence orders that the defendant be deemed to have served two hundred fifty one(251)days of sentence.

We therefore, command you, the said Sheriff, Deputies, and Officers of the Court, to remove the said Quinerly from the Jail in Boston in the said County of Suffolk, to the Massachusetts Correctional Institution, Cedar Junction, in the said County of Norfolk; and we command you, the said Superintendent to receive the said Quinerly and immediately thereon to cause the said Quinerly to be confined therein for a term of not more than ten(10) years, and not less than nine(9) years, to be served as aforesaid.

And so doing this shall be your warrant; and you the said Sheriffs and Officers are to make return of this warrant with your doings thereon to the Office of the Clerk/Magistrate of said Superior Court in Boston soon as may be.

WITNESS, ROBERT L. STEADMAN, Administrative Justice of said Court and the seal thereof at Boston aforesaid, this sixth day of November in the year of our Lord nineteen hundred and ninety-one.

A TRUE COPY
ATTEST

M.C.I. CEDAR JUNCTION

Thomas M. Ford

ASSISTANT CLERK.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

To the Sheriff of said County of Suffolk, his Deputies, the Officers hereinafter named and the Superintendent of the Massachusetts Correctional Institution, Cedar Junction, in the County of Norfolk;

**GREETING:**

Whereas, by the consideration of the Superior Court Department of the Trial Court for Criminal Business, holden at Boston within and for the County of Suffolk, on the   sixth   day of November in the year of our Lord one thousand nine hundred and ninety one

Jesse R. Quinerly

now in the custody of the Sheriff of said County of Suffolk, convicted of the crime of

Aggravated rape, as set forth in each of three counts of said Indictment

for which crime the said   Quinerly   was sentenced to be confined in the Massachusetts Correctional Institution, Cedar Junction, for a term of not more than   thirty(30)   years and not less than   twenty(20)   years and to stand committed in pursuance of said sentence.
The Court in imposing sentence orders that the defendant be deemed to have served two hundred fifty one(251)days of sentence.
Victim/Witness fee WAIVED.

We therefore, command you, the said Sheriff, Deputies, and Officers of the Court, to remove the said   Quinerly   from the Jail in Boston in the said County of Suffolk, to the Massachusetts Correctional Institution, Cedar Junction, in the said County of Norfolk; and we command you, the said Superintendent to receive the said   Quinerly   and immediately thereon to cause the said   Quinerly   to be confined therein for a term of not more than   thirty   years, and not less than   twenty(20)   years.

And so doing this shall be your warrant; and you the said Sheriffs and Officers are to make return of this warrant with your doings thereon to the Office of the Clerk/Magistrate of said Superior Court in Boston soon as may be.

WITNESS, ROBERT L. STEADMAN, Administrative Justice of said Court and the seal thereof at Boston aforesaid, this   sixth   day of November   in the year of our Lord nineteen hundred and ninety-one.

A TRUE COPY
ATTEST

M.C.I. CEDAR JUNCTION

Thomas M. Ford

ASSISTANT CLERK.