CERTIFICATE OF SERVICE

I JESSE R. QUINERLY HEREBY CERTIFY THAT TRUE COPIES WERE MAILED BY PREPAID 1st CLASS U.S. MAIL CERTIFIED RETURN RECEIPT.

THIS DATE: _March 19, 2007_

MOTION CAPTIONED AS:

**PETITIONER'S RENEWED MOTION FOR IMMEDIATE RELEASE**

with attached exhibits

MAILED TO:

OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02208


CCFILE
ANNETTE BENEDETTO, COUNSEL FOR RESPONDENT.


Respectfully Submitted

JESSE R. QUINERLY Pro Se
NCCI GARDNER
500 COLONY ROAD
P.O. BOX 466
GARDNER, MA 01440