RAYMOND E. GILLESPIE
ATTORNEY AND COUNSELLOR AT LAW
875 MASSACHUSETTS AVENUE
      SUITE-32
CAMBBRIDGE, MASSACHUSETTS
          02139-3067

```
FILED
CLERKS OFFICE

2007 MAR 26  P 1:43

DISTRICT COURT
DISTRICT OF MASS.
```

RE: QUINERLY V. SPENCER
    Civ. No. 03-12552-GAO         March 22, 2007

Dear Mr Gillespie:

    One year ago March 21, 2006 you were appointed to represent me in the above entitled matter, Never did i think that i would still be still here wrongfully imprisoned, it has been brought to my attention that you are still the attorney of record, If i recollect correctly Judge O'TOOLE said that he would discharge you from further representation on my behalf if i elected to proceed pro-se, if you are still attorney of record i would appreciate that you either make a forceful effort to negotiate my **immediate release or in the alternative immediate release pending disposition of this matter**, if you are not interested in litigating my request please file your notice of withdrawal to the court, and please inform me right away so that i may retain counsel to represent my best interest and that is immediate release from false imprisonment, everyone involved in this case knows that the **indictments** in this case never conferred JURISDICTION upon the trial court in this matter and the conviction was obtained pursuant to **"VOID PROCESS"**, I have recently had occasion to put your phone number back on my PIN, I am going to call you as soon as your number is re-activated so please expect my call.

    Thank you for your time.           Respectfully

CCFILE
U.S District Court
Annette Benedetto, A.A.G.

                                        JESSE R. QUINERLY
                                        500 COLONY ROAD
                                        P.O. Box 466
                                        Gardner, Ma 01440