UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSE QUINERLY )<br>)<br>Petitioner )<br>)<br>V. )<br>)<br>LUIS SPENCER, )<br>)<br>Respondent )<br>) | Civil. No. 03-12552-GAO |

**PETITIONER'S NOTICE OF APPEAL**

The petitioner hereby gives notice of his claim of appeal to the United States Court of Appeals for the First Circuit from the judgment and order of this Court dated April 19, 2007 dismissing with prejudice his petition under 28 U.S.C. §2254.

Respectfully submitted,

By his attorney

S/Raymond E. Gillespie                    May 16, 2007
Raymond E. Gillespie
B.B.O. #192300
875 Massachusetts Ave   Suite 32
Cambridge   MA   02139
(617) 661-3222

**CERTIFICATE OF SERVICE**

    I, Raymond E. Gillespie, hereby certify that the foregoing was served electronically on all counsel listed to receive electronic notice of filing for this case on May 16, 2007:

S/Raymond E. Gillespie
Raymond E. Gillespie