APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:03-cv-12552-GAO
# Internal Use Only

Quinerly v. Spencer
Assigned to: Judge George A. O'Toole, Jr
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/19/2003
Date Terminated: 04/19/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Jesse Quinerly**     represented by **Matthew Steven Robinowitz**
35 Harvard Street
Worcester, MA 01609
508-752-0485
Fax: 508-752-0485
Email: mattr8950@aol.com
*TERMINATED: 03/01/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond E. Gillespie**
Raymond E. Gillespie, Esq.
875 Massachusetts Avenue
Suite 32
Cambridge, MA 02139
617-661-3222
Fax: 617-441-9088
Email: rgillespie1@prodigy.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Luis Spencer**     represented by **Annette C. Benedetto**
*Superintendent*                         Department of Attorney General
McCormack Building
One Ashburton Place
Boston, MA 02208
617-727-2200

Fax: 617-727-5755
Email:
Annette.Benedetto@AGO.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2003 | 1 | MOTION for Leave to Proceed in forma pauperis by Jesse Quinerly.(Jenness, Susan) (Entered: 12/19/2003) |
| 12/01/2003 |  | Filing fee: $ 5.00, receipt number 52624. (Weissman, Linn) (Entered: 01/20/2004) |
| 12/01/2003 | 3 | PETITION for writ of habeas corpus pursuant to 28:2254, filed by Jesse Quinerly.(Jenness, Susan) (Entered: 01/29/2004) |
| 01/22/2004 | 2 | Judge George A. O'Toole Jr.: ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis as moot because petitioner has paid the filing fee.Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Luis Spencer, Superintendent, MCI Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, MA 02056 AND (2) William J. Meade, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598. It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Petition for Writ of Habeas Corpus. (Weissman, Linn) (Entered: 01/27/2004) |
| 01/29/2004 |  | File returned to GAO Session (Jenness, Susan) (Entered: 01/29/2004) |
| 02/18/2004 | 4 | MOTION for Extension of Time to 4/23/04 to respond to petition for writ of habeas corpus by Luis Spencer.(Flaherty, Elaine) (Entered: 02/23/2004) |
| 02/18/2004 | 5 | NOTICE of Appearance by Annette C. Benedetto on behalf of Luis Spencer (Flaherty, Elaine) (Entered: 02/23/2004) |
| 02/24/2004 | 6 | (Initiated) MOTION for Summary Judgment and attached record exhibits by Jesse Quinerly.c/s(Edge, Eugenia) (Entered: 02/25/2004) |
| 03/02/2004 | 7 | MOTION to Amend name of respondent. by Luis Spencer.(Edge, Eugenia) (Entered: 03/04/2004) |
| 03/17/2004 | 8 | Letter/request for docket sheet(non-motion) from Jesse Quinerly. (Edge, Eugenia) (Entered: 03/18/2004) |
| 03/17/2004 |  | DOCKET SHEET sent to Jesse Quinerly. (Edge, Eugenia) (Entered: 03/18/2004) |

| | | |
|---|---|---|
| 04/06/2004 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 4 Motion for Extension of Time, granting 7 Motion to Amend (Lyness, Paul) (Entered: 04/06/2004) |
| 04/28/2004 | 9 | Petitioners MOTION and Renewed Request for Judgment on the Merits of Petitioners Claims. by Jesse Quinerly.(Barrette, Mark) (Entered: 05/04/2004) |
| 05/10/2004 | 10 | MOTION for Leave to Late File Motion to Enlarge by Luis Spencer.(Barrette, Mark) (Entered: 05/11/2004) |
| 05/10/2004 | 11 | MOTION for Extension of Time to 6/18/2004 to File an Answer by Luis Spencer.(Barrette, Mark) (Entered: 05/11/2004) |
| 05/19/2004 | 12 | Copy of Letter (non-motion) sent to Respondent, from Jesse R. Quinerly. (Barrette, Mark) (Entered: 05/25/2004) |
