# United States Court of Appeals
## For the First Circuit

No. 07-1829

JESSE QUINERLY

Petitioner - Appellant

v.

LUIS SPENCER, Superintendent

Respondent - Appellee

**ORDER OF COURT**
Entered: June 21, 2007
Pursuant to 1st Cir. R. 27.0(d)

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:
Richard Cushing Donovan, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: J Calando   Date: 6-21-07

By:  **LYNNE ALIX MORRISON**
Appeals Attorney

[Certified copies: Hon. George A. O'Toole, Sarah A. Thornton, Clerk]
[cc: Raymond E. Gillespie, Esq., Annette C. Benedetto, AAG]