JC

# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

2007 JUN 20  P 12: 25

District Court No. 03-12552-GAO

Appeal No. 07-1829 — 06-2205

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

COPY

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)  Signed: Jesse R. Quinerly | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.  Date: June 11, 2007 |

My issues on appeal are:

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |

# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

2007 JUN 20 P 12: 25

District Court No. 03-12552-GAO
Appeal No. 07-1829 — 06-2205

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)  Signed: Jesse R. Quinerly | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.  Date: June 11, 2007 |

My issues on appeal are:

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A | $ N/A | $ N/A |
| Total Monthly income: | $ N/A | $ N/A | $ N/A | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

2

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration#: N/A |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration#: N/A | N/A | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

3

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are any real estate taxes included? ☐ Yes ☐ No |  |  |
| Is property insurance included? ☐ Yes ☐ No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $ N/A |
|    Homeowner's or renter's | $ N/A | $ N/A |
|    Life | $ N/A | $ N/A |
|    Health | $ N/A | $ N/A |
|    Motor Vehicle | $ N/A | $ N/A |
|    Other: N/A | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): N/A | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
|    Motor Vehicle | $ N/A | $ N/A |
|    Credit card (name): N/A | $ N/A | $ N/A |
|    Department store (name): N/A | $ N/A | $ N/A |
|    Other: N/A | $ N/A | $ N/A |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| **Total monthly expenses:** | $ N/A | $ N/A |

9. *Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes   ☐ No              If yes, describe on an attached sheet.

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes   ☐ No

If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:

_____ N/A _____

11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes   ☐ No

If yes, how much? $ N/A

If yes, state the person's name, address, and telephone number:

_____ N/A _____

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

NO MONEY

5

13. State the address of your legal residence.

_____ N/A _____

Your daytime phone number: (_____) _____

Your age: _____   Your years of schooling: _____

6

| | |
|---|---|
| MASSACHUSETTS<br>DEPARTMENT OF CORRECTION<br>Inmate Transaction History<br>Summary Report | NCCI-GARDNER |

| | | | |
|---|---|---|---|
| Inmate Name............ | JESSE    QUINERLY | | |
| Commitment number.... | W51434 | | |
| Period encompassed.... | 12/12/2006   THRU   6/12/2007 | | |
| | Personal | Savings | Total |
| Six Month Average Daily Balance | 67.91 | 100.96 | 168.87 |
| 20% of Six Month Average Daily Balance | 33.77 | | |
| Total Expenditures for Period | | | 455.90 |
| Total Income for Period | | | 349.46 |

To the best of my knowledge, the above
summary information is true and accurate:

