# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date:** 20070612 13:07

| | | | | |
|---|---|---|---|---|
| Commit# : | W51434 | | NCCI GARDNER | Page: |
| Name : | QUINERLY, JESSE, R, | | Statement From | 20061212 |
| Inst : | NCCI GARDNER | | To | 20070612 |
| Block : | THOMPSON-1 | | | |
| Cell/Bed : | 108 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $3,651.28 | $3,493.78 | $543.88 | $442.37 |
| 20061213 08:55 | IC - Transfer from Inmate to Club A/c | 7852975 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.36 | $0.00 | $0.00 |
| 20061213 22:30 | CN - Canteen | 7865113 | | GAR | ~Canteen Date : 20061213 | $0.00 | $9.54 | $0.00 | $0.00 |
| 20061218 14:41 | CI - Transfer from Club to Inmate A/c | 7882339 | | GAR | ~CANTEEN REFUND 12-12-06~W51434 QUINERLY,JESSE R PERSONAL~KCN WASH ACCOUNT - Z5 | $3.90 | $0.00 | $0.00 | $0.00 |
| 20061219 09:16 | IC - Transfer from Inmate to Club A/c | 7886185 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.12 | $0.00 | $0.00 |
| 20061219 09:17 | IC - Transfer from Inmate to Club A/c | 7886187 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.12 | $0.00 | $0.00 |
| 20061220 22:30 | CN - Canteen | 7902862 | | GAR | ~Canteen Date : 20061220 | $0.00 | $49.62 | $0.00 | $0.00 |
| 20061227 22:30 | CN - Canteen | 7940407 | | GAR | ~Canteen Date : 20061227 | $0.00 | $8.68 | $0.00 | $0.00 |
| 20070102 13:28 | ML - Mail | 7960800 | | GAR | ~WILLIAMS, SHERMAN, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20070102 13:28 | MA - Maintenance and Administration | 7960802 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070104 08:41 | IC - Transfer from Inmate to Club A/c | 7978256 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.36 | $0.00 | $0.00 |
| 20070104 08:41 | IC - Transfer from Inmate to Club A/c | 7978257 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.36 | $0.00 | $0.00 |
| 20070104 16:09 | IS - Interest | 7986032 | | GAR | | $0.70 | $0.00 | $0.00 | $0.00 |
| 20070104 16:09 | IS - Interest | 7986033 | | GAR | | $0.00 | $0.00 | $0.63 | $0.00 |
| 20070108 10:02 | ML - Mail | 8008972 | | GAR | ~WILLIAMS, SHERMAN, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20070109 11:12 | IC - Transfer from Inmate to Club A/c | 8016897 | | GAR | ~HAIR CUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20070109 11:12 | AT - Account Transfer | 8016891 | | GAR | ~HAIR CUT~W51434 QUINERLY,JESSE R PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20070110 22:30 | CN - Canteen | 8035979 | | GAR | ~Canteen Date : 20070110 | $0.00 | $27.32 | $0.00 | $0.00 |
| 20070116 14:18 | IC - Transfer from Inmate to Club A/c | 8054747 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.35 | $0.00 | $0.00 |
| 20070116 14:18 | EX - External Disbursement | 8054748 | 44565 | GAR | ~KOSS | $0.00 | $6.00 | $0.00 | $0.00 |
| 20070117 22:30 | CN - Canteen | 8070662 | | GAR | ~Canteen Date : 20070117 | $0.00 | $25.04 | $0.00 | $0.00 |
| 20070118 10:03 | IC - Transfer from Inmate to Club A/c | 8072276 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20070122 08:54 | IC - Transfer from Inmate to Club A/c | 8080580 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20070122 10:04 | ML - Mail | 8081392 | | GAR | ~WILLIAMS, SHERMAN, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20070131 09:06 | IC - Transfer from Inmate to Club A/c | 8126429 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.36 | $0.00 | $0.00 |
| 20070131 09:06 | IC - Transfer from Inmate to Club A/c | 8126431 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.36 | $0.00 | $0.00 |
| 20070131 22:30 | CN - Canteen | 8137828 | | GAR | ~Canteen Date : 20070131 | $0.00 | $30.15 | $0.00 | $0.00 |
| 20070205 09:25 | IC - Transfer from Inmate to Club A/c | 8151168 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.64 | $0.00 | $0.00 |
| 20070208 08:31 | ML - Mail | 8180827 | | GAR | ~CALDWELL, RAYMOND, , | $50.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20070612 13:07

