UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JESSE R. QUINERLY                    )
           petitioner )
                        )
                        )          HABEAS ACTION
V.                       )          #03-12552-GAO
                        )
                        )          COA
                        )          #07-1829
                        )
LUIS SPENCER et al                   )
           respondent )
_____ )

## PETITIONER'S RENEWED MOTION FOR REMOVAL OF APPOINTED COUNSEL AND WITHDRAWAL OF ALL PLEADINGS SUBMITTED.

Now comes the **petitioner** Jesse R. Quinerly in the above

entitled matter and hereby respectfully move this Honorable

Court to Grant the above request 'Without Predjudice'.,

Petitioner has been advised by counsel to be retained,

that there policy is to refrain from picking up another attor-

neys work product or pro se litigants work product (See Attach ed)

Correspondence from counsel.


Dated: June 27, 2007

                                   JESSE R. QUINERLY-W51434
                                   NCCI GARDNER
                                   500 COLONY ROAD
                                   P.O. BOX 466
                                   Gardner, Ma 01440

CERTIFICATE OF SERVICE

I JESSE R. QUINERLY HEREBY CERTIFY THAT TRUE COPIES WERE
MAILED BY PREPAID 1st CLASS U.S. MAIL CERTIFIED RETURN
RECEIPT.


THIS DATE: _June 27, 2007_

     MOTION CAPTIONED AS:


     PETITIONER'S RENEWED MOTION FOR REMOVAL OF APPOINTED
     COUNSEL AND WITHDRAWAL OF ALL PLEADINGS SUBMITTED.


MAILED TO

     OFFICE OF THE ATTORNEY GENERAL
     ONE ASHBURTON PLACE
     BOSTON MASSACHUSETTS 02108-1598

     RAYMOND E. GILLESPIE
     ATTORNEY & COUNSELLOR AT LAW
     875 MASSACHUSETTS AVENUE
     SUITE 32
     CAMBRIDGE MA, 02139



                                        JESSE R. QUINERLY_W51434
                                        NCCI GARDNER
                                        500 COLONY ROAD
                                        P.O. BOX 466
                                        Gardner, Ma 01440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS          FILED
                                   IN CLERKS OFFICE

RE: QUINERLY V. SPENCER            HABEAS ACTION 1: 14
                                   #03-12552-GAO

                                   U.S. DISTRICT COURT
TO: EUGINA EDGE                    #DISTRICT OF MASS.
    CLERK OF COURT
    UNITED STATES DISTRICT COURT
    1 COURTHOUSE WAY SUITE 2300
    BOSTON MASSACHUSETTS 02210

    _____

Dear Mrs Edge:

    Could you please forward the enclosed motion to
judge (O"TOOLE), motion captioned as:


    PETITIONER'S RENEWED MOTION FOR REMOVAL OF APPOINTED
    COUNSEL AND WITHDRAWAL OF ALL PLEADINGS SUBMITTED.




Certificate of Service




Dated: June 27, 2007                Respectfully Submitted



                                    JESSE R. QUINERLY-W51434
ccfile                              NCCI GARDNER
Annette Benedetto AAG               500 COLONY ROAD
Raymond E. Gillespie                P.O. BOX 466
1st Circuit Court of Appeals        Gardner, Ma 01440
James Q Butler ESQ



**James Q. Butler, Esquire**
**Attorney at Law & Managing Attorney**
D.C. Counsel,  D.C. Federal, Maryland Federal, Michigan Federal, 11th Cir, U.S. Court of Appeals

June  18, 2007

Mr. Jesse R. Quinerly
W51434
NCCI Gradner
500 Colony Road
P.O. Box 466
Gradner, MA  01440

**Re: Your letter of  June  14, 2007**

Dear Mr. Quinerly:

    Thank you for considering my firm.

    I have reviewed the photo copies sent to my office and find that you have already submitted the case.

    The policy of my office is to refrain from picking up another attorneys work product or pro se litigants work product as we have no input, and cannot  take responsibility for other peoples legal work.

    If you desire my assistance you need to withdraw your pro se pleadings.

    If you feel you cannot withdraw for any reason, I cannot help you.

    I will not risk my reputation by placing my name and the firms name on another person work product.

    I wish you well with your case.

Very truly yours;

James Q. Butler, Esq
Attorney at Law