## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 07-1829

USDC Docket Number : 03-cv-12552

Jesse R. Quinerly

v.

Luis Spencer, et al

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 72

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 10, 2007.

Sarah A. Thornton, Clerk of Court

By
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 7/10/07 .

Deputy Clerk, US Court of Appeals

- 3/06