

# United States Court of Appeals
## For the First Circuit

No. 07-1829
MA DC No. 03-cv-12552

JESSE R. QUINERLY,
Petitioner, Appellant,

v.

LUIS SPENCER, ET AL,
Respondent, Appellee.

**ORDER OF COURT**
Entered: March 17, 2008
Pursuant to 1st Cir. R. 27.0(d)

This court has docketed petitioner-appellant's appeal from the denial of his 28 U.S.C. §2254 petition for writ of habeas corpus. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. §2253. A request for a certificate of appealability must first be sought in the district court. See Local Rule 22.1(a).

Accordingly, we transmit petitioner-appellant's request to the district court so for a decision. The district court is directed to forward its ruling to this court forthwith.

We further order petitioner-appellant to file a status report in this court by **April 7, 2008**, and *every thirty days thereafter*, advising us of the status of the application for a certificate of appealability. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the application for a certificate.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET C

By: _____
Chief Deputy Clerk

[Certified Copies: Honorable George A. O'Toole, Jr., and Sarah Thornton, Clerk, USDC MA]
  cc: Messrs. Quinerly, Butler, Ms. Benedetto]

HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 3/17/08