| 06/18/2004 | 13 | ANSWER to Complaint by Luis Spencer.(Barrette, Mark)Two Pages of Supplemental Answer added on 6/25/2004. The remaining pages were not scanned due to the excessive number. (Barrette, Mark). (Entered: 06/25/2004) |
| 06/28/2004 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 11 Motion for Extension of Time, until 6/18/04 to file an answer (Lyness, Paul) (Entered: 06/28/2004) |
| 06/30/2004 | 14 | Opposition re 13 Answer to Complaint by Jesse R. Quinerly. (Barrette, Mark) (Entered: 07/07/2004) |
| 06/30/2004 | 15 | MOTION to Strike Respondents Supplemental Answer from the record for conduct Deceiving to the Court, Pursuant to Fed Rule Civil Procedure 11(c)(1)(a) 13 Answer to Complaint by Jesse Quinerly.(Barrette, Mark) (Entered: 07/07/2004) |
| 06/30/2004 | 16 | MOTION for "Hensley Evidentiary Hearing" Pursuant to US vs Hensley 105 s.ct.675 by Jesse Quinerly.(Barrette, Mark) (Entered: 07/07/2004) |
| 09/30/2004 | 17 | Judge George A. O'Toole Jr.: Electronic ORDER ON PENDING MOTIONS entered DENYING 6 Motion for Summary Judgment, DENYING 9 Motion for judgment on the merits of the petitioner's claims, GRANTING 10 Motion for Leave to File, DENYING 15 Motion to Strike, DENYING WITHOUT PREJUDICE 16 Motion for Hearing. A hearing on the merits of the petition will be scheduled. (Lyness, Paul) (Entered: 10/01/2004) |
| 10/12/2004 | 18 | MOTION Expansion of the Record by Jesse Quinerly.(Edge, Eugenia) (Entered: 10/19/2004) |
| 10/12/2004 | 19 | AFFIDAVIT in Support re 18 MOTION Expansion of the Record. (Edge, Eugenia) (Entered: 10/19/2004) |
| 10/12/2004 | 20 | MOTION to Appoint Counsel by Jesse Quinerly. Certificate of service attached(Edge, Eugenia) (Entered: 10/19/2004) |

| | | |
|---|---|---|
| 05/24/2005 | 21 | Letter/requesting status on show cause hearing from Jesse R. Quinerly. (Attachments: # 1 Copy of order dated 9-30-2004 attached)(Edge, Eugenia) (Entered: 05/25/2005) |
| 06/09/2005 | 22 | MOTION to expand the record by Jesse Quinerly. c/s(Edge, Eugenia) (Entered: 06/14/2005) |
| 06/09/2005 | 23 | MOTION for immediate release from false imprisonment by Jesse Quinerly. c/s (Attachments: # 1 Attached documents) Other documents attached but can not be scanned due to size. (Edge, Eugenia) (Entered: 06/14/2005) |
| 07/25/2005 | 24 | MOTION for Order to turn him over to the U.S. Marshall for Court Hearing by Jesse Quinerly. c/s (Attachments: # 1 attached documents)(Edge, Eugenia) (Entered: 07/26/2005) |
| 07/26/2005 | 25 | Recommendations for Scheduling Order. (Benedetto, Annette) (Entered: 07/26/2005) |
| 08/03/2005 | 26 | DOCKET SHEET sent to Jesse Quinerly along with copy of 28 U.S.C. Section 1915(c). (Edge, Eugenia) Additional attachment(s) added on 8/3/2005 (Edge, Eugenia). (Entered: 08/03/2005) |
| 08/08/2005 | 27 | Opposition re 25 Recommendations for Scheduling Order by Jesse Quinerly. c/s (Edge, Eugenia) (Entered: 08/10/2005) |
| 08/29/2005 | 28 | NOTICE of Appearance by Matthew Steven Robinowitz on behalf of Jesse QuinerlyAtty. not registered. Re-registration form to atty. Robinowitz. (Edge, Eugenia) (Entered: 08/30/2005) |
| 08/30/2005 | 29 | Letter sent to Attorney Matthew S. Robinowitz advising of inactive status in the Bar of this Court. Notice, reregistration and ECF application included. (Edge, Eugenia) (Entered: 08/30/2005) |
| 09/19/2005 | 30 | MOTION for Hearing re 3 Petition for writ of habeas corpus (28:2254) by Jesse Quinerly. c/s(Edge, Eugenia) (Entered: 09/20/2005) |