Signed _Sheila Cregg_ LM
Sheila Cregg, Treasurer

Time: _11:00_

Date: _6-12-07_

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20070612 13:07

Page: 1

| Commit# : | W51434 | | NCCI GARDNER | | |
|---|---|---|---|---|---|
| Name : | QUINERLY, JESSE, R, | | Statement From | 20061212 | |
| Inst : | NCCI GARDNER | | To | 20070612 | |
| Block : | THOMPSON-1 | | | | |
| Cell/Bed : | 108 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,651.28 | $3,493.78 | $543.88 | $442.37 |
| 20061213 08:55 | IC - Transfer from Inmate to Club A/c | 7852975 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.36 | $0.00 | $0.00 |
| 20061213 22:30 | CN - Canteen | 7865113 | | GAR | ~Canteen Date : 20061213 | $0.00 | $9.54 | $0.00 | $0.00 |
| 20061218 14:41 | CI - Transfer from Club to Inmate A/c | 7882339 | | GAR | ~CANTEEN REFUND 12-12-06~W51434 QUINERLY,JESSE R PERSONAL~KCN WASH ACCOUNT - Z5 | $3.90 | $0.00 | $0.00 | $0.00 |
| 20061219 09:16 | IC - Transfer from Inmate to Club A/c | 7886185 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.12 | $0.00 | $0.00 |
| 20061219 09:17 | IC - Transfer from Inmate to Club A/c | 7886187 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.12 | $0.00 | $0.00 |
| 20061220 22:30 | CN - Canteen | 7902862 | | GAR | ~Canteen Date : 20061220 | $0.00 | $49.62 | $0.00 | $0.00 |
| 20061227 22:30 | CN - Canteen | 7940407 | | GAR | ~Canteen Date : 20061227 | $0.00 | $8.68 | $0.00 | $0.00 |
| 20070102 13:28 | ML - Mail | 7960800 | | GAR | ~WILLIAMS, SHERMAN, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20070102 13:28 | MA - Maintenance and Administration | 7960802 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070104 08:41 | IC - Transfer from Inmate to Club A/c | 7978256 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.36 | $0.00 | $0.00 |
| 20070104 08:41 | IC - Transfer from Inmate to Club A/c | 7978257 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.36 | $0.00 | $0.00 |
| 20070104 16:09 | IS - Interest | 7986032 | | GAR | | $0.70 | $0.00 | $0.00 | $0.00 |
| 20070104 16:09 | IS - Interest | 7986033 | | GAR | | $0.00 | $0.00 | $0.63 | $0.00 |
| 20070108 10:02 | ML - Mail | 8008972 | | GAR | ~WILLIAMS, SHERMAN, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20070109 11:12 | IC - Transfer from Inmate to Club A/c | 8016897 | | GAR | ~HAIR CUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20070109 11:12 | AT - Account Transfer | 8016891 | | GAR | ~HAIR CUT~W51434 QUINERLY,JESSE R PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20070110 22:30 | CN - Canteen | 8035979 | | GAR | ~Canteen Date : 20070110 | $0.00 | $27.32 | $0.00 | $0.00 |
| 20070116 14:18 | IC - Transfer from Inmate to Club A/c | 8054747 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.35 | $0.00 | $0.00 |
| 20070116 14:18 | EX - External Disbursement | 8054748 | 44565 | GAR | ~KOSS | $0.00 | $6.00 | $0.00 | $0.00 |
| 20070117 22:30 | CN - Canteen | 8070662 | | GAR | ~Canteen Date : 20070117 | $0.00 | $25.04 | $0.00 | $0.00 |
| 20070118 10:03 | IC - Transfer from Inmate to Club A/c | 8072276 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20070122 08:54 | IC - Transfer from Inmate to Club A/c | 8080580 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20070122 10:04 | ML - Mail | 8081392 | | GAR | ~WILLIAMS, SHERMAN, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20070131 09:06 | IC - Transfer from Inmate to Club A/c | 8126429 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.36 | $0.00 | $0.00 |
| 20070131 09:06 | IC - Transfer from Inmate to Club A/c | 8126431 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.36 | $0.00 | $0.00 |
| 20070131 22:30 | CN - Canteen | 8137828 | | GAR | ~Canteen Date : 20070131 | $0.00 | $30.15 | $0.00 | $0.00 |
| 20070205 09:25 | IC - Transfer from Inmate to Club A/c | 8151168 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.64 | $0.00 | $0.00 |
| 20070208 08:31 | ML - Mail | 8180827 | | GAR | ~CALDWELL, RAYMOND, , | $50.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20070612 13:07