| | | | | |
|---|---|---|---|---|
| Commit# : | W51434 | | NCCI GARDNER | Page : |
| Name : | QUINERLY, JESSE, R, | Statement From | 20061212 | |
| Inst : | NCCI GARDNER | To | 20070612 | |
| Block : | THOMPSON-1 | | | |
| Cell/Bed : | 108 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070208 08:31 | MA - Maintenance and Administration | 8180830 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070208 11:32 | EX - External Disbursement | 8182734 | 44803 | GAR | ~TANGUAY JEWELER'S | $0.00 | $5.00 | $0.00 | $0.00 |
| 20070212 16:00 | IS - Interest | 8200372 | | GAR | | $0.42 | $0.00 | $0.00 | $0.00 |
| 20070212 16:00 | IS - Interest | 8200373 | | GAR | | $0.00 | $0.00 | $0.62 | $0.00 |
| 20070219 09:04 | ML - Mail | 8246545 | | GAR | ~WILLIAMS, SHERMAN, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20070220 10:50 | IC - Transfer from Inmate to Club A/c | 8251503 | | GAR | ~POSTAGE ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.85 | $0.00 | $0.00 |
| 20070220 10:52 | IC - Transfer from Inmate to Club A/c | 8251517 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.12 | $0.00 | $0.00 |
| 20070221 22:30 | CN - Canteen | 8269353 | | GAR | ~Canteen Date : 20070221 | $0.00 | $38.32 | $0.00 | $0.00 |
| 20070226 13:31 | CI - Transfer from Club to Inmate A/c | 8282241 | | GAR | ~CANTEEN REFUND 1-30-07~W51434 QUINERLY,JESSE R PERSONAL~KCN WASH ACCOUNT - Z5 | $1.26 | $0.00 | $0.00 | $0.00 |
| 20070307 22:30 | CN - Canteen | 8345456 | | GAR | ~Canteen Date : 20070307 | $0.00 | $19.74 | $0.00 | $0.00 |
| 20070314 16:41 | IS - Interest | 8379486 | | GAR | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20070314 16:41 | IS - Interest | 8379487 | | GAR | | $0.00 | $0.00 | $0.57 | $0.00 |
| 20070314 22:30 | CN - Canteen | 8402533 | | GAR | ~Canteen Date : 20070314 | $0.00 | $12.18 | $0.00 | $0.00 |
| 20070320 08:36 | IC - Transfer from Inmate to Club A/c | 8419885 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.56 | $0.00 | $0.00 |
| 20070321 08:31 | ML - Mail | 8425912 | 503 | GAR | ~PLEASE HAVE FRIENDS & FAMILY START PUTTING YOUR COMMITMENT NUMBER ON ALL CHECKS & MONEY ORDERS THANK YOU~DANIELS, JOYCE, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20070321 08:31 | MA - Maintenance and Administration | 8425915 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070321 22:30 | CN - Canteen | 8438086 | | GAR | ~Canteen Date : 20070321 | $0.00 | $10.31 | $0.00 | $0.00 |
| 20070329 13:35 | IC - Transfer from Inmate to Club A/c | 8473644 | | GAR | ~HAIR CUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20070329 13:35 | AT - Account Transfer | 8473642 | | GAR | ~HAIR CUT~W51434 QUINERLY,JESSE R PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20070404 22:30 | CN - Canteen | 8512132 | | GAR | ~Canteen Date : 20070404 | $0.00 | $23.81 | $0.00 | $0.00 |
| 20070412 09:39 | ML - Mail | 8554639 | 1631 | GAR | ~CALDWELL, RAYMOND, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070412 09:39 | MA - Maintenance and Administration | 8554642 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070419 15:46 | IS - Interest | 8594504 | | GAR | | $0.18 | $0.00 | $0.00 | $0.00 |
| 20070419 15:46 | IS - Interest | 8594505 | | GAR | | $0.00 | $0.00 | $0.65 | $0.00 |
| 20070425 22:30 | CN - Canteen | 8638688 | | GAR | ~Canteen Date : 20070425 | $0.00 | $43.04 | $0.00 | $0.00 |
| 20070509 10:17 | ML - Mail | 8705272 | | GAR | ~WILLIAMS, SHERMAN, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070509 10:17 | MA - Maintenance and Administration | 8705274 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070509 15:53 | IS - Interest | 8710932 | | GAR | | $0.15 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20070612 13:07

Page: 3

| Commit# : | W51434 | | | NCCI GARDNER | | | | |
| Name : | QUINERLY, JESSE, R, | | Statement From | 20061212 | | | | |
| Inst : | NCCI GARDNER | | To | 20070612 | | | | |
| Block : | THOMPSON-1 | | | | | | | |
| Cell/Bed : | 108 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Exp |
|---|---|---|---|---|---|---|---|---|---|
| 20070509 15:53 | IS - Interest | 8710933 | | GAR | | $0.00 | $0.00 | $0.62 | $0.00 |
| 20070509 22:30 | CN - Canteen | 8734480 | | GAR | ~Canteen Date : 20070509 | $0.00 | $6.52 | $0.00 | $0.00 |
| 20070516 22:30 | CN - Canteen | 8771321 | | GAR | ~Canteen Date : 20070516 | $0.00 | $40.38 | $0.00 | $0.00 |
| 20070521 14:32 | IC - Transfer from Inmate to Club A/c | 8785180 | | GAR | ~HAIR CUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20070521 14:32 | AT - Account Transfer | 8785179 | | GAR | ~HAIR CUT~W51434 QUINERLY,JESSE R PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20070523 22:30 | CN - Canteen | 8805975 | | GAR | ~Canteen Date : 20070523 | $0.00 | $9.31 | $0.00 | $0.00 |
| 20070604 13:16 | ML - Mail | 8852935 | | GAR | ~WILLIAMS, SHERMAN, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070604 13:16 | MA - Maintenance and Administration | 8852937 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070608 09:55 | IC - Transfer from Inmate to Club A/c | 8887052 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.62 | $0.00 | $0.00 |
| 20070612 10:28 | ML - Mail | 8900414 | | GAR | ~WILLIAMS, SHERMAN, , | $10.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $346.37 | $451.40 | $3.09 | $1.50 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $52.47 | $100.10 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $52.47 | $100.10 | $0.00 | $0.00 | $0.00 | $0.00 |