| 09/22/2005 | 31 | MOTION to Dismiss *Petition for Writ of Habeas Corpus* by Luis Spencer.(Benedetto, Annette) (Entered: 09/22/2005) |
| 09/22/2005 | 32 | MEMORANDUM in Support re 31 MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by Luis Spencer. (Benedetto, Annette) (Entered: 09/22/2005) |
| 09/22/2005 | 33 | Opposition re 18 MOTION Expansion of the Record filed by Luis Spencer. (Benedetto, Annette) (Entered: 09/22/2005) |
| 09/22/2005 | 34 | CERTIFICATE OF SERVICE by Luis Spencer *Re:Motion to Dismiss, Memorandum in Support of Motion to Dismiss and Opposition to Motion to Expand the Record*. (Benedetto, Annette) (Entered: 09/22/2005) |
| 09/27/2005 | 35 | Judge George A. O'Toole Jr.: ORDER entered denying 18 Motion, denying 20 Motion to Appoint Counsel in light of the recent appearance of counsel on his behalf. The petitioner shall file any opposition to the respondent's motion to dismiss not later than October 31, 2005. (Lyness, Paul) (Entered: |

| | | |
|---|---|---|
| | | 09/28/2005) |
| 09/29/2005 | 36 | Judge George A. O'Toole Jr.: ORDER entered. REFERRING CASE to Magistrate Judge Judith G. Dein Referred for: Report and Recommendation and a Hearing on the Merits.(Lyness, Paul) (Entered: 09/30/2005) |
| 10/11/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting in part and denying in part 22 Petitioner's Motion to Expand the Record. In the event that materials cited by the Petitioner in his opposition to the motion to dismiss are not in the record, Petitioner may submit copies of those documents only. (Dambrosio, Jolyne) (Entered: 10/11/2005) |
| 10/31/2005 | 37 | Opposition re 31 MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by Jesse Quinerly. c/s (Edge, Eugenia) (Entered: 11/02/2005) |
| 11/07/2005 | | Judge Judith G. Dein : ElectronicORDER entered denying 23 Petitioner's Motion for Immediate Release - Court will address the merits of the Petitioner's incarceration in connection with the pending motion to dismiss; and denying 24 Petitioner's Motion for Order and 30 Motion for Hearing - At the present time, the court does not require a hearing on the matters pending in this action. (Dambrosio, Jolyne) (Entered: 11/07/2005) |
| 11/08/2005 | 38 | SUPPLEMENTAL APPENDIX re 37 Opposition to Motion by Jesse Quinerly. c/s (Edge, Eugenia) (Entered: 11/10/2005) |
| 11/23/2005 | 39 | SUPPLEMENTAL APPENDIX re 38 Appendix by Jesse Quinerly. (Attachments: # 1 Appendix Part I# 2 Appendix Part II)(Edge, Eugenia) (Entered: 11/23/2005) |
| 12/02/2005 | 40 | PRETRIAL CONFERENCE REPORT by Jesse Quinerly. (Abaid, Kim) (Entered: 12/05/2005) |
| 01/25/2006 | 41 | Second MOTION to Expedite *Motion to Schedule a Hearing* by Jesse Quinerly.(Robinowitz, Matthew) Additional attachment(s) added on 1/26/2006 (Edge, Eugenia). (Entered: 01/25/2006) |
| 01/26/2006 | | Judge Judith G. Dein : Electronic ORDER entered denying 41 Motion to Schedule Hearing. At the present time, the court does not require a hearing on the matters pending in this action. (Dambrosio, Jolyne) (Entered: 01/26/2006) |
| 02/03/2006 | 42 | MOTION to Expedite by Jesse Quinerly.(Robinowitz, Matthew) Additional attachment(s) added on 2/14/2006 (Edge, Eugenia). (Entered: 02/03/2006) |
| 02/14/2006 | 43 | MOTION to Withdraw as Attorney by Jesse Quinerly.(Robinowitz, Matthew) (Entered: 02/14/2006) |
| 02/17/2006 | 44 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 31 MOTION to Dismiss Petition for Writ of Habeas Corpus filed by Luis Spencer. Recommendation: that the Motion be allowed. Objections to R&R due by 3/6/2006.(Dambrosio, Jolyne) (Entered: 02/17/2006) |