Page: 2

| Commit# : | W51434 | | | | NCCI GARDNER | | | |
| Name : | QUINERLY, JESSE, R, | | | | Statement From | 20061212 | | |
| Inst : | NCCI GARDNER | | | | To | 20070612 | | |
| Block : | THOMPSON-1 | | | | | | | |
| Cell/Bed : | 108 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070208 08:31 | MA - Maintenance and Administration | 8180830 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070208 11:32 | EX - External Disbursement | 8182734 | 44803 | GAR | ~TANGUAY JEWELER'S | $0.00 | $5.00 | $0.00 | $0.00 |
| 20070212 16:00 | IS - Interest | 8200372 | | GAR | | $0.42 | $0.00 | $0.00 | $0.00 |
| 20070212 16:00 | IS - Interest | 8200373 | | GAR | | $0.00 | $0.00 | $0.62 | $0.00 |
| 20070219 09:04 | ML - Mail | 8246545 | | GAR | ~WILLIAMS, SHERMAN, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20070220 10:50 | IC - Transfer from Inmate to Club A/c | 8251503 | | GAR | ~POSTAGE ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.85 | $0.00 | $0.00 |
| 20070220 10:52 | IC - Transfer from Inmate to Club A/c | 8251517 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.12 | $0.00 | $0.00 |
| 20070221 22:30 | CN - Canteen | 8269353 | | GAR | ~Canteen Date : 20070221 | $0.00 | $38.32 | $0.00 | $0.00 |
| 20070226 13:31 | CI - Transfer from Club to Inmate A/c | 8282241 | | GAR | ~CANTEEN REFUND 1-30-07~W51434 QUINERLY,JESSE R PERSONAL~KCN WASH ACCOUNT - Z5 | $1.26 | $0.00 | $0.00 | $0.00 |
| 20070307 22:30 | CN - Canteen | 8345456 | | GAR | ~Canteen Date : 20070307 | $0.00 | $19.74 | $0.00 | $0.00 |
| 20070314 16:41 | IS - Interest | 8379486 | | GAR | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20070314 16:41 | IS - Interest | 8379487 | | GAR | | $0.00 | $0.00 | $0.57 | $0.00 |
| 20070314 22:30 | CN - Canteen | 8402533 | | GAR | ~Canteen Date : 20070314 | $0.00 | $12.18 | $0.00 | $0.00 |
| 20070320 08:36 | IC - Transfer from Inmate to Club A/c | 8419885 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.56 | $0.00 | $0.00 |
| 20070321 08:31 | ML - Mail | 8425912 | 503 | GAR | ~PLEASE HAVE FRIENDS & FAMILY START PUTTING YOUR COMMITMENT NUMBER ON ALL CHECKS & MONEY ORDERS THANK YOU~DANIELS, JOYCE, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20070321 08:31 | MA - Maintenance and Administration | 8425915 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070321 22:30 | CN - Canteen | 8438086 | | GAR | ~Canteen Date : 20070321 | $0.00 | $10.31 | $0.00 | $0.00 |
| 20070329 13:35 | IC - Transfer from Inmate to Club A/c | 8473644 | | GAR | ~HAIR CUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20070329 13:35 | AT - Account Transfer | 8473642 | | GAR | ~HAIR CUT~W51434 QUINERLY,JESSE R PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20070404 22:30 | CN - Canteen | 8512132 | | GAR | ~Canteen Date : 20070404 | $0.00 | $23.81 | $0.00 | $0.00 |
| 20070412 09:39 | ML - Mail | 8554639 | 1631 | GAR | ~CALDWELL, RAYMOND, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070412 09:39 | MA - Maintenance and Administration | 8554642 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070419 15:46 | IS - Interest | 8594504 | | GAR | | $0.18 | $0.00 | $0.00 | $0.00 |
| 20070419 15:46 | IS - Interest | 8594505 | | GAR | | $0.00 | $0.00 | $0.65 | $0.00 |
| 20070425 22:30 | CN - Canteen | 8638688 | | GAR | ~Canteen Date : 20070425 | $0.00 | $43.04 | $0.00 | $0.00 |
| 20070509 10:17 | ML - Mail | 8705272 | | GAR | ~WILLIAMS, SHERMAN, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070509 10:17 | MA - Maintenance and Administration | 8705274 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070509 15:53 | IS - Interest | 8710932 | | GAR | | $0.15 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20070612 13:07

Page: 3

| Commit# : | W51434 | | | | NCCI GARDNER | | | | |
| Name : | QUINERLY, JESSE, R, | | | Statement From | 20061212 | | | | |
| Inst : | NCCI GARDNER | | | To | 20070612 | | | | |
| Block : | THOMPSON-1 | | | | | | | | |
| Cell/Bed : | 108 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070509 15:53 | IS - Interest | 8710933 | | GAR | | $0.00 | $0.00 | $0.62 | $0.00 |
| 20070509 22:30 | CN - Canteen | 8734480 | | GAR | ~Canteen Date : 20070509 | $0.00 | $6.52 | $0.00 | $0.00 |
| 20070516 22:30 | CN - Canteen | 8771321 | | GAR | ~Canteen Date : 20070516 | $0.00 | $40.38 | $0.00 | $0.00 |
| 20070521 14:32 | IC - Transfer from Inmate to Club A/c | 8785180 | | GAR | ~HAIR CUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20070521 14:32 | AT - Account Transfer | 8785179 | | GAR | ~HAIR CUT~W51434 QUINERLY,JESSE R  PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20070523 22:30 | CN - Canteen | 8805975 | | GAR | ~Canteen Date : 20070523 | $0.00 | $9.31 | $0.00 | $0.00 |
| 20070604 13:16 | ML - Mail | 8852935 | | GAR | ~WILLIAMS, SHERMAN, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070604 13:16 | MA - Maintenance and Administration | 8852937 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070608 09:55 | IC - Transfer from Inmate to Club A/c | 8887052 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.62 | $0.00 | $0.00 |
| 20070612 10:28 | ML - Mail | 8900414 | | GAR | ~WILLIAMS, SHERMAN, , | $10.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $346.37 | $451.40 | $3.09 | $4.50 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $52.47 | $100.10 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $52.47 | $100.10 | $0.00 | $0.00 | $0.00 | $0.00 |