| | | |
|---|---|---|
| 02/17/2006 | | Judge Judith G. Dein : Electronic ORDER entered finding as moot 42 Motion to Expedite Decision. Report & Recommendation issued on this date. (Dambrosio, Jolyne) (Entered: 02/17/2006) |
| 02/17/2006 | | Judge Judith G. Dein : Electronic ORDER entered denying without prejudice 43 Motion to Withdraw as Attorney. Motion may be renewed after the period for responding to the Report and Recommendation issued on this date. (Dambrosio, Jolyne) (Entered: 02/17/2006) |
| 02/24/2006 | 45 | OBJECTION to 44 Report and Recommendations filed by Jesse Quinerly. (Robinowitz, Matthew) (Entered: 02/24/2006) |
| 02/24/2006 | 46 | Second MOTION to Withdraw as Attorney by Jesse Quinerly.(Robinowitz, Matthew) (Entered: 02/24/2006) |
| 03/01/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 46 Motion to Withdraw as Attorney. (Lyness, Paul) (Entered: 03/01/2006) |
| 03/01/2006 | 47 | Judge George A. O'Toole Jr.: ORDER entered. REFERRING CASE to Magistrate Judge Judith G. Dein Referred for: for the appointment of new counsel(Lyness, Paul) (Entered: 03/01/2006) |
| 03/06/2006 | 48 | Supplemental OBJECTION to 44 Report and Recommendations filed by Jesse Quinerly. (Edge, Eugenia) (Entered: 03/08/2006) |
| 03/06/2006 | 49 | MOTION for respondent to provide the U.S. District Judge with certified copies of all state records of all state court proceedings by Jesse Quinerly.(Edge, Eugenia) (Entered: 03/08/2006) |
| 03/21/2006 | 50 | NOTICE of Appearance by Raymond E. Gillespie on behalf of Jesse Quinerly (Gillespie, Raymond) (Entered: 03/21/2006) |
| 04/07/2006 | | NOTICE of Hearing on Motion 49 MOTION for respondent to provide the U.S. District Judge with certified copies of all state records of all state court proceedings, 31 MOTION to Dismiss *Petition for Writ of Habeas Corpus*, 44 REPORT AND RECOMMENDATIONS re 31 MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by Luis Spencer, Recommendation: that the Motion be allowed.: Motion Hearing set for 5/25/2006 02:30 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 04/07/2006) |
| 05/17/2006 | 51 | MOTION for Writ of Habeas Corpus ad testificandum by Jesse Quinerly.(Gillespie, Raymond) (Entered: 05/17/2006) |
| 05/18/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 51 Motion for Writ of Habeas Corpus ad testificandum (Lyness, Paul) (Entered: 05/18/2006) |
| 05/18/2006 | 52 | Writ of Habeas Corpus ad Testificandum Issued as to Jesse Quinerly for 5/25/06 at 2:30pm (Lyness, Paul) (Entered: 05/18/2006) |
| 05/19/2006 | | Judge Judith G. Dein no longer assigned to case. (Quinn, Thomas) (Entered: 05/19/2006) |

| | | |
|---|---|---|
| 05/22/2006 | 53 | MEMORANDUM OF Facts and LAW in support of his pending motion for immediate release from false imprisonment by Jesse Quinerly. c/s (Edge, Eugenia) (Entered: 05/22/2006) |
| 05/22/2006 | 54 | MOTION to Proceed Pro-Se and Remove Appointed Counsel by Jesse Quinerly. c/s(Edge, Eugenia) (Entered: 05/23/2006) |
| 05/23/2006 | 55 | Letter/request (non-motion) from Sherman Wiliams re: Power of Attorney (Edge, Eugenia) (Entered: 05/24/2006) |
| 05/25/2006 | | ELECTRONIC NOTICE of Hearing :The hearing with respect to objections of the Magistrate's Report and Recommendation is continued. Hearing is now set for 6/15/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 05/26/2006) |
| 05/26/2006 | 56 | Writ of Habeas Corpus ad Testificandum Issued as to Jesse Quinerly for June 15, 2006. (Lyness, Paul) (Entered: 05/26/2006) |
| 06/07/2006 | 57 | Emergency MOTION for Writ of Habeas Corpus ad prosequendum by Jesse Quinerly.(Gillespie, Raymond) (Entered: 06/07/2006) |
| 06/08/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 57 Motion for Writ of Habeas Corpus ad prosequendum (Lyness, Paul) (Entered: 06/08/2006) |
| 06/12/2006 | 58 | MOTION for Writ of Habeas Corpus ad testificandum by Jesse Quinerly. c/s(Edge, Eugenia) (Entered: 06/13/2006) |
| 06/12/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered finding as moot 58 Motion for Writ of Habeas Corpus ad testificandum. Petitioner will be habed in on June 15, 2006. (See emergency motion (#57) filed by counsel for petitioner and electronic order dated 6/8/06 granting motion #57) (Edge, Eugenia) (Entered: 06/13/2006) |
| 06/15/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Motion Hearing held on 6/15/2006 re 44 REPORT AND RECOMMENDATIONS re 31 MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by Luis Spencer, Recommendation: that the Motion be allowed., 49 MOTION for respondent to provide the U.S. District Judge with certified copies of all state records of all state court proceedings filed by Jesse Quinerly,, 54 MOTION to proceed Pro-Se and Remove Appointed Counsel filed by Jesse Quinerly,, 31 MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by Luis Spencer,. Court hears both sides and petitioner in presence of counsel. Court takes matters under advisement. (Court Reporter Shelly Killian.) (Edge, Eugenia) (Entered: 06/16/2006) |
| 06/21/2006 | 59 | MOTION for copy of transcripts of hearing held June 15th, 2006 by Jesse Quinerly. c/s(Edge, Eugenia) (Entered: 06/23/2006) |
| 06/28/2006 | 60 | MOTION for In Camera Hearing by Jesse Quinerly. c/s(Edge, Eugenia) (Entered: 06/29/2006) |

| 09/25/2006 | 61 | USCA JUDGMENT: Petitioner's request for a writ of mandamus is DENIED. Petitioner must await the district court adjudication of his 2254 petition before presenting his challenges to the record to this court. (Ramos, Jeanette) (Entered: 09/25/2006) |
|---|---|---|
| 10/25/2006 | 62 | MOTION for Declaratory Judgment for Immediate Release from False Imprisonment by Jesse Quinerly.c/s (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Edge, Eugenia) (Entered: 10/26/2006) |
| 03/23/2007 | 63 | Renewed MOTION for Immediate Release by Jesse Quinerly. (Attachments: # 1 certificate of service)(Edge, Eugenia) (Entered: 03/26/2007) |
| 03/26/2007 | 64 | Letter to Atty. Gillespie from Jesse Quinerly. (Edge, Eugenia) (Entered: 03/26/2007) |
| 03/28/2007 |  | Judge George A. O'Toole Jr.: Electronic ORDER entered denying 49 Motion, denying 54 Motion, denying without prejudice,able to be renewed after disposition of the habeas corpus petition 59 Motion, denying 60 Motion for Hearing, denying 62 Motion for Declaratory Judgment, denying 63 Motion (Lyness, Paul) (Entered: 03/28/2007) |
| 04/19/2007 | 65 | Judge George A. O'Toole Jr.: ORDER entered. The petition is dismissed on the merits with prejudice.(Lyness, Paul) (Entered: 04/19/2007) |
| 04/19/2007 |  | Civil Case Terminated. (Lyness, Paul) (Entered: 04/19/2007) |
| 05/16/2007 | 66 | NOTICE OF APPEAL by Jesse Quinerly NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 6/5/2007. (Gillespie, Raymond) (Entered: 05/16/2007) |
| 05/24/2007 |  | Remark: Case compiled and forwarded to J. Ramos. (Edge, Eugenia) (Entered: 05/24/2007) |